UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| KATERI LYNNE DAHL, | ] | |
|---|---|---|
| Plaintiff, | ] | |
| v. | ] | No.: 2:22-cv-00072-KAC-JEM |
| CHIEF KARL TURNER, et al., | ] | |
| Defendants. | ] | |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that on Tuesday, June 20, 2023, Defendants' counsel will take the video discovery deposition of the Plaintiff, KATERI LYNN DAHL, beginning at 9:00 a.m. at the Keystone Center, 508 Cranberry Street, Johnson City, TN. The video discovery deposition will be taken upon oral examination before an officer authorized by law to administer oaths.

Respectfully submitted,

*s/K. Erickson Herrin*
K. Erickson Herrin, BPR # 012110
**HERRIN, McPEAK & ASSOCIATES**
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
Phone: (423) 929-7113
Email: lisa@hbm-lawfirm.com

*s/ Thomas J. Garland, Jr.*
Thomas J. Garland, Jr., BPR # 011495
**MILLIGAN & COLEMAN PLLP**
P.O. Box 1060
Greeneville, TN 37744-1060
Phone: (423) 639-6811
Fax: (423) 639-0278
Email: tgarland@milligancoleman.com

*Attorneys for Defendants, Chief Karl Turner, in his individual capacity and City of Johnson City, Tennessee*