UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| KATERI LYNNE DAHL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:22−cv−00072−KAC−JEM |
| CHIEF KARL TURNER, *et al.,* | ) | |
| Defendants. | ) | |

### Notice of Deposition

Plaintiff Kateri Lynne Dahl, by counsel Hugh A. Eastwood and Alexis I. Tahinci, gives notice pursuant to Fed. R. Civ. P. 30 that she will take the deposition of non-party witness City Attorney Sunny Sandos on Wednesday, October 24, 2023 at 1:30 p.m. at Keystone Community Center, 508 Cranberry Street, Johnson City, Tennessee 37601.  The date, time and place are by agreement of counsel, who also agree a subpoena is not required.  The deposition will not be videotaped.  The name and address of the Court reporter and stenographer is Lisa Overbey, P.O. Box 7481, Kingsport, TN 37664, 432-230-8000, rebecca@courtrep.net.

Respectfully submitted,

Counsel for Plaintiff Kateri Lynne Dahl

/s/ Hugh A. Eastwood

Hugh A. Eastwood, E.D. Mo. Bar No. 62058MO,
*admitted pro hac vice pursuant to L.R. 83.5(b)(1)*
Attorney at Law
7911 Forsyth Blvd., Ste. 300 St.
Louis, Missouri 63105-3825
hugh@eastwoodlawstl.com
(314) 809 2343
(314) 228 0107 eFax

/s/ Alexis I. Tahinci
Alexis I. Tahinci, TN BPR No. 031808
Tahinci Law Firm PLLC
105 Ford Ave., Suite 3
Kingsport, TN 37663
(423) 840-1350
(423) 815-1728 eFax
alexis@tahincilaw.com

**Certificate of Service**

The undersigned certifies that on October 7, 2023 that (s)he served a copy of this document on all counsel of record by operation of the District Clerk's CM/ECF system.

*/s/ Hugh A. Eastwood, 62058MO, pro hac vice*