Pltf. Ex. 3