


# JOHNSON CITY POLICE DEPARTMENT
## 601 East Main Street
## Johnson City, Tennessee
*"An internationally accredited agency to better serve the public"*

**KARL TURNER**
**POLICE CHIEF**

June 24, 2021

Dear Attorney Dahl,

  The City of Johnson City and the Johnson City Police Department thank you for your service during the term of your assignment to the United States Attorney's Office for the Eastern District of Tennessee while serving as Special Assistant U.S. Attorney for the purpose of assisting the City of Johnson City. As you are aware, the term of the assignment, pursuant to the Memorandum of Understanding executed by you on August 18, 2020, was for an effective service from July 1, 2020 through June 30, 2021. Upon expiration of the term and concurrence of the parties thereto, the assignment would only be extended through express written agreement.

  The City of Johnson City and Johnson City Police Department do not desire to extend your assignment. As such, the Memorandum of Understanding and your assignment addressed therein shall expire on June 30, 2021. Thank you for your service.

Sincerely,

*Karl Turner*

Karl Turner
JCPD Police Chief

Cc: Trey Hamilton, III, U.S. Attorney
   Ken Baldwin, District Attorney General
   Joe Wise, Mayor of Johnson City
   M. Denis Peterson, City Manager of Johnson City

Pltf. Ex. 4 - June 24, 2021 Turner letter

Municipal Safety Building • P.O. Box 2150 • Johnson City, TN 37605-2150
423.434.6159 • Fax: 423.434.6154 • www.johnsoncitytn.org

Case 2:22-cv-00072-KAC-JEM   Document 40-5   Filed 10/23/23   Page 1 of 1   PageID #: 358