| Date | Outlet | Title (Link) | Medium | Reported By |
|---|---|---|---|---|
| 6/29/2022 | WJHL 11 (TN) | Former federal attorney's lawsuit: JC | Article | Jeff Keeling |
| 6/30/2022 | Tennessee Lookout | Johnson City Police sued by former | Article | Jamie |
| 6/30/2022 | WCYB 5 (TN NBC) | Former federal prosecutor sues | Article | WCYB Staff |
| 6/30/2022 | Johnson City Press | Lawsuit: Prosecutor fired after | Article | Roberts, Sarah |
| 6/30/2022 | WJHL 11 (TN) | Five-story fall victim 'Jane Doe 1' | Article | Ashley Sharp |
| 7/1/2022 | WJHL 11 (TN) | Robert Voe' name will be revealed in la | Article | Jeff Keeling |
| 7/1/2022 | Johnson City Press | Whistleblower group to represent form | Article | Kayla |
| 7/1/2022 | WJHL 11 (TN) | Prominent whistleblower group steps i | Article | Jeff Keeling |
| 7/4/2022 | WCYB 5 (TN NBC) | Group calls for investigation into Johns | Article | Caleb Perhne |
| 7/5/2022 | WJHL 11 (TN) | Group calling for JCPD chief's suspens | Article | Jeff Keeling |
| 7/5/2022 | WCYB 5 (TN NBC) | Johnson City to request third-party | | |
| 7/5/2022 | Tennessee Star | Former Federal Prosecutor Sues | Transcript + | Neil McCabe |
| 7/6/2022 | Johnson City Press | Johnson City to request third-party to | Article | Jonathan |
| 7/7/2022 | Johnson City Press | Protesters gather at City Hall to demar | Article | Sarah Owens |
| 7/7/2022 | WJHL 11 (TN) | Protestors gather in Johnson City | Article | Ashley Sharp, |
| 7/7/2022 | WJHL 11 (TN) | No comment from city leaders on | | |
| 7/8/2022 | WJHL 11 (TN) | Fugitive alleged rapist "Voe" made | Article | Jeff Keeling, |
| 7/8/2022 | WCYB 5 (TN NBC) | Protestors voice concerns about lawsu | Article | Andrew |
| 7/8/2022 | WJHL 11 (TN) | Fugitive alleged rapist 'Voe' made sce | Article | Jeff Keeling, |
| 7/10/2022 | Majority Report with | Police Department SUED For | Video | Sam Seder |
| 7/19/2022 | WJHL 11 (TN) | Whistleblower Aid: Evidence for DOJ c | Article | Jeff Keeling |
| 7/20/2022 | WJHL 11 (TN) | Johnson City manager on police cond | Article | Jeff Keeling |
| 7/21/2022 | WFHG-FM | Johnson City Officials Looking For Thir | Article | N/A |
| 7/21/2022 | WJHL 11 (TN) | JCPD protesters shut down at Johnson | Article | John Jenco |
| 7/21/2022 | Johnson City Press | Three removed from tense Johnson Ci | Article | Jonathan |
| 8/4/2022 | City of Johnson City | City retains law firm to conduct special | Press Release | |
| 8/4/2022 | Johnson City Press | Johnson City hires law firm to investiga | Article | Jonathan |
| 8/4/2022 | WFHG-FM | Johnson City hires third-party firm to in | Article | N/A |
| 8/22/2022 | City of Johnson City | Public invited to submit information reg | Press Release | |
| 8/26/2022 | City of Johnson City | City files response to lawsuit | Press Release | |
| 11/28/2022 | WJHL 11 (TN) | 'Voe' case: Federal suit against JC | Article | Jeff Keeling |
| 12/31/2022 | Johnson City Press | Biggest 2022 crime stories from | Article | Kayla Hackney, |
| 6/15/2023 | WJHL 11 (TN) | Johnson City Beefs up Police | Article | Jeff Keeling |
| 7/18/2023 | City of Johnson City | Audit Report of Sexual Assault | Press Release | |
