<p style="color:red; text-align:center;">**EXHIBIT A**</p>



Hugh Eastwood <heastwood@eastwoodlawstl.com>

## Johnson City, TN

**Gold, Fara (CRT)** <████████@usdoj.gov>                                    Thu, Jun 30, 2022 at 6:03 PM
To: John Tye <john.tye@valuesunited.org>, Hugh Eastwood <heastwood@eastwoodlawstl.com>
Cc: Alexis Tahinci <alexis@tahincilaw.com>

Hugh – good to hear from you.

John – I received your other email, and I will be in touch.

**From:** John Tye <john.tye@valuesunited.org>
**Sent:** Thursday, June 30, 2022 4:18 PM
**To:** Hugh Eastwood <heastwood@eastwoodlawstl.com>
**Cc:** Gold, Fara (CRT) <████████@usdoj.gov>; Alexis Tahinci <alexis@tahincilaw.com>
**Subject:** [EXTERNAL] Re: Johnson City, TN

Thanks Hugh.

Nice to meet you, Fara. I will email you now, separately, regarding the Kat Dahl matter.

thanks

John

On Thu, Jun 30, 2022 at 3:52 PM Hugh Eastwood <heastwood@eastwoodlawstl.com> wrote:

> Hi Fara,
>
> Hope you are doing well. I think the last time we met up in St. Louis was before Covid.
>
> Together with local counsel Alexis Tahinci, I represent Kat Dahl, a former SAUSA in the Eastern District of Tennessee who was a whistleblower as to complicity between a local police chief, his department, and a well-known drug dealer and serial rapist who is at large (thanks to local officers tipping him off about a sealed federal indictment and arrest warrant). Dozens of female rape victims have been identified and/or are now coming forward.
>
> Our client Kat is also represented by my good friend and law school classmate John Tye. John is based in D.C.

https //ma  goog e com/ma /u/0/?   b3fc9bbe12&v ew   pt&search…3A1737098885834929068&dsqt 1&s mp   msg f%3A1737098885834929068                    Page 1 of 2
Case 2:22-cv-00072-KAC-JEM   Document 51-1   Filed 11/13/23   Page 1 of 2   PageID #: 739
BatesDahl1142

and founded Whistleblower Aid.  You may recognize his name as he recently represented the Facebook Whistleblower ███████████.

I copy John and Alexis on this email.

Hugh

--

Hugh A. Eastwood
Attorney at Law
7911 Forsyth Blvd., Ste. 300
St. Louis, Missouri 63105-3825
hugh@eastwoodlawstl.com
(314) 809 2343

(314) 228 0107 eFax

www.eastwoodlawstl.com

This e-mail is from a lawyer and may contain confidential and privileged information.  Please contact me if you are not its intended recipient, then promptly destroy your copy and do not share its contents.

https //ma  goog e com/ma /u/0/? b3fc9bbe12&v ew pt&search…3A1737098885834929068&dsqt 1&s mp msg f%3A1737098885834929068                Page 2 of 2

Case 2:22-cv-00072-KAC-JEM   Document 51-1   Filed 11/13/23   Page 2 of 2   PageID #: 740
BatesDahl1143