# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | |
|---|---|
| Kateri Lynne Dahl | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. __2:22-cv-00072-KAC-JEM__ |
| Chief Karl Turner, et al. | ) |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                          Eric P. Daigle

_____

_(Name of person to whom this subpoena is directed)_

☑ _Testimony:_ **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action.  If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place:<br>    By Zoom, link to follow | Date and Time:<br>Thursday, December 28, 2023 at 9:00 a.m. EST |
|---|---|

The deposition will be recorded by this method:     Video and stenography

☑ _Production:_  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

> Your file as to your engagement by the City of Johnson City, Tenn., to perform an audit of sex related crimes

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:     12/06/2023
_____

| _CLERK OF COURT_ | |
|---|---|
| | OR |
| _____ | /s/ Alexis I. Tahinci<br>_____ |
| _Signature of Clerk or Deputy Clerk_ | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_
Plaintiff Kateri Lynne Dahl
_____ who issues or requests this subpoena, are:
Alexis I. Tahinci, Tahinci Law Firm PLLC, 105 Ford Ave., Suite 3, Kingsport, TN 37663, Ph: (423) 406-1151, F: (423) 815-1728, alexis@tahincilaw.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).