KATERI LYNNE DAHL,  *
    Plaintiff, *
     *
VS. *   CASE NO.
     *   2:22-CV-00072-KAC-CRW
CHIEF KARL TURNER, in his individual *
capacity only; OFFICER JOHN DOES 1-3, *
in their individual capacities only; *
and CITY OF JOHNSON CITY, *
    Defendants. *

DEPOSITION OF

# KEVIN PETERS

(Taken December 19, 2023)

APPEARANCES:

COUNSEL FOR THE PLAINTIFF:   HUGH A. EASTWOOD
   Attorney at Law
   7911 Forsyth Blvd., Ste. 300
   St. Louis, MO 63105-3825

   ALEXIS I. TAHINCI
   TAHINCI LAW FIRM
   105 Ford Avenue, Ste. 3
   Kingsport, TN 37663

***THIS STYLE PAGE CONTINUES***

---

**COURT REPORTING AND VIDEO SERVICES**

P. O. Box 7481    TELEPHONE: (423) 230-8000
Kingsport, TN 37664    REBECCA@COURTREP.NET

|   |    |                                                                 |
|---|----|-----------------------------------------------------------------|
| 1 |    | June 9th, and then forwarded by you later, not much later       |
| 2 |    | in time, to Turner with your own comment. Do you see            |
| 3 |    | that, sir?                                                      |
| 4 | A. | I do.                                                           |
| 5 | Q. | Okay. And it says Kirt attended federal grand jury today.       |
| 6 |    | Is that Stillwagon?                                             |
| 7 | A. | That is.                                                        |
| 8 | Q. | Okay. And it says, the only case taken through was a 2018       |
| 9 |    | case that was originally given to Tom McCauley and was          |
| 10|    | passed to her, Demetrious Bolden. No cases on the list          |
| 11|    | that I provided were taken through. Did -- this E-mail          |
| 12|    | was sent at 3:09. Did you attempt to have any                   |
| 13|    | communication with Kat Dahl after you received this E-          |
| 14|    | mail?                                                           |
| 15| A. | I believe there was another E-mail that I had sent before       |
| 16|    | this one to Ms. Dahl...                                         |
| 17| Q. | Okay.                                                           |
| 18| A. | ...asking for an update.                                        |
| 19| Q. | Do you recall when that was?                                    |
| 20| A. | I believe it was actually the day before.                       |
| 21| Q. | Okay. And do you recall what you asked her for?                 |
| 22| A. | I told her the chief wanted an update on the cases that         |
| 23|    | had been taken through the grand jury, which ones had been      |
| 24|    | taken through.                                                  |
| 25| Q. | Now, so this -- if the grand jury was on June 9th, you had      |

| | |
|---|---|
| 1 | sent this E-mail on June 8th, the day before? |
| 2 | A. Yeah, I think I just got the wrong day because, like I |
| 3 | said, my understanding was the grand jury met the first |
| 4 | Tuesday or one of the Tuesdays, so Tuesday would have been |
| 5 | the 8th, and that's when I sent it because I thought that |
| 6 | was the day the grand jury met. |
| 7 | Q. Okay. And did the grand jury meet more than one day to |
| 8 | your knowledge? |
| 9 | A. I have no knowledge of that. |
| 10 | Q. Okay. When Legault says to you, Kirt attended federal |
| 11 | grand jury today, and that's on a Wednesday, what does |
| 12 | that indicate to you? |
| 13 | A. That the grand jury happened on Wednesday, not Tuesday. |
| 14 | Q. Okay. Did Kat ever explain to you on or after June 9th |
| 15 | why she didn't indict any of the five cases with check |
| 16 | marks? |
| 17 | A. I never talked to Kat again. |
| 18 | Q. Did you attend any further meetings with her? |
| 19 | A. No, I have not. |
| 20 | Q. Which is sort of the same question, but do you see what I |
| 21 | mean? Did you ever sit in on any meetings where she was |
| 22 | talking, but you were just listening? |
| 23 | A. No. |
| 24 | Q. Did you make any inquiry with anyone else from DOJ about |
| 25 | these five cases? |

KEVIN PETERS                                          DIRECT - EASTWOOD

90

C E R T I F I C A T E

I, Rebecca Overbey, Licensed Court Reporter in and for the State of Tennessee, do hereby certify that the foregoing deposition of KEVIN PETERS was taken at the time and place and for the purpose as stated in the Caption; that the witness was duly sworn by me before deposing; that the said deposition was recorded electronically and was later transcribed to typewriting, using computer technology; and that the foregoing is a true and accurate transcript of the proceedings to the best of my knowledge, ability and understanding.

WITNESS my hand and official seal at my office in Kingsport (Sullivan County) Tennessee on this the 3rd day of January, 2024.

                                    Rebecca Overbey
                                    LICENSED COURT REPORTER
                                    State of Tennessee
                                    LCR #078

My License Expires:

   June 30, 2024


***CERTIFIED ONLY IF AFFIXED SEAL IS GREEN***

EXHIBIT "F"

EXHIBIT "6" TO DAHL DEPO

## Peters, Kevin

**From:** Peters, Kevin
**Sent:** Tuesday, June 8, 2021 2:02 PM
**To:** 'Kat.dahl@usdoj.gov'
**Subject:** Federal Grand Jury Cases

Kat,

Chief Turner wanted me to reach out to you and to see what Johnson City cases have been or will be presented to the Federal Grand Jury. If none have been presented, could you provide a date when they will be presented.

Thanks,

Kevin

### Captain Kevin Peters



Johnson City Police Department
Criminal Investigation Division Commander
City of Johnson City, Tennessee
423.434.6166 o./423.434.6119 d. / www.johnsoncitytn.org