IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

KATERI LYNNE DAHL,
    Plaintiff,

VS.

CHIEF KARL TURNER, in his individual
capacity only; OFFICER JOHN DOES 1-3,
in their individual capacities only;
and CITY OF JOHNSON CITY,
    Defendants.

CASE NO.
2:22-CV-00072-KAC-CRW

DEPOSITION OF

## MICHAEL DENIS "PETE" PETERSON

(Taken November 15, 2023)

APPEARANCES:

COUNSEL FOR THE PLAINTIFF:    ALEXIS I. TAHINCI
    TAHINCI LAW FIRM
    105 Ford Avenue, Ste. 3
    Kingsport, TN 37663

COUNSEL FOR THE DEFENDANTS:    K. ERICKSON HERRIN
    HERRIN, MCPEAK & ASSOCIATES
    515 E. Unaka Avenue
    Johnson City, TN 37601

    EMILY C. TAYLOR
    WATSON, ROACH, BATSON
      & LAUDERBACK
    900 South Gay Street
    Knoxville, TN 37902

***THIS STYLE PAGE CONTINUES***

---

**COURT REPORTING AND VIDEO SERVICES**

P. O. Box 7481        TELEPHONE: (423) 230-8000
Kingsport, TN 37664    REBECCA@COURTREP.NET

```
 1   A.   Not any closer than anybody else.
 2   Q.   Did Chief Karl Turner report directly to you?
 3   A.   Yes.
 4   Q.   How often did you interact with JCPD leadership?
 5   A.   What do you mean by leadership?
 6   Q.   Well, let's just start with Mr. Turner, Chief Turner.
 7        How often did you interact with Chief Turner in your
 8        day-to-day work?
 9   A.   On an as-needed basis.  We had one regularly scheduled
10        meeting.  Other than that, it was just on an as-needed
11        basis.
12   Q.   One meaning a month, a week, what interval?
13   A.   I believe they were every other week.
14   Q.   And what did you discuss during those meetings?
15   A.   General operations, anything that the city commission was
16        looking at doing, sharing of information about what other
17        departments were doing, listening to any requests the
18        chief brought forward to me.
19   Q.   Did you know Kat Dahl at all during your tenure as city
20        manager?
21   A.   I saw and met her one time, and that was the night that
22        her contract was approved.
23   Q.   Okay.  Would that have been at a commission meeting?
24   A.   Yes.
25   Q.   Okay.  When did you first learn of her?
```

PETE PETERSON                                    DIRECT - TAHINCI

9

# CERTIFICATE

I, Rebecca Overbey, Licensed Court Reporter in and for the State of Tennessee, do hereby certify that the foregoing deposition of MICHAEL DENIS "PETE" PETERSON was taken at the time and place and for the purpose as stated in the Caption; that the witness was duly sworn by me before deposing; that the said deposition was recorded electronically and was later transcribed to typewriting, using computer technology; and that the foregoing is a true and accurate transcript of the proceedings to the best of my knowledge, ability and understanding.

WITNESS my hand and official seal at my office in Kingsport (Sullivan County) Tennessee on this the 20th day of November, 2023.

Rebecca Overbey
LICENSED COURT REPORTER
State of Tennessee
LCR #078

My License Expires:

June 30, 2024

***CERTIFIED ONLY IF AFFIXED SEAL IS GREEN***