```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF TENNESSEE
                           AT GREENEVILLE


KATERI LYNNE DAHL,                    *
          Plaintiff,                  *
                                      *
VS.                                   *    CASE NO.
                                      *    2:22-CV-00072-KAC-CRW
CHIEF KARL TURNER, in his individual  *
capacity only; OFFICER JOHN DOES 1-3, *
in their individual capacities only;  *
and CITY OF JOHNSON CITY,             *
          Defendants.                 *


                          DEPOSITION OF

                     SUNNY RICKER SANDOS

                    (Taken October 24, 2023)



APPEARANCES:

COUNSEL FOR THE PLAINTIFF:    ALEXIS I. TAHINCI
                              TAHINCI LAW FIRM
                              105 Ford Avenue, Ste. 3
                              Kingsport, TN  37663

COUNSEL FOR THE DEFENDANTS:   K. ERICKSON HERRIN
                              HERRIN, MCPEAK & ASSOCIATES
                              515 E. Unaka Avenue
                              Johnson City, TN  37601


                 ***THIS STYLE PAGE CONTINUES***
```

*COURT REPORTING AND VIDEO SERVICES*

P. O. Box 7481                    TELEPHONE: (423) 230-8000
Kingsport, TN 37664               REBECCA@COURTREP.NET

```
 1   Q.   Okay.  That was not your decision?
 2   A.   No.
 3   Q.   Okay.  We talked about the 2019 MOU for the SAUSA
 4        position.  Were you at all involved in the 2020 renewal of
 5        the SAUSA MOU?
 6   A.   No.
 7   Q.   Okay.  Did you speak to anybody about that renewal?
 8   A.   No.
 9   Q.   Did anyone raise any performance concerns to you about Ms.
10        Dahl in the time period surrounding the 2020 renewal of
11        the MOU?
12   A.   No.
13   Q.   Did you have any interactions with Kat Dahl during her
14        tenure as a SAUSA?
15   A.   No.  The only interaction that I had was whenever she was
16        -- had first started and was brought around the offices.
17        I believe that she was introduced to me and that was the
18        extent of any interaction I had.
19   Q.   Prior to June 24th, 2021, did anyone say anything to you
20        about Kat Dahl's performance in her role as a SAUSA?
21   A.   Prior to which date?
22   Q.   June 24th, 2021.
23   A.   It was in that close proximity, but Chief Turner had
24        expressed some concerns.
25   Q.   Was Chief Turner the first person to approach you about
```

1   MS. TAHINCI: I don't have any further questions.

    AND FURTHER THE DEPONENT SAITH NOT.

                                                SUNNY SANDOS

                          BY: _____
                                  Rebecca Overbey
                                Licensed Court Reporter