**DECEMBER 8, 2020 DAHL SECRET RECORDING**

RE:  DAHL v. CHIEF KARL TURNER
and CITY OF JOHNSON CITY

# DAHL RECORDINGS

## *CONFIDENTIAL*

---

*COURT REPORTING AND VIDEO SERVICES*

P. O. Box 7481
Kingsport, TN 37664

TELEPHONE:  (423) 230-8000
REBECCA@COURTREP.NET

# T A B L E   O F   C O N T E N T S

## DAHL RECORDINGS

                                                          PAGE

RECORDING 1105 - DAHL/TURNER/PETERS .......................   3

RECORDING 1106 - DAHL/LEGAULT ............................   64

RECORDING 1108 - DAHL/TURNER/PETERS ......................   98

RECORDING 1109 - DAHL/TURNER ............................. 131

RECORDING 1110 - DAHL/LEGAULT ............................ 145

RECORDING 1111 - DAHL/GRYDER ............................. 168

RECORDING 1113 - DAHL/GRYDER ............................. 176

CERTIFICATE .............................................. 178

***CONFIDENTIAL***

2

```
 1    ***RECORDING 1105 - DAHL/CHIEF KARL TURNER/KEVIN PETERS***
 2    MS. DAHL:  Hi, I'm here to see Chief Turner.
 3    UNKNOWN FEMALE:  Well, he is not here yet.  You can come in
 4       and wait on him or...
 5    MS. DAHL:  Sure, that's fine.
 6    UNKNOWN FEMALE:  All right.  [INAUDIBLE]  Let me -- let me
 7       think that one over.
 8    MS. DAHL:  Okay.
 9    UNKNOWN FEMALE:  You can sit here or I can put you in his
10       office, whichever you prefer.
11    MS. DAHL:  Sure, I'll hang out back there.
12    UNKNOWN FEMALE:  Okay.  [INAUDIBLE]  Come on in, that way if
13       you've got something you need to take of, you can.
14    MS. DAHL:  I've got you.  Thank you.
15    UNKNOWN FEMALE:  You're welcome.  He says that he's still in
16       the meeting [INAUDIBLE] will be here ASAP.
17    MS. DAHL:  Okay, that's fine.
18    UNKNOWN FEMALE:  So I don't know how long he'll be.
19    MS. DAHL:  Okay.
20    UNKNOWN FEMALE:  Do you want something to drink?  Do you want
21       a water?
22    MS. DAHL:  No, I'm good, but thank you.
23    UNKNOWN FEMALE:  Okay.
24                       ***LONG PAUSE***
25    MR. TURNER:  Kat, how are you?
```

***CONFIDENTIAL***

3

```
 1   MS. DAHL:  I'm good.  How are you?

 2   MR. TURNER:  I'm fine.  I'm sorry.

 3   MS. DAHL:  That's all right.

 4   MR. TURNER:  They swore we'd be out by 4:00.  They lied.

 5   MS. DAHL:  Yeah, well, that's how it usually goes.

 6   MR. TURNER:  [INAUDIBLE] we just stay until it's over.  We

 7      don't have a choice.

 8   MS. DAHL:  I completely understand.

 9   MR. TURNER:  Kat, do you mind if I..

10   MS. DAHL:  Oh, no, you're good.

11   MR. TURNER:  Do I need a mask?

12   MS. DAHL:  I'm going to keep my on just because I've been

13      trying to be...

14   MR. TURNER:  You sound like you've got a cold.

15   MS. DAHL:  ...really cautious with my asthma, so...

16   MR. TURNER:  Do you have asthma?

17   MS. DAHL:  I do.  I do, which makes this whole situation a

18      pain, that's for sure.  Every time I think, oh, you know,

19      my chest is little bit tight, is it COVID or is it

20      something I've lived with my whole life.

21   MR. TURNER:  Do you have to carry an inhaler and that kind of

22      thing?

23   MS. DAHL:  Yeah.

24   MR. TURNER:  Do you?

25   MS. DAHL:  Yeah.  Oh, yeah.  I've had it since, I think, like,
```

***CONFIDENTIAL***

4

```
 1        the first or second grade, so it's a pain, but yeah.
 2   MR. TURNER:  I thought you grow out of that sometimes.
 3   MS. DAHL:  You do.  I apparently was not one of the lucky
 4        ones.
 5   MR. TURNER:  Maybe you're not done growing yet.  Look at it
 6        that way.
 7   MS. DAHL:  There you go.
 8   MR. TURNER:  Maybe there's still hope.  Let's talk about the
 9        Williams case for a minute.
10   MS. DAHL:  Yeah, yeah.
11   MR. TURNER:  I know apparently, I guess, you have some
12        concerns about it or...
13   MS. DAHL:  Yeah.  So when I was first approached about it back
14        in I guess it would be, like, three or four weeks ago now,
15        they approached me about felon in possession case with the
16        ammunition.  And upon being told the details of the case,
17        I kind of became concerned that simply prosecuting for,
18        you know, felon in possession, you know, I'm happy to do
19        it if no other avenue -- if there's no other avenue
20        available, but it appears to me that this is something
21        that should be explored more fully with, you know, as far
22        as the rape charges themselves and whether or not this
23        individual has anything on his computer.  The whole baby
24        doll in the safe makes me think that, you know, this very
25        well could be an individual who has child porn on his
```

***CONFIDENTIAL***

5

```
 1      computer or something of that nature.  I wouldn't be
 2      surprised if there were many more victims other than the
 3      20 on the list, you know, because the two that came
 4      forward were not on the list.  So, you know, God knows how
 5      many people there actually are.  And, you know, I did the
 6      math on sentencing.  He would only get about four or five
 7      years with his history for a felon in possession case.
 8  MR. TURNER:  Uh-huh (Affirmative).
 9  MS. DAHL:  I mean, if he really does have that number of
10      victims, it's my opinion that he should be doing 20 or 30.
11  MR. TURNER:  Yeah.  And I'm not familiar with everything on
12      the rape side of it.  I know -- I think there's a journal
13      with people's names on it that...
14  MS. DAHL:  Yeah.
15  MR. TURNER:  ...we suspect may be rape victims, but I don't
16      know for sure in that regard.
17  MS. DAHL:  Right.
18  MR. TURNER:  Regardless of what he wrote on the note or
19      whatever it was on.  I'm not sure.  I think that came
20      about when they were doing the search with the girl that
21      fell out of the window.
22  MS. DAHL:  Right.
23  MR. TURNER:  And we didn't have anything to charge him with
24      there as well.
25  MS. DAHL:  Right.
```

***CONFIDENTIAL***

6

```
 1  MR. TURNER:  But I think we seized his safe and some -- maybe
 2     the ammunition came as a part of that search.
 3  MS. DAHL:  Yes, yes.
 4  MR. TURNER:  And so I guess that was -- even though there was
 5     no charges and we don't suspect he did anything with the
 6     girl that fell out of the window...
 7  MS. DAHL:  Right.
 8  MR. TURNER:  ...I don't think we'll ever know for sure.  I
 9     mean, even she didn't remember a lot of it, I think, after
10     the fact.
11  MS. DAHL:  Right.
12  MR. TURNER:  Just due to her injuries and her treatment, I
13     guess.  She remembers falling, I think, but she didn't
14     implicate him in any way.
15  MS. DAHL:  Right, right.
16  MR. TURNER:  But I think some of the other things -- and, you
17     know, he's popped up before on us as far as traffic things
18     and just some minor stuff like that.  Now, I think there's
19     also some discussion of drug sales, but...
20  MS. DAHL:  Right.
21  MR. TURNER:  ...from what I understand, it's not anybody in
22     the area.  It would have to be somebody he knows that he
23     could sell to.  I don't think...
24  MS. DAHL:  Right.
25  MR. TURNER:  You know, an informant that he doesn't know, I
```

***CONFIDENTIAL***

7

```
 1     don't think he's going to sell to them.  I just think that
 2     he's -- you know, his family must have some money.  I
 3     think he's more of a social drug user.  He probably sells
 4     maybe to people that he's friends with...
 5  MS. DAHL:  Right.
 6  MR. TURNER:  ...more than making money.
 7  MS. DAHL:  Right.
 8  MR. TURNER:  The rape thing is, you know, the bigger concern.
 9  MS. DAHL:  Right, right.
10  MR. TURNER:  And again, I think some of the victims that came
11     and made statements initially weren't cooperative after
12     that.
13  MS. DAHL:  Right.
14  MR. TURNER:  And again, I may be corrected on some of this
15     because I'm not -- I don't get a chance to keep up with
16     cases like Kevin does.
17  MS. DAHL:  Right, right.
18  MR. TURNER:  But I think there's drug use involved before the
19     rape.
20  MS. DAHL:  Yeah.
21  MR. TURNER:  You know, if he does have sex with somebody who
22     is unwilling or he's coerced them in some way, I think
23     there's drug use.  You know, there's some talk about maybe
24     having someone in law enforcement try to go undercover,
25     but I don't think he's going to do anything unless they
```

***CONFIDENTIAL***

8

```
1        use drugs with him.  That's our concern there.
2   MS. DAHL:  Yeah, right.
3   MR. TURNER:  We could be wrong there, but I don't know.
4   MS. DAHL:  Right, right.  Well, you know, I was kind of
5        trying, you know, to push for them to get a search warrant
6        on the computer because if he does have, you know,
7        something, you know, of the nature of, like, child porn or
8        whatever, you know, that would be a kind of ace in the
9        hole type of situation, you know.  At that point, I think,
10        you know, we could go after him for a significant amount
11        of time depending on what's on there.  The other thing
12        that I had explored...
13   MR. TURNER:  The probable cause on the search warrant, just I
14        think where we ran into some issues...
15   MS. DAHL:  Right.
16   MR. TURNER:  ...someone had made a statement about they heard
17        from somebody else something was there.  That was my
18        understanding about the search warrant here just recently.
19   MS. DAHL:  With...
20   MR. TURNER:  Toma.
21   MS. DAHL:  As far as with the drugs or with...
22   MR. TURNER:  I think it was the drugs.
23   MS. DAHL:  Yeah.  So this last...
24   MR. TURNER:  That he had drugs maybe in his garage or
25        somewhere, or a gun in his garage...
```

