UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| KATERI LYNEE DAHL, | ] | |
|---|---|---|
| Plaintiff, | ] | |
| v. | ] | No. 2:22-cv-00072-KAC-CRW |
| CHIEF KARL TURNER, and CITY OF JOHNSON CITY, TENNESSEE, | ] | |
| Defendants. | ] | |

**SEE NOTICE OF MANUAL FILING –
RECORDING OF DECEMBER 8, 2020 MEETING**

Marked thumb drive containing audio recording of December 8, 2020 Meeting, filed by Johnson City.

1