| 7/18/2023 | WJHL 11 (TN) | City Manager discusses JCPD Sexual | Article | Murry Lee |
| 7/19/2023 | Tennessee Lookout | Report: Johnson City Police Failed | Article | Anita |
| 7/20/2023 | City of Johnson City | City Manager Comments re: Daigle | CityCommissio | |
| 7/20/2023 | WJHL 11 (TN) | City Manager Presents JCPD Sexual | Article | Jayonna |
| 7/20/2023 | WJHL 11 (TN) | Whistleblower's Lawyer: JCPD Audit | Article | Jeff Keeling |
| 7/31/2023 | WJHL 11 (TN) | Sean Williams Court Motion shows | Article | |
| 8/22/2023 | WJHL 11 (TN) | Computer files show 52 Sean | Article | Jeff Keeling |
| 8/23/2023 | WJHL 11 (TN) | Affidavits show JCPD had Sean | Article | Jeff Keeling |
| 8/25/2023 | City of Johnson City | City files Answer to 'Jane Doe' lawsuit | Press Release | |
| 8/25/2023 | WJHL 11 (TN) | Johnson City file answer to 'Jane | Article | Murry Lee |
| 8/25/2023 | Fox News | Tennessee felon allegedly recorded | Article | Audrey Conklin |

Exhibit 1

| Date | Source | Title | Type | Author |
|---|---|---|---|---|
| 8/25/2023 | WJHL 11 (TN) | [City manager: DA's Office now lead](#) | Article | Murry Lee |
| 8/29/2023 | WJHL 11 (TN) | [Suit now claims JCPD knew of](#) | Article | Jeff Keeling |
| 9/12/2023 | Fox News | [Tennessee businessman suspected](#) | Article | Audrey Conklin |
| 9/13/2023 | WJHL 11 (TN) | [Sean Williams indicted for child porn](#) | Article | Jeff Keeling |
| 9/14/2023 | Johnson City Press | [Sean Williams indicted on child rape](#) | Article | Nathan Baker |
| 9/14/2023 | WJHL 11 (TN) | [Sean Williams indicted on several](#) | Article | Jeff Keeling |
| 9/14/2023 | WJHL 11 (TN) | [Downtown entrepreneur: Alleged child](#) | Article | Jeff Keeling |
| 9/15/2023 | Fox News | [Tennessee businessman accused of](#) | Article | Audrey Conklin |
| 9/15/2023 | US Attorney's Office | [Sean Williams Indicted For Production](#) | Press Release | Rachel Barnes |
| 9/15/2023 | WJHL 11 (TN) | [Sean Williams federal child porn trial](#) | Article | Jeff Keeling |
| 9/20/2023 | WJHL 11 (TN) | [Five-story fall victim remembers](#) | Article | Jeff Keeling |
| 9/26/2023 | WJHL 11 (TN) | [Prosecution moves to drop Sean](#) | Article | Jeff Keeling |
| 9/29/2023 | WJHL 11 (TN) | [JC attorneys in 'Jane Doe' rape](#) | Article | Jeff Keeling |
| 10/3/2023 | WJHL 11 (TN) | [Sean Williams' federal ammo charge](#) | Article | Jeff Keeling |
| 10/13/2023 | WJHL 11 (TN) | [Judge in 'Jane Does' lawsuit against](#) | Article | Jeff Keeling |
| 10/19/2023 | WJHL 11 (TN) | [Who is escaped federal detainee Sean](#) | Article | Jeff Keeling |
| 10/19/2023 | Fox News | [Police hunt serial sex assault suspect](#) | Article | Audrey Conklin |
| 10/20/2023 | Tennessee Lookout | [Federal marshals hunt for Johnson City](#) | Article | Anita Wadhwani |
| 10/20/2023 | NBC News | [Tennessee convict on the run after es](#) | Article | Natalie Kainz |
| 10/20/2023 | WJHL 11 (TN) | ['That's a failure': Local professor weigh](#) | Article | Jeff Keeling |
| 10/21/2023 | WJHL 11 (TN) | [U.S. Marshal gives update on search f](#) | Article | Jeff Keeling |
| 10/23/2023 | WJHL 11 (TN) | [Marshals handing out new Sean Willia](#) | Article | Jeff Keeling |