***CONFIDENTIAL***

9

```
 1   MS. DAHL:  Yes.

 2   MR. TURNER:  ...but that was somebody that they were saying

 3        that they heard it from a third party.

 4   MS. DAHL:  So there was this latest victim where she -- she

 5        saw cocaine and used cocaine in his garage and I believe

 6        in his apartment as well, so she had firsthand knowledge

 7        of the drugs.  While she was hanging out in his garage,

 8        someone came by and she said that this person wasn't

 9        really well known to him, that it sounded like he was just

10        someone that was out drinking in the area, and he walked

11        by and saw them hanging out, started chitchatting and

12        whatnot.  And so they start talking and she said that the

13        conversation turned to firearms.  And his friend that -- I

14        don't know if he -- he's, like, the close friend that I

15        think is a roommate.  I'm not sure if he's, like, an

16        official roommate or if he just stays over a lot.  But his

17        friend that was there said, you know, something to the

18        effect of, well guns, you know, we've got lots of guns.

19        Do you want to see an AR-15?  And she said she saw him

20        lead this -- you know, this guy over to the back of the

21        garage to look at the guns.  And so one of the avenues

22        that I was trying to explore is there actually is a

23        Federal date rape statute.  And I don't know, I think as

24        far as charges go, it's not the best, but I was trying to

25        explore it from the standpoint of a search warrant because
```

***CONFIDENTIAL***

10

| | |
|---|---|
| 1 | there's been -- this last victim did mention that she did |
| 2 | a line of cocaine with him, and then she got sleepy, and |
| 3 | that's when she went up to, you know, go to sleep in his |
| 4 | apartment. The victim's advocate that was with her |
| 5 | mentioned that she had another person come to her and |
| 6 | talk, you know, or come forward about this guy and said |
| 7 | that she was attacked, and she mentioned something similar |
| 8 | as well that she did a line of cocaine in the garage and |
| 9 | she blacked out. Now, the last victim speculated, well, |
| 10 | you know, he puts GHB in his cocaine. I looked it up. |
| 11 | I've never heard of this method. Usually GHB is used with |
| 12 | alcohol. But theoretically, I think it's possible because |
| 13 | GHB can come in a powder form and, you know, the fact that |
| 14 | two different sources kind of repeated this very weird |
| 15 | detail of, well, I did a line of cocaine and then I |
| 16 | blacked out, when cocaine is an upper, you know, and |
| 17 | usually doesn't cause you to black out. It makes me think |
| 18 | that, you know, if we were able to get the right, you |
| 19 | know, circumstances lined up or the right testimony, maybe |
| 20 | we could get a search warrant, you know, under this |
| 21 | Federal date rape statute. So that's kind of one of the |
| 22 | angles that I was trying to explore. |
| 23 | MR. TURNER: Did you and Wayne discuss the search warrant? |
| 24 | MS. DAHL: We did, we did. He's kind of where I'm at at the |
| 25 | moment in that it's kind of 50/50 at this point, you know. |

***CONFIDENTIAL***

11

```
1      We've got the latest victim and her statement.  We've got
2      the victim's advocate who mentioned she heard another...
3   MR. TURNER:  I think this latest victim is -- there's some
4      issues with her.
5   MS. DAHL:  There are.
6   MR. TURNER:  And we'll discuss those.
7   MS. DAHL:  Yeah, yeah.  I think there are issues with her.  I
8      think she -- you know, granted, I'm not a psychiatrist, so
9      I can't make an official diagnosis or anything, but she
10     struck me as someone that is very possibly mentally ill.
11     If I had to hazard a guess, you know, paranoid
12     schizophrenic, someone of that nature.  Someone that has,
13     you know, paranoid delusions that are kind -- that are
14     based in reality, because that's what I got from listening
15     to her talk is that she was very lucid when she was
16     describing the attack.  And all of the Facebook messages
17     support her narrative.  It's just that when she gets off
18     topic, you know, she started -- she starts to go off the
19     rails.  And so, you know, just from kind of the stuff that
20     I've done with, like, homeless work and stuff like that,
21     she very much struck me as someone that is probably
22     mentally ill, and that's probably why he chose her as a
23     victim.
24  MR. TURNER:  I don't know if ███████████████████████████
25     if she used cocaine with him or not.  She was intoxicated,
```

***CONFIDENTIAL***

12

```
1     I know, but I don't know if...
2   MS. DAHL:  Yeah.
3   MR. TURNER:  I don't know if that might be part of the memory
4     issues with her as well.  I don't know that for a fact.
5   MS. DAHL:  Right.
6   MR. TURNER:  I'm just speculating.  It may have been she was
7     just very intoxicated.
8   MS. DAHL:  Right.
9   MR. TURNER:  And the fact that ███████████████ might
10    tend to affect your memory when you hit the concrete.
11  MS. DAHL:  Right, right.  Well, they told me that they were
12    waiting on her toxicology report.
13  MR. TURNER:  The ████████████████████████
14  MS. DAHL:  Yes.  And that they drew blood from this latest
15    victim and that they were going to test it as well.  And
16    so I think depending on what comes back in those reports,
17    that might, you know, be something that maybe pushes this
18    from it's a 50/50 shot over towards...
19  MR. TURNER:  Yeah.  Well, I think, first, TBI got involved
20    somehow or there was a request for TBI to get involved
21    somehow.
22  MS. DAHL:  Yeah, because I had asked -- so I called Wayne when
23    this first happened, and I kind of explained the whole
24    crazy situation.  And he said, you know, well, let me make
25    a few calls, because he had never heard of this with the
```

***CONFIDENTIAL***

13

| | |
|---|---|
| 1 | amount of victims. And so he, you know, then got back to |
| 2 | me because TBI has this other case that has a lot of very |
| 3 | weird similarities to this case. They're working some |
| 4 | sort of rape slash human trafficking case that had just |
| 5 | kind of a couple of weird details that were similar with |
| 6 | someone that, you know, mentioned a cult-like atmosphere |
| 7 | in TBI's case. And then you have this girl mentioning |
| 8 | this -- you know, this cult and that Sean Williams is |
| 9 | involved in satanism. It's very bizarre. And, you know, |
| 10 | I was -- I was more or less inclined to think that, like I |
| 11 | said, her ranting about satanism and cults was, you know, |
| 12 | something -- is a cause or a symptom of her being unwell. |
| 13 | But it is odd in the fact that she -- in connection with |
| 14 | all of this, she kept bringing up this |
| 15 | individual. And the victim's advocate took me aside and |
| 16 | said this isn't the first time ▊▊▊▊▊ name came |
| 17 | up. Well, ▊▊▊▊▊ is friends with the guy at the |
| 18 | center of this TBI probe. So there's just -- there's just |
| 19 | weird details like that where it's probably nothing. It's |
| 20 | probably, you know, an Occam's razor situation where, you |
| 21 | know, the simplest, you know, explanation is probably the |
| 22 | correct one. She's probably just unwell and it's probably |
| 23 | just a coincidence, but it was still enough to make me go, |
| 24 | huh. |
| 25 | MR. TURNER: Or they may run in similar circles. I don't |

***CONFIDENTIAL***

14

```
 1        know.

 2   MS. DAHL:  Right, right.

 3   MR. TURNER:  She might run in similar circles with a group

 4        here and a group there.  I don't know.

 5   MS. DAHL:  Right.

 6   MR. TURNER:  We met with the TBI and, of course, they offered

 7        to assist us in any way.  I'll get Kevin to come up in a

 8        minute.  He can fill in some blanks for you and stuff.

 9   MS. DAHL:  Okay.

10   MR. TURNER:  But I think it's a decision on how they want to

11        try to work the case with him.  There's a couple of

12        different ways that Kevin has talked about.  One is to

13        charge him with the -- what we've got on him now.

14   MS. DAHL:  Right.

15   MR. TURNER:  And try to work back from that to see if that

16        influences him to cooperate in any way.  That's our big

17        gamble there.

18   MS. DAHL:  Right.

19   MR. TURNER:  The other is we talked about we've got -- I think

20        we just purchased it.  We've got two pole cams that we

21        were talking about maybe putting one up downtown and doing

22        some traffic stops and seeing if we can get anything or

23        anybody that's close to him...

24   MS. DAHL:  Right.

25   MR. TURNER:  ...where they're going to work for us.
```

***CONFIDENTIAL***

15

```
 1   MS. DAHL:  Right.

 2   MR. TURNER:  Again, a big gamble, but...

 3   MS. DAHL:  Right, right.

 4   MR. TURNER:  ...you know, those are the -- you know, we don't

 5        have anybody I think that -- there's no other way to get

 6        in unless it's somebody he knows, I don't think.

 7   MS. DAHL:  Right.

 8   MR. TURNER:  Or, you know, I mean, he may be picking up

 9        acquaintances or people that he meets out at, you know,

10        night clubs or whatever...

11   MS. DAHL:  Right.

12   MR. TURNER:  ...obviously, but those are kind of the two

13        avenues we're looking at.  I think they've got a subpoena

14        on some of his phone records, which we'll be looking at.

15   MS. DAHL:  Okay.

16   MR. TURNER:  I don't know what that's for.  I think they did

17        that last week, so I don't think they've got the phone

18        records back.  They've been trying to get some records to

19        see -- again, Kevin will have to fill in those blanks for

20        us.  But that's kind of where we're at.

21   MS. DAHL:  Okay.

22   MR. TURNER:  You know, even the -- even the list, I don't know

23        if that's girls he's raped or girls he's had consensual

24        sex with and he calls it whatever he calls it.

25   MS. DAHL:  Right.
```

***CONFIDENTIAL***

16

```
 1   MR. TURNER:  I mean, all we know is there's a piece of paper
 2        with some first names on it.
 3   MS. DAHL:  Right.  Now, I'm pretty sure...
 4   MR. TURNER:  Now, it's a big red flag, believe me.  If it's
 5        his rape list...
 6   MS. DAHL:  Right.
 7   MR. TURNER:  ...that might be a red flag, but that...
 8   MS. DAHL:  Right.
 9   MR. TURNER:  Again, there's no 100 percent certainty in that.
10   MS. DAHL:  Right.
11   MR. TURNER:  But I think that with some statements made by
12        victims really gives you cause for concern.
13   MS. DAHL:  Right, right.  Well, and I've already got -- I was
14        doing a little bit of digging on Facebook.  I've already
15        got an idea, at least to a high, you know, degree of
16        certainty who two of the people on that list are.  One is
17        by the name of ████████  which I thought that's a pretty
18        uncommon name.  It turns out it's his ex-girlfriend.  Curt
19        said that she used to work at the deli downtown and that
20        she used to bad mouth him and say that, well, he was
21        abusive.  So with her being the ex-girlfriend and there's
22        pictures of them all online and everything like that, and
23        she's on the list, I'm pretty sure it's the same ████████
24        I've never heard that first name before.
25   MR. TURNER:  ████████
```

***CONFIDENTIAL***

17

```
1   MS. DAHL:        [REDACTED]
2   MR. TURNER:      [REDACTED]
3   MS. DAHL:  Yeah.  And the second one is there's a    [REDACTED]    on
4       the list, and so I was looking at some of the addresses
5       that he has, and he has an address that comes back to
6       Cullowhee, North Carolina.
7   MR. TURNER:  Yeah, I think his family is from North Carolina.
8   MS. DAHL:  Yeah.
9   MR. TURNER:  They're in the concrete business.
10  MS. DAHL:  Yeah.  And so he -- from what I can tell, it was
11      his mother's house that was in Cullowhee, but his mother
12      and his step-dad were living in Florida.  So I think that
13      what happened was they were renting this house out to
14      college kids because through kind of, like, my Google
15      search was able to kind of piece together that this house
16      was being rented as, like, an unofficial frat house for
17      one of the Western Carolina, you know, frats that got
18      kicked off campus.  And it initially kind of piqued my
19      interest when I saw this address because it's ten minutes
20      away from the campus and, you know, he likes to prey on
21      young women.
22  MR. TURNER:  What campus?
23  MS. DAHL:  Western Carolina University.  And so I kind of
24      started digging into this, and when I was running this
25      North Carolina address, you know, and kind of looking into
```

***CONFIDENTIAL***

18

```
 1    it, there popped up a Vertex Building Services that was
 2    connected to this address.  And so I ran the D-U-N-S
 3    number on Vertex Building Services and it came back -- the
 4    agent listed came back as a [REDACTED]          Well,
 5    [REDACTED]            has a daughter named [REDACTED] who is in
 6    North Carolina and is friends with him on Facebook.  So I
 7    think that's probably -- there's a -- you know, it's an
 8    uncommon name as well, then there's the connection to
 9    this, you know, business in North Carolina that her mom
10    would have been involved with, you know, at an address
11    that is connected back to him.  So it's stuff like that.
12    There's a -- and there's several more that kind of made me
13    pause as far as, like, names that matched the list that
14    correspond to people that he's friends with on Facebook.
15    One of them posted kind of a very concerning thing.  It
16    was, like, back in 2018, something to the effect of, you
17    know, it was essentially a "me too" post where she was
18    saying, you know, my abuser is still out there, yada,
19    yada, yada.  So that kind of made me raise an eyebrow,
20    too.  But I think that this [REDACTED] is probably definitely
21    the one that's on the list.  I'm fairly certain this
22    [REDACTED] could be this, you know, [REDACTED]        that I
23    found in North Carolina.  So there are people out there
24    that could potentially correspond to people on this list,
25    you know, that if, you know, they decide to reach out to.
```

***CONFIDENTIAL***

19

| 1 | MR. TURNER: Yeah. And, you know, like the ▓▓▓▓▓ I mean, if |
| 2 | something happened, it may not have even been in Johnson |
| 3 | City. It could have been in North Carolina. |
| 4 | MS. DAHL: Right. |
| 5 | MR. TURNER: And so, you know, that may be -- I mean, I don't |
| 6 | know if she's made a complaint to a department over there |
| 7 | or not. |
| 8 | MS. DAHL: Right. |
| 9 | MR. TURNER: I don't know where it could be. |
| 10 | MS. DAHL: Right. |
| 11 | MR. TURNER: It could have been in Unicoi County, or |
| 12 | Elizabethton, or I don't know where, so... |
| 13 | MS. DAHL: Right, right. |
| 14 | MR. TURNER: She may have reported something that we're |
| 15 | unaware of. |
| 16 | MS. DAHL: Right. |
| 17 | MR. TURNER: But I think a Federal statute might help as far |
| 18 | as prosecution of that case because -- you know, again, |
| 19 | we're assuming a lot. There's a list. |
| 20 | MS. DAHL: Right. |
| 21 | MR. TURNER: You're assuming this has happened or there's a |
| 22 | lot of red flags that maybe point in that direction, but |
| 23 | it doesn't mean they're all in Johnson City... |
| 24 | MS. DAHL: Right. |
| 25 | MR. TURNER: ...despite the fact he lives here, I guess. |

***CONFIDENTIAL***

20

1  MS. DAHL: Right, right. Well, and, you know, if we could
2      get, you know, as far as like a search warrant -- for
3      purposes of a search warrant, if we could try to verify
4      whether or not people on this list are victims, that would
5      certainly bolster, you know, the case for a search warrant
6      as well.
7  MR. TURNER: Uh-huh (Affirmative).
8  MS. DAHL: Even if it's just -- even if we're able to just
9      track down, you know, one or two of them. One or two of
10     them saying, yeah, he did, and, you know, getting them to
11     make a statement, that could very well weigh heavily in
12     our favor.
13 MR. TURNER: Uh-huh (Affirmative), yeah. As long as we get
14     one or two that give a statement and we don't get one or
15     two that goes back and tells him that, hey, the police are
16     looking at you, you know.
17 MS. DAHL: Right, right, right. That's the whole where you
18     would want to...
19 MR. TURNER: Everything is a roll of the dice, I think, at
20     times.
21 MS. DAHL: Right. Tread lightly for sure.
22 MR. TURNER: I think that's why we're kind of waiting on the
23     phone records to see. And again, I'll let Kevin talk
24     about what they were subpoenaing and what they were kind
25     of looking for from that first.

***CONFIDENTIAL***

21

1 MS. DAHL: Yeah.

2 MR. TURNER: But you know if you have any concerns about a

3 case or something, you can come to me.

4 MS. DAHL: Okay. I appreciate that, yeah.

5 MR. TURNER: You do realize that.

6 MS. DAHL: Yeah. You know, this wasn't out of concern, this

7 was more of I was alarmed at, I guess, the potential sheer

8 number of victims, you know, in this case. Because, I

9 mean, if that really is the case that he has upwards of 20

10 plus victims, then I would be extremely concerned as to

11 whether or not this individual would ever escalate or

12 whether or not he would, you know, accidentally kill

13 someone if he's drugging them. So -- and the baby doll

14 thing really...

15 MR. TURNER: What was that, now? I've not heard of that.

16 MS. DAHL: So they found in his safe, in addition to kind of,

17 you know, the ammunition and odds and ends, papers and

18 whatnot, they found an assortment of sex toys, and they

19 found a baby doll that had a hole in it at the bottom.

20 And that kind of really made me pause because that's

21 actually a theme in pretty disturbing cases, you know,

22 BTK, several serial rapists, several serial killers have

23 been found with baby dolls which they have -- or dolls of

24 some sort which they've kind of acted out their, you know,

25 sick fantasies on.

***CONFIDENTIAL***

22

```
 1   MR. TURNER:  I was going to say, there's a lot of sick people
 2        in the world.
 3   MS. DAHL:  Yeah.  So it's not unheard of for something like
 4        that in cases that involve serial offenders, and that --
 5        that detail really concerned me as a major red flag, and
 6        made me wonder about, like, the whole, you know,
 7        possibility of, you know, interest in kids, or child porn,
 8        or something of that nature.
 9   MR. TURNER:  You know when I talked about a couple of
10        different ways to try to make some end roads in this case,
11        you know, if we do start stopping cars and things like
12        that, he's going to know.  I mean, they're going to go
13        back and tell him, you know.
14   MS. DAHL:  Right.
15   MR. TURNER:  So once that starts, I mean...
16   MS. DAHL:  Right.
17   MR. TURNER:  ...either we get somebody that's going to do
18        something for us...
19   MS. DAHL:  Right.
20   MR. TURNER:  ...good for us and help us in that regard or he's
21        going to know.
22   MS. DAHL:  Right.
23   MR. TURNER:  You know, even when ████████████████████████
24        he had Jim Bowman representing him.
25   MS. DAHL:  Right.
```

***CONFIDENTIAL***

23

```
 1  MR. TURNER:  Most victims don't go to that length, you know.
 2  MS. DAHL:  Yeah.
 3  MR. TURNER:  I mean, if something -- if somebody got
 4      accidentally injured on my property, I'm not going to go
 5      hire a criminal defense attorney.  I might go hire a civil
 6      attorney to help me, but, you know.
 7  MS. DAHL:  Yeah, yeah.  Well, or put a steel plate over their
 8      door.
 9  MR. TURNER:  Yeah, or, you know, not release my video footage
10      or things like that.
11  MS. DAHL:  Yeah.
12  MR. TURNER:  I mean, like I said, there's lots of red flags
13      with this guy.
14  MS. DAHL:  Yeah.
15  MR. TURNER:  And, you know, we're not out to get anybody, but
16      we're out to arrest people who commit crimes.
17  MS. DAHL:  Yeah.
18  MR. TURNER:  And so...
19  MS. DAHL:  Well...
20  MR. TURNER:  ...there's a lot of concern we have with him.
21  MS. DAHL:  Yeah.
22  MR. TURNER:  Again, I'm not out to target anybody unless
23      you're committing a bunch of crimes then, yeah, you ought
24      to be targeted.
25  MS. DAHL:  Well, I think this guy is a clear and present
```

***CONFIDENTIAL***

24

1    danger to the -- like, honestly, I think he's an ongoing
2    danger to the community.
3    MR. TURNER: If -- if, in fact, he has drugged women and taken
4        advantage of them, that's probably going to be what he
5        does in the future.
6    MS. DAHL: Right.
7    MR. TURNER: I mean, if it's worked in the past...
8    MS. DAHL: Right.
9    MR. TURNER: ...don't change a winning game plan, you know...
10   MS. DAHL: Right.
11   MR. TURNER: ... is probably going to be his thought process,
12       which is...
13   MS. DAHL: Right. Well, and what else was I -- there was
14       something else that I was reading about. The doll thing
15       really kind of concerned me, and the list concerned me,
16       you know. I guess theoretically it could be just him
17       listing partners and he has a sick label put on it.
18   MR. TURNER: Right. And that's what I told Kevin. I said,
19       this may be people he had consensual sex with, but he
20       calls it whatever he calls it.
21   MS. DAHL: Right.
22   MR. TURNER: I don't know.
23   MS. DAHL: And that's the only plausible explanation that I
24       could possibly think of, but that combined with, you know,
25       the victims that have already come forward, eh...

***CONFIDENTIAL***

25

1    MR. TURNER:  Some people may like to enhance their thug status
2        with their friends or something.  I don't know.
3    MS. DAHL:  That's true.
4    MR. TURNER:  There's no telling.  What do I know, you know.
5    MS. DAHL:  What I'm curious too as to where they found this
6        list because it -- it weirded me out that someone would
7        even, you know, make that, you know.  Because if you were
8        just going to brag to your friends, you would...
9    MR. TURNER:  I wouldn't call it the rape list.
10   MS. DAHL:  Right.  You would just -- or you would just brag to
11       your friends, you wouldn't write it down.
12   MR. TURNER:  Or if I had a black book, as they used to call
13       them, you know...
14   MS. DAHL:  Yeah.
15   MR. TURNER:  ...it wouldn't -- I don't think I would call it
16       the rape list, but that's just me.
17   MS. DAHL:  Right, right.  Well, to me, that is a little bit
18       odd or concerning just because -- and, you know, granted
19       maybe I have read too much, you know, true crime and all
20       of that, but it seems like someone that's pretty arrogant,
21       you know.
22   MR. TURNER:  Well, he's pretty arrogant.  He's -- he's pretty
23       narcissistic, I would say.  I can get my wife to evaluate
24       him...
25   MS. DAHL:  Yeah.

***CONFIDENTIAL***

26

1  MR. TURNER:  ...but I think he would be high on the
2      narcissistic scale.
3  MS. DAHL:  Right, right.  Well, and, you know, someone like
4      that -- you know, because I ran -- there was a
5      psychiatrist friend of mine and I asked him about like,
6      you know the baby doll and the steel plate.  And he was --
7      even he was disturbed by, you know, this.  And he said,
8      the only time I have ever heard of, like, a steel plate in
9      front of a door thing was I once had a client whose uncle
10     was involved with the mob, but that's the only time I've
11     ever heard of a steel -- someone installing a steel plate
12     over the door.  Which, you know, I guess, yeah, if you
13     were in the mob, that would be common practice, but
14     someone like this...
15 MR. TURNER:  He may have concerns about the police entering
16     his residence, or other people entering his residence, or
17     both.
18 MS. DAHL:  Yeah, yeah.  Well, and when I was going back
19     through -- because Will sent me a couple of reports too,
20     you know, from all of his encounters with law enforcement.
21     There was one report that kind of made me scratch my head
22     too because he reported a burglary and it sounded like
23     whoever burgled him, he knew them.  And they -- I think
24     they -- it said he -- they busted into his safe and they
25     stole, like, his passport and some papers, but they also

***CONFIDENTIAL***

27

1    stole two cameras and, like, the SIM cards. And it made
2    me just raise an eyebrow because if you're going to burgle
3    someone's house, why do you just steal two cameras and not
4    anything -- any other electronics, or cash, or whatever.
5    You go for, like, two cameras? And the reason I just kind
6    of -- and maybe I'm reading too much into this, but, you
7    know, the one victim mentioned that he likes to photograph
8    women. And I don't know if he's photographing them
9    willingly or if he's photographing victims, but the camera
10   connection there kind of made me pause as well. And this
11   was, I think, a couple of years ago, but, you know, I
12   thought that's weird. Your house is burgled and all they
13   steal is two cameras, you know. So that, I thought, was
14   pretty bizarre. There's all sorts of weird, you know,
15   details in this that I sit here and think, all right,
16   well, is this a red herring or is this, you know,
17   something legitimate, but...
18   MR. TURNER: Well, I don't think we're going to know until we
19       get a little bit farther along in the ordeal.
20   MS. DAHL: Yeah.
21   MR. TURNER: It's going to be -- it's going to take some time.
22   MS. DAHL: Yeah.
23   MR. TURNER: Let me get Kevin to come up here if you have a
24       second.
25   MS. DAHL: Yeah, yeah.

***CONFIDENTIAL***

28

```
1   MR. TURNER:  [PHONE CALL - VOICE MAIL PICKS UP]

2       He's not here.  Did you have a good Thanksgiving?

3   MS. DAHL:  I did.  I just stuck around here, to be honest, you

4       know.  We had just finished up or wrapped up Grand Jury,

5       our only Grand Jury this year.

6   MR. TURNER:  Well, it's better than nothing, I guess.

7   MS. DAHL:  I guess.  But because I had been around so many

8       people, I decided to stick around here.

9   MR. TURNER:  [PHONE CALL] Hey, Petey, can you come on up to

10       the office?  All right.

11  MS. DAHL:  You know, because ███████████████████████████

12       ████████████████

13  MR. TURNER:  You have to be careful around them, yeah.

14  MS. DAHL:  Yeah.

15  MR. TURNER:  We didn't -- we didn't have -- ████████ he goes

16       to Florida during the winter, but my ████████████ and my

17       ████████████ ████████████████ so there's two stops on

18       Christmas and that kind of thing.

19  MS. DAHL:  Yeah.

20  MR. TURNER:  But we didn't get together on Thanksgiving just

21       because they're trying to be careful.

22  MS. DAHL:  Yeah, it's crazy.  Well, and I've had a heck of a

23       time trying to get my parents to, you know, exercise

24       caution because my dad is firmly in the mind set of, oh,

25       it's just the flu.  I'm sitting here like, ████████████
```

***CONFIDENTIAL***

29

```
 1
 2
 3                         So trying to get them to, you know,
 4      exercise caution with this has been, like, herding cats.
 5   MR. TURNER:  Yeah.  I'm not sure how serious my dad takes it.
 6      I guess he does, but at the same time, maybe when you get
 7      to be 83 or something you're, like, I'm not doing all of
 8      this stuff, you know.
 9   MS. DAHL:  That's how one of our judges is.            up
10      until recently was holding, you know, in-person hearings.
11      And            was born -- I'm pretty sure born
12
13   MR. TURNER:  I don't know how much of that is I'm too old to
14      do all of this stuff, if it happens, you know, I'll deal
15      with it.
16   MS. DAHL:  You know, I would probably have the same outlook at
17      that -- if I live to be, like, 95 and a pandemic comes
18      along, I would probably be of the mind set if it takes me,
19      it takes me.
20   MR. TURNER:  Yeah.
21   MS. DAHL:  Hey.
22   MR. PETERS:  Hey, how are you?
23   MS. DAHL:  I'm good.  How are you?
24   MR. PETERS:  All right.
25   MR. TURNER:  Kevin, we were talking about the case and, of
```

***CONFIDENTIAL***

30

```
1      course, I let Kat know that, you know, she can come to me
2      or you if there's any concerns.
3  MR. PETERS:  Okay.
4  MR. TURNER:  She said that the TBI was kind of working a case
5      similar.  I think there were some circumstances similar,
6      but anyway, we'll get to that.  The victim that came and
7      gave us a statement, what was her name?
8  MR. PETERS:  ███████████
9  MR. TURNER:  That's the one that there's some problems with
10     her.
11 MR. PETERS:  Yeah.
12 MS. DAHL:  Yeah.
13 MR. PETERS:  It starts with an ██████  I forget what her --
14     ██████████████  or something like that.
15 MS. DAHL:  Yeah, yeah.
16 MR. TURNER:  We talked about it, Petey, but maybe you can
17     share with Kat some of the issues with her as far as
18     credibility.
19 MR. PETERS:  Yeah.  Did Toma tell you everything we found off
20     her phone dump?
21 MS. DAHL:  No.
22 MR. PETERS:  Okay.  ████████████████████████████████
23     ██████████████████████████████████████████████████████
24 MS. DAHL:  Right.
25 MR. PETERS:  ████████████████████████████████████████████
```

***CONFIDENTIAL***

31

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | MR. TURNER:  Man, she is narcissistic, isn't she? |
| 9 | MR. PETERS:  Yeah. |
| 10 | MS. DAHL:  Yeah. |
| 11 | MR. PETERS:  Yeah, very much so.  Of course, then the whole -- |
| 12 | |
| 13 | MS. DAHL:  Yeah. |
| 14 | MR. PETERS:  ...up there when we can -- |
| 15 | |
| 16 | |
| 17 | MR. TURNER:  Yeah, we've got |
| 18 | |
| 19 | MR. PETERS:  Yeah. |
| 20 | MS. DAHL:  Oh, interesting. |
| 21 | MR. TURNER:  There's problems. |
| 22 | MR. PETERS:  Yeah, we had |
| 23 | |
| 24 | |
| 25 | MS. DAHL:  Oh, gosh.  Well, she definitely struck me as |

***CONFIDENTIAL***

32

1    someone that's not well.

2    MR. PETERS:  No, she's not well at all.

3    MS. DAHL:  So, well...

4    MR. TURNER:  And, you know, I told you what you told me,

5    Kevin, we can do -- you know, we can look at him two ways,

6    charge him and try to work back from the -- from the

7    ammunition charge, or cameras, surveillance, traffic

8    stops, whatever, try to get somebody that knows him...

9    MR. PETERS:  Yeah.

10   MR. TURNER:  ...to see if anything comes from that.

11   MR. PETERS:  Well, I mean, either way, if we go ahead and do

12   the charges on him for the ammo, we're still going to do

13   the cameras.  We're still going to put up the pole cams

14   down there to see what we can get.  We'll still stop

15   people leaving from down there to see if we can...

16   MS. DAHL:  Right.

17   MR. PETERS:  ...find anything like that.

18   MS. DAHL:  Right.

19   MR. TURNER:  We had a subpoena last week on his phone records?

20   MR. PETERS:  Well, the subpoena was to make sure that

21   

22   

23   

24           Toma is doing that for

25   

***CONFIDENTIAL***

33

```
 1   MS. DAHL:  Yeah.

 2   MR. PETERS:  So we are doing that.  And, you know, I

 3       personally -- and I don't know everything, that's for darn

 4       sure, but the only thing -- the only way I can see us

 5       working this case from this point on is probably the drug

 6       angle.

 7   MS. DAHL:  Right.

 8   MR. PETERS:  And hopefully if we do get him on something like

 9       that, then it will free up some girls coming forward.

10   MS. DAHL:  Right.

11   MR. PETERS:  But unfortunately, I just don't see this girl...

12   MR. TURNER:  I don't -- I don't think he sells to anybody

13       unless it's somebody he knows.

14   MR. PETERS:  Yeah.

15   MR. TURNER:  I think that he's a drug user and he probably

16       gives drugs to people who are partying with him...

17   MS. DAHL:  Right.

18   MR. TURNER:  ...and he uses, you know, more than he does

19       anything to sell.  And he may -- if you -- Kevin and I

20       have been friends for 30 years.  So, Kevin, hey, I need

21       some mar' -- you know, some coke or something.  Yeah, I'll

22       sell it to you, you know.

23   MS. DAHL:  Right.

24   MR. PETERS:  Yeah.

25   MR. TURNER:  I'll give you a good deal on it because you're my
```

***CONFIDENTIAL***

34

1    friend. I think that may be it, but I don't think he's
2    out selling drugs to make money, do you?
3    MR. PETERS: No. Well, no. I don't think that's his main
4    source of income. Now, it may be. I don't know what all
5    he's involved in.
6    MR. TURNER: Yeah, who knows.
7    MR. PETERS: The problem we're going to have with him is he's
8    a little bit tech savvy.
9    MS. DAHL: Yeah.
10   MR. PETERS: Because when we had
11
12
13   MS. DAHL: Right.
14   MR. PETERS: And so I'm sure he's done it with that computer,
15   too. And that computer is a whole 'nother issue that we
16   really don't have any reason to get a subpoena or anything
17   for it because it's don't pertain to the case and it was
18   in our custody when this incident happened.
19   MS. DAHL: Right.
20   MR. PETERS: I don't think we could get -- be able to even get
21   a search warrant on it at this point.
22   MS. DAHL: I mean, the likelihood of anything being on the
23   hard drive? Because if anything is on the hard drive, he
24   wouldn't be able to wipe that remotely.
25   MR. PETERS: I don't know if he would be able to or not.

***CONFIDENTIAL***

35

| 1 | | Again, I'm not that tech savvy. Evidently he's a lot more |
| 2 | | tech savvy than I am, so... |
| 3 | MS. DAHL: | Right. Because if it's -- if it's stored on the |
| 4 | | cloud, he would be able to wipe it remotely. |
| 5 | MR. PETERS: | Yeah. |
| 6 | MS. DAHL: | But if it's saved to the hard drive of the |
| 7 | | computer, then there would be, you know, photos or |
| 8 | | something, you know, of that nature on there. |
| 9 | MR. TURNER: | If he's as narcissistic as he seems to be, he |
| 10 | | probably thinks nothing is going to happen to him now or |
| 11 | | it already would have with this girl. I don't think he's |
| 12 | | going to... |
| 13 | MR. PETERS: | Yeah. I mean, I can't believe he's not even come |
| 14 | | down here and asked for that computer yet because we've |
| 15 | | had it for a while now evidently, so... |
| 16 | MS. DAHL: | Well, and I just, you know, wonder about -- you |
| 17 | | know, because I kind of told Chief Turner about my |
| 18 | | concerns about whether or not this would be the type of |
| 19 | | individual to have, like, child porn on his computer just |
| 20 | | based on like... |
| 21 | MR. PETERS: | I don't know. |
| 22 | MS. DAHL: | ...the baby doll and stuff like that. |
| 23 | MR. PETERS: | Yeah. |
| 24 | MS. DAHL: | Or even just photos of firearms. He seems like the |
| 25 | | type of peacock that would take pictures of firearms, or |

***CONFIDENTIAL***

36

| | |
|---|---|
| 1 | drugs, or cash, and all of the things that, you know, go |
| 2 | along with being a, you know... |
| 3 | MR. TURNER: Scumbag. |
| 4 | MS. DAHL: Yeah. |
| 5 | MR. PETERS: He may very well have that. I mean, yeah, that |
| 6 | would be great if we could get it. If somebody can find |
| 7 | the nexus for us to get the search warrant for the |
| 8 | computer, hey, I'm more than willing to do it. |
| 9 | MS. DAHL: Yeah, yeah. Well, I mean, we have the ammunition. |
| 10 | You know, I guess, yes, it would be a little bit stale |
| 11 | with a couple of months having gone by, but you could make |
| 12 | the argument that, well, if the photos are there, they're |
| 13 | still going to be there. |
| 14 | MR. PETERS: Uh-huh (Affirmative). |
| 15 | MS. DAHL: You know, the issue with something being stale is |
| 16 | what is the likelihood that it's going to be there when |
| 17 | we've got the computer. And if it's on the hard drive, |
| 18 | then it's there. You've got the ammunition that was in |
| 19 | his safe, and you've got -- you know he had cameras and, |
| 20 | you know, SIM cards, and things like that. You know, |
| 21 | making the argument that you're looking for photos of |
| 22 | firearms might be one to make. And then whatever else you |
| 23 | find on there is fair game. |
| 24 | MR. PETERS: Well, we can -- I mean, you tell us how to write |
| 25 | it up, we'll write it up. |

***CONFIDENTIAL***

37

| | |
|---|---|
| 1 | MS. DAHL: Okay. |
| 2 | MR. PETERS: I have no problems going after him. |
| 3 | MS. DAHL: Okay. Yeah, you know, I would really like to -- |
| 4 | and who knows, maybe it's one of these that you strike out |
| 5 | on and there's nothing on his computer, but to me that |
| 6 | seems like one of the most, you know, low risk |
| 7 | possibilities. Because if you gamble on a search warrant |
| 8 | for his house and there's nothing there, then you've kind |
| 9 | of missed your shot. |
| 10 | MR. PETERS: Uh-huh (Affirmative). |
| 11 | MS. DAHL: But if nothing is on the computer, well, then no |
| 12 | harm, no foul. But if something is on the computer, then |
| 13 | that could then kick the door open for an in-person search |
| 14 | warrant. |
| 15 | MR. TURNER: You know, the problem with him, he's got that |
| 16 | garage, then he's got his house over here. |
| 17 | MR. PETERS: Yeah. |
| 18 | MR. TURNER: Drugs could be in either one, guns could be in |
| 19 | either one. |
| 20 | MR. PETERS: Well, we think the guns are probably -- well, the |
| 21 | guns are probably both places, but we think the majority |
| 22 | of them are in the garage because that's what she said. |
| 23 | MS. DAHL: Right. |
| 24 | MR. PETERS: The guy came in and they took him back there and |
| 25 | showed him, you know. I don't know. I can't see them |

***CONFIDENTIAL***

38

| | |
|---|---|
| 1 | MS. DAHL: Okay. |
| 2 | MR. PETERS: I have no problems going after him. |
| 3 | MS. DAHL: Okay. Yeah, you know, I would really like to -- |
| 4 | and who knows, maybe it's one of these that you strike out |
| 5 | on and there's nothing on his computer, but to me that |
| 6 | seems like one of the most, you know, low risk |
| 7 | possibilities. Because if you gamble on a search warrant |
| 8 | for his house and there's nothing there, then you've kind |
| 9 | of missed your shot. |
| 10 | MR. PETERS: Uh-huh (Affirmative). |
| 11 | MS. DAHL: But if nothing is on the computer, well, then no |
| 12 | harm, no foul. But if something is on the computer, then |
| 13 | that could then kick the door open for an in-person search |
| 14 | warrant. |
| 15 | MR. TURNER: You know, the problem with him, he's got that |
| 16 | garage, then he's got his house over here. |
| 17 | MR. PETERS: Yeah. |
| 18 | MR. TURNER: Drugs could be in either one, guns could be in |
| 19 | either one. |
| 20 | MR. PETERS: Well, we think the guns are probably -- well, the |
| 21 | guns are probably both places, but we think the majority |
| 22 | of them are in the garage because that's what she said. |
| 23 | MS. DAHL: Right. |
| 24 | MR. PETERS: The guy came in and they took him back there and |
| 25 | showed him, you know. I don't know. I can't see them |

***CONFIDENTIAL***

38

1    laying out.  They would have to be in a safe or something
2    because they could get broke in -- a garage can get broke
3    into real easy.  And I find it hard to believe he's just
4    -- because evidently what she said, this guy just walked
5    in off the street and they're showing these guys the guns.
6    Would you go grab somebody walking down the middle of the
7    street and say come on in my house, I'm going to show you
8    my guns?
9    MR. TURNER:  And the thing about it is, you don't know who was
10   with him.  It could be me, Kevin, two or three other
11   people and they would say, well hell, those are my guns,
12   those aren't his guns.
13   MR. PETERS:  Yeah.
14   MS. DAHL:  Right.
15   MR. TURNER:  You know, that kind of thing.  So I doubt if he's
16   by himself a lot.  He's probably got friends he hangs out
17   with.
18   MR. PETERS:  Yeah, yeah, there's definitely friends.
19   MR. TURNER:  There's two or three.
20   MR. PETERS:  I mean, that          is always around him or seems
21   to be.
22   MS. DAHL:  Right, right.  Well, one of the things that I was
23   telling Chief Turner about is this idea of trying to get
24   in through this Federal date rape statute in that if he is
25   drugging people, you know, that's -- I don't think it's

***CONFIDENTIAL***

39

```
 1        the strongest statute as far as prosecuting or charging
 2        him with it, but using it as an avenue to get a search
 3        warrant might be something to explore.  But I think it
 4        depends on, you know, they did the toxicology of ████████
 5        ████████████████████████████          They said that they drew the
 6        blood of this latest girl.  Depending on how that comes
 7        back, there might be enough for a search warrant in that
 8        way, too.
 9   MR. PETERS:  Okay.
10   MS. DAHL:  But I would have to see, you know, what comes back
11        on the search warrants.
12   MR. PETERS:  But if we did a search warrant on that -- and
13        this is just me asking.  I'm not arguing.
14   MS. DAHL:  Yeah.
15   MR. PETERS:  If we -- the guns wouldn't fall in the scope of
16        the search warrant as far as getting into the safe and
17        stuff, right?
18   MS. DAHL:  Well, unless you did a search warrant for any safes
19        looking for date rape drugs, depending on where he keeps
20        them.  It's -- this thing is hardly ever used, this
21        statute.
22   MR. PETERS:  Yeah.
23   MS. DAHL:  So trying to figure -- like, trying to do any
24        research on this has been short of -- has been extremely
25        difficult because it is -- when I say it's hardly used, I
```

***CONFIDENTIAL***

40

| 1 | really mean it's hardly used. Like, there were a total of |
| 2 | four cases that pop up nationwide that have used this. |
| 3 | And I don't think I would be comfortable, unless the |
| 4 | evidence became, you know, overwhelmingly clear cut, |
| 5 | actually charging him with this statute, but using it as |
| 6 | an avenue to get in might be something. But as far as, |
| 7 | you know, precedent for something like that, there is not |
| 8 | a lot of precedent. This would be kind of some what we |
| 9 | used to term back in one of our -- one of the immigration |
| 10 | clinics, creative lawyering. So... |
| 11 | MR. TURNER: You know, Kat, it's our job to walk up to the |
| 12 | line. I mean, honestly, it's our job to push the envelope |
| 13 | as far as we can. |
| 14 | MS. DAHL: Yeah. |
| 15 | MR. TURNER: Because the defense does the same, don't they, |
| 16 | and that's kind of -- doesn't that equal the balance? |
| 17 | MS. DAHL: Yeah. |
| 18 | MR. TURNER: I mean, if we don't push the line, then sometimes |
| 19 | the courts can't tell us... |
| 20 | MS. DAHL: Right. |
| 21 | MR. TURNER: ...you stepped over the line. |
| 22 | MS. DAHL: Well, and, you know, maybe you break new ground and |
| 23 | pave the way... |
| 24 | MR. TURNER: There you go. |
| 25 | MS. DAHL: ...for this to be used more often. |

***CONFIDENTIAL***

41

1    MR. TURNER: So who knows. It's -- everything is on the table
2        right now.
3    MS. DAHL: Right.
4    MR. TURNER: Petey, what do you want to -- do you want to look
5        at getting some cameras up and see if that pans out here
6        in the next week or two?
7    MR. PETERS: Yeah. John, he looked at the cameras today to
8        get the SIM card for them. That's the only thing holding
9        us up on them. We've got the cameras in, we've just got
10       to get the SIM cards so we'll have the internet to run
11       them off of. And he said that once he knows which SIM
12       cards to order, he said they'll send them overnight. So
13       the next issue is just going to be finding a place to put
14       them down there. The housing that we have in these pole
15       cams are different than the housing we had in the other
16       ones. These don't look like something that goes up on a
17       transformer as much as maybe on the side of a building.
18       So we're just going to have to scout a good location, and
19       I'll get SI -- SIS started on scouting locations and maybe
20       putting cameras up down there. Because I figure we just
21       -- if we've got them both, we might as well just put one
22       on his place and put the rest of them -- put the other one
23       down there somewhere that we can see Capone's and Numan's
24       where we're having these issues.
25   MR. TURNER: His residence is on the fifth floor, so we're not

***CONFIDENTIAL***

42

1    going to get anything on that building.

2    MR. PETERS: Yeah, we won't -- no.

3    MR. TURNER: So it's basically on the garage.

4    MR. PETERS: The garage. And like I said, that's where the

5    girl said the guns were, and that's where they're spending

6    a lot of time on Friday and Saturday nights in that

7    garage.

8    MS. DAHL: Yeah.

9    MR. PETERS: So if there's going to be any drugs or anything

10    like that, I'm sure that's where it's going to take place

11    is in that garage because he flings open those glass doors

12    and people just kind of seem to mill or come over from

13    Tipton Street and everything. So -- and I think that's

14    where he's luring some of these girls in and everything.

15    MS. DAHL: Yeah. Well, and, I mean, this was several weeks

16    ago, but I was coming back from The Label and I noticed --

17    I think it was          if he's...

18    MR. TURNER: We needed to know that, Kat was at The Label.

19    What day was that?

20    MS. DAHL: There was this guy, like, he was sketchy looking.

21    I mean, that's the best way to describe him. He was kind

22    of dark complexion, dark hair, and, you know, he made me

23    sit up and take notice because he just looked like he was

24    trying to be incognito, but doing a really poor job at it.

25    And he went into that place. And I think when I described

***CONFIDENTIAL***

43

1    him to I think it was Will, he said, yeah, that's [REDACTED]
2    And, you know, he was going in and out of the garage,
3    so...
4    MR. PETERS: [REDACTED] seems to have free range over there, so...
5    MS. DAHL: Yeah, yeah, yeah. It's -- it's a weird crew over
6    there.
7    MR. PETERS: Yeah, it definitely is, but I think, you know,
8    right now, I mean, I just -- the only way I can see
9    working this case is working backwards to forwards or work
10   the drug angle, I mean.
11   MS. DAHL: Yeah. My only concern is, well, if I charge him
12   with the ammo, he's going to get out.
13   MR. PETERS: Yeah.
14   MS. DAHL: You know, even in Federal court, he's going to get
15   out on bond. He doesn't have enough of a significant
16   criminal history for...
17   MR. TURNER: And he's got the money to make bond.
18   MR. PETERS: Oh, yeah.
19   MS. DAHL: Yeah, right. And he's going to get some fancy
20   lawyer. He's not going to get, you know, FDS. And
21   especially with COVID going on, it would be a real tough
22   uphill battle keeping him in custody with what we have.
23   And so I would be concerned that if I charge him now, he's
24   going to get spooked and you're not going to get anything.
25   MR. TURNER: Let's see what we get from the cameras then.

***CONFIDENTIAL***

44

1   MR. PETERS: Yeah. I mean, I'm fine with that.

2   MS. DAHL: Okay. And can you see what you can get on the

3      toxicology, and the computer, and the cameras and see if

4      we can start the process for a search warrant on the

5      computer and the cameras that they've got?

6   MR. PETERS: Well, now, I will tell you with toxicology, we're

7      going to probably be a while on that...

8   MS. DAHL: Really?

9   MR. PETERS: ...with TBI turnaround, yeah.

10  MS. DAHL: Okay.

11  MR. PETERS: Yeah. We're probably looking at months.

12  MR. TURNER: Weeks, yeah.

13  MS. DAHL: Oh, wow.

14  MR. PETERS: Yeah. That's not going to be -- I mean, because

15     we would have to -- I mean, I can see if somebody from the

16     DA's office will do a letter for us to expedite it, but...

17  MR. TURNER: Even then you're weeks probably.

18  MR. PETERS: Yeah.

19  MS. DAHL: Wow.

20  MR. TURNER: By weeks, I mean 10 to 12.

21  MR. PETERS: Yeah.

22  MS. DAHL: Oh, Lord. Well, what about the cameras and the

23     computer, starting the process on a search warrant for

24     those?

25  MR. PETERS: The computer, I understand. The cameras?

***CONFIDENTIAL***

45

1   MS. DAHL:  Toma told me he had -- like they had confiscated,
2        like, the SIM cards for...
3   MR. PETERS:  Okay.  Okay, yeah, we have SIM cards.
4   MS. DAHL:  Yeah.
5   MR. PETERS:  Yeah.  We don't have no cameras, but we've got
6        SIM cards.
7   MS. DAHL:  Yeah.  So the computer and the SIM cards, trying to
8        get a search warrant for anything off of there, that might
9        be...
10  MR. PETERS:  Well, why don't we do this then.  Why don't we
11       get you and Toma together...
12  MS. DAHL:  Okay.
13  MR. PETERS:  ...and you can help him with wording that.
14  MS. DAHL:  Okay, yeah.
15  MR. PETERS:  Because whichever way is best to word it and
16       everything.
17  MS. DAHL:  Yeah.
18  MR. PETERS:  And then we'll go from there.
19  MS. DAHL:  Okay, yeah, absolutely.
20  MR. PETERS:  And we'll see.
21  MS. DAHL:  You know, if we strike out on the computer, then we
22       strike out on the computer, but there's no -- you know, we
23       don't spook him or...
24  MR. PETERS:  Uh-huh (Affirmative).
25  MS. DAHL:  ...blow anything up to where he would, you know,

***CONFIDENTIAL***

46

1    stop doing -- we wouldn't get anything off of it, so...
2    MR. PETERS: Now, the SIM cards will be pretty easy, but now,
3    the computer itself, we'll have to send it off to see if
4    we can get ▮▮▮▮▮▮▮▮ to -- he's not doing any of that
5    anymore, but he can get it maybe hurried for us.
6    MS. DAHL: Okay.
7    MR. TURNER: Somebody with the FBI?
8    MR. PETERS: Yeah.
9    MS. DAHL: Well, and I was telling -- because I was doing a
10   little bit of research on it, I was telling Chief Turner
11   how the reason the baby doll thing concerns me is that
12   it's actually kind of a theme in serial offenders. It has
13   popped up in several serial killers, several serial
14   rapists that have been found with dolls in their
15   possession as, you know, I guess a way for them to kind of
16   act out their issues, to put it mildly. But it's actually
17   something that's a pretty established theme...
18   MR. PETERS: Uh-huh (Affirmative).
19   MS. DAHL: ...in some of these cases. Like even BTK had --
20   was found with a doll in his possession. So that just
21   makes me wonder, well, and the testimony that -- that was
22   the other thing. And who knows if this -- there are
23   definitely credibility issues with this latest girl, but
24   one of the things that she mentioned was -- and I think
25   someone else mentioned this as well, is that I guess he

***CONFIDENTIAL***

47

| | |
|---|---|
| 1 | struggles to have sex, and that's also a pretty common |
| 2 | theme with serial offenders is that, you know, they -- |
| 3 | they struggle to perform in some way, so that kind of made |
| 4 | me pause as well. |
| 5 | MR. PETERS: Now, this girl is the first one we've had -- of |
| 6 | course, we've only had two reports filed, but this one -- |
| 7 | well, three reports filed. But this girl, she's the only |
| 8 | one that has said anything about that. She just said he |
| 9 | had done so much drugs. Now, the other ones reported that |
| 10 | he raped them, so... |
| 11 | MS. DAHL: Yeah. |
| 12 | MR. TURNER: But didn't we have a cooperation problem with |
| 13 | some of the other ones? |
| 14 | MR. PETERS: Oh, yeah. They -- they wouldn't return our phone |
| 15 | calls, yeah. That's why I'm saying if we work it |
| 16 | backwards and we get him to where we can get him on drugs, |
| 17 | or the guns, or something like that, then these girls may |
| 18 | come back knowing he's going to go away for that for a |
| 19 | while and be willing to cooperate to where we can do |
| 20 | something. |
| 21 | MS. DAHL: Yeah, yeah. |
| 22 | MR. TURNER: Yeah, they may be scared to cooperate while he's |
| 23 | out. |
| 24 | MR. PETERS: Yeah. |
| 25 | MS. DAHL: Right, right. Well, he does have guns so, you |

***CONFIDENTIAL***

48

1    know.
2    MR. PETERS:  And in that sense, you know, we can work it
3        backwards and maybe get all the rapes on him, just
4        depending.
5    MS. DAHL:  Okay, yeah.  Sounds good.  Well, yeah, I will -- I
6        will get in touch with Toma this week and help him with
7        the wording on it.
8    MR. PETERS:  Okay.
9    MS. DAHL:  I'm sure there's some -- I'll ask Tom, too, if he
10       has any experience with specifically searching a computer
11       for photos of firearms and if there's any, you know,
12       language that could be tailored to that specific situation
13       that we could use.
14   MR. TURNER:  And Kat, while you're here, I want to give you
15       your Christmas present.
16   MS. DAHL:  Thank you.
17   MR. TURNER:  You're welcome.  If you'll -- you can go ahead
18       and open it, if you like.
19   MS. DAHL:  Okay.
20   MR. TURNER:  If you'll ignore the Morris Baker Funeral Home
21       and Cremation on the side of it.
22   MS. DAHL:  Oh.
23   MR. TURNER:  That really shows, you know, that we care here at
24       the department.  And here, let me...
25   MS. DAHL:  Oh.

***CONFIDENTIAL***

49

1    MR. TURNER:  You know, you may want to leave it in your car
2        because it does have the handy dandy flashlight thing on
3        there in case you need it.
4    MS. DAHL:  Oh, okay.  Wonderful.  Well, you know, that will be
5        helpful, too, for...
6    MR. TURNER:  That's the gift that keeps on giving.
7    MR. PETERS:  We look forward to those every year.
8    MS. DAHL:  Yeah.
9    MR. TURNER:  Yeah.
10   MS. DAHL:  Well, that will be helpful too if...
11   MR. TURNER:  We meant to have Johnson City Police Department
12       on those, but instead it came out Morris Baker Funeral
13       Home.
14   MS. DAHL:  Well, you know, if we go back to teaching classes
15       over at Walters State in the new year, I can use this to
16       shine in the eyes of anybody that falls asleep.
17   MR. TURNER:  It's a handy stylus, pen, and flashlight.
18   MS. DAHL:  Yeah.  I love it.  I'll use it to -- you know.
19   MR. TURNER:  I know you'll cherish it forever.
20   MS. DAHL:  Yeah.  I'll use it to harass the guys that are
21       falling asleep on me in constitutional law.
22   MR. TURNER:  There you go.
23   MS. DAHL:  Yeah, I love it.  Well, great, it sounds like
24       you've got a plan going.  I'll -- I'll get with him on
25       getting a search warrant together for the computer and the

***CONFIDENTIAL***

50

| | |
|---|---|
| 1 | SIM cards. |
| 2 | MR. PETERS: Okay. |
| 3 | MS. DAHL: That would be the -- that would be the ace in the |
| 4 | hole if he has something on there, you know. That would |
| 5 | be my dream come true. |
| 6 | MR. TURNER: So we're going to write the search warrant |
| 7 | looking for evidence of firearms to go with the ammunition |
| 8 | we already have. Is that... |
| 9 | MS. DAHL: Yes. Yeah. And anything else is just... |
| 10 | MR. PETERS: Gravy. |
| 11 | MS. DAHL: Yeah, yeah. And, I mean, he's a weirdo. God knows |
| 12 | what's on there, so... |
| 13 | MR. PETERS: Yeah, he's a weirdo. There ain't no doubt about |
| 14 | that. |
| 15 | MR. TURNER: Nothing on social media of him with firearms or |
| 16 | anything like that? |
| 17 | MS. DAHL: No. I did manage to find his Snapchat, and that |
| 18 | was one thing that this girl mentioned is that he |
| 19 | communicates a lot via -- to these girls via Snapchat |
| 20 | because it disappears. |
| 21 | MR. PETERS: Yeah. |
| 22 | MS. DAHL: You know, that makes sense. So I don't know how |
| 23 | much use that would be trying to either set up a dummy |
| 24 | Snapchat account or, you know, trying to do a search |
| 25 | warrant on his Snapchat, but... |

***CONFIDENTIAL***

51

1   MR. PETERS: Well, we've tried Snapchat before. Without a
2   preservation letter as far as them capturing from that
3   moment on, you can't get it.
4   MS. DAHL: Yeah, yeah.
5   MR. PETERS: Because, like you said, it just disappears, it's
6   gone.
7   MS. DAHL: Yeah.
8   MR. PETERS: And that's -- that's another thing, that's why
9   everybody was using it because there's no trace.
10   MS. DAHL: He has sig' -- well, and the other thing that I
11   thought was interesting too because -- and this is just me
12   playing around on my phone. If you put in someone as a
13   contact, it will automatically pop up on different apps,
14   like so and so is also on Snapchat, so and so is also on
15   this. And it popped up, you know, because I put his
16   number, or what I thought was his number, into my phone
17   and it popped up that he uses Signal, too, so -- which is
18   frustrating because even if you did have his phone, it's
19   likely that he uses Signal or Snapchat for any -- what he
20   would, like, deem incriminating, you know, conversations.
21   Signal is encrypted end to end, and you can set text
22   messages to be -- you know, to erase themselves after a
23   mere matter of minutes, so Signal is a pain in the ass.
24   MR. PETERS: Yeah. I don't even know what you're talking
25   about, to be honest.

***CONFIDENTIAL***

52

1    MR. TURNER:  I've never heard of Signal.

2    MS. DAHL:  So the only reason I know about Signal...

3    MR. PETERS:  I told you, we're not tech savvy.

4    MS. DAHL:  So the only reason I know Signal is because it is

5        the app of choice for people -- you know, Hill staffers

6        or, you know, government staffers in Washington to leak

7        stuff to the press.

8    MR. PETERS:  Oh, okay.

9    MS. DAHL:  That is the thing.

10   MR. TURNER:  I don't even have a Facebook account, so you're

11       talking to the wrong person here.  Petey is more advanced

12       than I am.

13   MR. PETERS:  I'm not very advanced.

14   MS. DAHL:  Well, Signal, in terms of discovery, is a giant

15       pain because it's basically a text messaging app, but it's

16       encrypted end to end, which means that getting anything

17       from Signal itself would probably be just as difficult as

18       getting something from Apple, if not more.  And the other

19       thing is that there are settings on Signal where you can

20       set the text messages to disappear after a minute, after

21       five minutes, after a day, after, you know, a week.  And

22       depending on the setting that you have, it just self

23       destructs after, you know, the set amount of time.  So if

24       he's got a Signal app where he's texting about drugs or

25       whatever that's set to destruct after every five minutes,

***CONFIDENTIAL***

53

1   even if you get a search warrant and they preserve
2   everything, there's likely not to even be anything there.
3   So and all of that to say, if he's got Signal, he's
4   definitely into some, you know, shady stuff. And getting
5   any text messages off of his phone would probably be an
6   exercise in futility anyway, so...
7   MR. TURNER: You don't remember Mission Impossible. You're
8       too young for Mission Impossible.
9   MS. DAHL: I do. Well, I have seen it. It's been a while.
10  MR. PETERS: Self destruct.
11  MR. TURNER: You know, the tape recorder thing that starts
12      going up in smoke.
13  MS. DAHL: Yeah, yeah. Basically that, but text messaging,
14      so...
15  MR. PETERS: It sounds like we may have to work this the old
16      fashioned way.
17  MR. TURNER: Yeah.
18  MS. DAHL: Yeah, yeah, exactly. But who knows, maybe he has
19      something on the hard drive of his computer or his SIM
20      cards.
21  MR. PETERS: Let's hope.
22  MS. DAHL: That would be ideal.
23  MR. PETERS: Lord, I hope he does.
24  MR. TURNER: You know, why do you need a social media account
25      that erases itself? It's either you're going to use it

***CONFIDENTIAL***

54

| | |
|---|---|
| 1 | for criminal activity or you're going to cheat on your |
| 2 | spouse or something. |
| 3 | MR. PETERS: Yeah. |
| 4 | MR. TURNER: It's one of the two, otherwise who needs it? |
| 5 | MS. DAHL: Or kids misbehaving, you know, teenagers that don't |
| 6 | want mom and dad to see, that's the other, I think. |
| 7 | MR. TURNER: Yeah, I guess. But none of those are good |
| 8 | reasons to have it, so... |
| 9 | MS. DAHL: Yeah, yeah. |
| 10 | MR. PETERS: No. |
| 11 | MS. DAHL: Exactly. |
| 12 | MR. TURNER: All right, Kat... |
| 13 | MR. PETERS: That's the first time I had heard of Signal, |
| 14 | so... |
| 15 | MS. DAHL: Yeah. |
| 16 | MR. TURNER: What day was it you were at The Label? What time |
| 17 | did you leave? |
| 18 | MS. DAHL: Let's see, this is... |
| 19 | MR. TURNER: Kevin, have you got any questions you want to |
| 20 | ask? |
| 21 | MR. PETERS: And who was you there with, and did you go over |
| 22 | to the garage on Buffalo Street? |
| 23 | MS. DAHL: Yeah. This was a couple of weeks ago. |
| 24 | MR. TURNER: Did you send any Snapchats, or posts, or |
| 25 | messages, or... |

***CONFIDENTIAL***

55

1    MS. DAHL:  I'm too old for Snapchat.

2    MR. TURNER:  I guess I'm too old for a lot of things, Facebook

3        included.

4    MS. DAHL:  I hardly ever use Facebook anymore, but -- I'm just

5        kind of over it.  I'm over all of the social media, to be

6        honest.

7    MR. TURNER:  Well, we can see what comes up from the garage

8        then if we get those cameras up.

9    MS. DAHL:  Yeah.

10   MR. TURNER:  Or we can just do good old fashioned surveillance

11       on it and stop a few.

12   MR. PETERS:  I think we'll have the cameras up by next week,

13       no problem.  I mean, that's definitely no problem.

14       Hopefully they can maybe even get them up this week, but

15       by next week for sure we'll have them up.

16   MS. DAHL:  Okay, cool.  I was looking...

17   MR. PETERS:  Unless we run into a problem with the SIM cards.

18   MS. DAHL:  I was looking at the -- you know, because they've

19       got those lofts downtown.  I thought, well, you could just

20       do an old fashioned window style, find someone with a

21       loft.

22   MR. PETERS:  Does [INAUDIBLE] live down there?

23   MR. TURNER:  I don't know.  He wouldn't let us in.  He

24       probably goes over there.

25   MR. PETERS:  Yeah, he probably does.

***CONFIDENTIAL***

56

1    MS. DAHL:  Find someone that's willing to let you sit in their

2         living room with a pair of binoculars.

3    MR. PETERS:  Yeah.

4    MR. TURNER:  I do know ███████████ who has got one up there

5         on ████████████ Do you remember seeing that article in

6         the paper about the ████████ Well, it's...

7    MR. PETERS:  Yeah.

8    MR. TURNER:  It's on ████████████ isn't it?

9    MR. PETERS:  The ████████

10   MR. TURNER:  No, his -- his apartment there.

11   MR. PETERS:  Oh, I don't know.

12   MS. DAHL:  Oh, is this the guy with, like, ███████████████

13   ████████████████████████████████████████████████

14   ████████████████████████████████████████████████

15   MR. TURNER:  Uh-huh (Affirmative).

16   MS. DAHL:  I remember that ████████

17   MR. PETERS:  No, that -- ███████████████████████

18   ████████████

19   MR. TURNER:  Is that the building he's in?

20   MR. PETERS:  ███████████████████████████████████

21   ████████████████████████████████

22   MS. DAHL:  ██████

23   MR. TURNER:  ████████

24   MR. PETERS:  ████████████████████████████████

25   ████████████

***CONFIDENTIAL***

57

```
 1  MS. DAHL:  I saw that ██████████
 2  MR. PETERS:  Yeah, so he would be ████████████████████
 3  MS. DAHL:  Oh, man.
 4  MR. TURNER:  I wonder if he knows Williams.
 5  MR. PETERS:  I don't know.  I don't know.
 6  MS. DAHL:  Yeah.  I remember thinking -- because doesn't he
 7     ██████████████████ that's downtown, too?
 8  MR. PETERS:  I don't know.
 9  MS. DAHL:  I thought that was the connection.  I might be
10     wrong.
11  MR. TURNER:  ████████████████████████████████████████
12     ████████████████████████████████████
13  MS. DAHL:  Oh.  Well, there is a ████████████████  and I
14     remember being disappointed ██████████████████████████
15     ████████████████████████████████████ and I got them
16     confused when we went.
17  MR. TURNER:  Kat...
18  MR. PETERS:  Are you seeing -- are you seeing a pattern here?
19  MR. TURNER:  ...when were you at the ██████████ downtown?
20  MS. DAHL:  Okay.  Well, this was with ████████  She's, you know,
21     a defense attorney, and we were talking work.
22  MR. PETERS:  I am seeing a pattern.
23  MR. TURNER:  Are there any...
24  MR. PETERS:  What about that new rooftop bar down there?  Have
25     you been to it?
```

***CONFIDENTIAL***

58

```
 1   MS. DAHL:  I have not, but one of my coworkers has.

 2   MR. TURNER:  Are there any -- are any of the bars...

 3   MR. PETERS:  I was just wondering what it was like.  I have

 4       heard some rumors.

 5   MR. TURNER:  Are any of the bars you're frequenting down

 6       there, Kat, ███████████████████

 7   MS. DAHL:  Oh, no.  That's -- that's what's coming.

 8   MR. TURNER:  Okay.  Well, let's go at him that way and let's

 9       see what happens.

10   MS. DAHL:  Okay.  Good deal.

11   MR. TURNER:  Like you said, we've always got the ammunition to

12       fall back on if you can't get him with nothing else.

13   MS. DAHL:  Yeah.

14   MR. PETERS:  Yeah.

15   MR. TURNER:  If that's all we've got, that's all we've got.

16   MS. DAHL:  Right.  I would like to see him go away for 20 or

17       30 though.  That would be nice.

18   MR. PETERS:  Well, I would, too.  And I guess if we got him on

19       the ammo and even just got him on Federal probation, if

20       he's using drugs he can piss hot at some point in time,

21       so...

22   MS. DAHL:  That's true.  That is very true.

23   MR. TURNER:  It would be nice.  What does putting a gun on him

24       do?

25   MS. DAHL:  Probably with his, it would depend on what kind of
```

***CONFIDENTIAL***

59

| 1 | gun, how many guns, whether the guns were found with any |
| 2 | drugs. |
| 3 | MR. TURNER: Let's just say it's guns. What's that going to |
| 4 | do for us? |
| 5 | MS. DAHL: Possibly push it to seven or eight, just off the |
| 6 | top of my head. |
| 7 | MR. PETERS: We'll never have to worry with him. |
| 8 | MR. TURNER: I won't. |
| 9 | MR. PETERS: I won't either. That's what I'm saying. |
| 10 | MR. TURNER: Unless he runs over me downtown while I'm walking |
| 11 | or something. |
| 12 | MS. DAHL: Yeah, I thought his car was, like, a Lamborghini, |
| 13 | or a Ferrari, or something. |
| 14 | MR. TURNER: It's not. |
| 15 | MR. PETERS: It's a kit car. |
| 16 | MR. TURNER: It's a kit car. |
| 17 | MS. DAHL: Yeah. |
| 18 | MR. PETERS: Yeah, he thinks it's a Lotus, but it's a kit car. |
| 19 | MR. TURNER: It's not even a real Lotus. He's just saying |
| 20 | that. |
| 21 | MS. DAHL: That's really funny to me. |
| 22 | MR. PETERS: He paid 45,000 for it. They've got the bill of |
| 23 | sale or seen a picture of the bill of sale anyway. |
| 24 | MS. DAHL: More than mine is worth. Yeah, he had me fooled. |
| 25 | I'm apparently not a car person because I thought it was |

***CONFIDENTIAL***

60

1      something fancy.
2   MR. TURNER: Well, I'm sure it's lots of fun, but it's not a
3      real Lotus. He's an idiot.
4   MS. DAHL: Yeah.
5   MR. PETERS: Yeah, he is. I'll give you that. He needs to go
6      back to North Carolina or somewhere.
7   MS. DAHL: Yeah.
8   MR. PETERS: He can be their problem.
9   MR. TURNER: He's been here too long. So when the garage door
10     is open...
11  MR. PETERS: He's invested in downtown.
12  MR. TURNER: Yeah. When the garage door is open, the traffic
13     starts, huh?
14  MS. DAHL: He's got that, like, swing of his in there. That
15     was something that they mentioned, one of the girls.
16  MR. PETERS: Yeah, and that's -- she mentioned that and said
17     -- in the text messages where she sent the other girl
18     down there. She said get her on that swing, she'll like
19     that.
20  MS. DAHL: Yeah. Talk about a cast of weirdos, that's all I
21     can say.
22  MR. TURNER: All right, Petey. I'm going to go ride a bicycle
23     like I said I was going to.
24  MR. PETERS: I find that hard to believe.
25  MR. TURNER: What?

***CONFIDENTIAL***

61

```
1    MR. PETERS:  I thought Matt was going to stay and ride with
2         you.  You do know where they went, right?
3    MR. TURNER:  They went to get ice cream.
4    MR. PETERS:  Yeah.
5    MR. TURNER:  Frozen yogurt.
6    MR. PETERS:  I tried to bribe him this afternoon with powdered
7         doughnuts.  He said, I'm on a diet.  I said, bull crap,
8         you went and got ice cream last week.  He said, well, we
9         actually went and got it again today, too.
10   MR. TURNER:  Debbie fell right in there with him.
11   MR. PETERS:  He's so full of shit.
12   MS. DAHL:  Goodness.  Well...
13   MR. TURNER:  When does Toma -- is he off Friday or...
14   MR. PETERS:  Yeah, he's off Friday.  He'll be here tomorrow
15        and Thursday.
16   MS. DAHL:  Okay, great.
17   MR. TURNER:  And he'll come in next week.
18   MR. PETERS:  Monday through Thursday next week.
19   MS. DAHL:  Great.  I will get with him and then we'll figure
20        out how best to do the search warrant.
21   MR. PETERS:  Sounds good to me.
22   MS. DAHL:  Cool.  Good deal.  I appreciate it.
23   MR. TURNER:  Enjoy that pen.
24   MR. PETERS:  You might want to go out this door because she
25        locks this one up, I think.
```

***CONFIDENTIAL***

62

1    MR. TURNER:  Enjoy that pen, Kat.  I hope you get a lot of
2         good use out of it.
3    MS. DAHL:  Oh, yes.  I will cherish it.  Thanks, guys.

THIS CONCLUDES THE TRANSCRIPT OF

RECORDING 1105 - DAHL/TURNER/PETERS

******

***CONFIDENTIAL***

63

## C E R T I F I C A T E

I, Rebecca Overbey, Licensed Court Reporter in and for the State of Tennessee, do hereby certify that the foregoing is a true and complete

TRANSCRIPT OF DAHL RECORDINGS

the same transcribed to the best of my ability and understanding at the request of counsel from recordings given to me. I, Rebecca Overbey, was not present, nor did I have an agent present for these conversations.

WITNESS my hand and official seal at my office in Kingsport, (Sullivan County) Tennessee on this the 23rd day of January, 2023.

Rebecca Overbey
LICENSED COURT REPORTER
State of Tennessee
LCR #078

My License Expires:

   June 30, 2024

\*\*\*CERTIFIED ONLY IF AFFIXED SEAL IS GREEN\*\*\*

178