## MAY 19, 2021 DAHL SECRET RECORDING

RE:  DAHL v. CHIEF KARL TURNER
and CITY OF JOHNSON CITY

# DAHL RECORDINGS

## *CONFIDENTIAL*

---

*COURT REPORTING AND VIDEO SERVICES*

P. O. Box 7481
Kingsport, TN 37664

TELEPHONE:  (423) 230-8000
REBECCA@COURTREP.NET

| | |
|---|---|
| 1 | ***RECORDING 1108 - DAHL/CHIEF KARL TURNER/KEVIN PETERS*** |
| 2 | MS. DAHL: Hi, I'm here to see Chief Turner. I'm the SAUSA. |
| 3 | UNKNOWN FEMALE: Okay. Just give me your temperature and you |
| 4 | can come in. |
| 5 | MS. DAHL: Okay. |
| 6 | UNKNOWN FEMALE: Thank you, darling. |
| 7 | MS. DAHL: Thank you. Hey. |
| 8 | UNKNOWN FEMALE: Hello. |
| 9 | MS. DAHL: I'm here to see Chief Turner. |
| 10 | UNKNOWN FEMALE: Oh, yeah. Come on in. |
| 11 | MS. DAHL: Thanks. Hi, there. |
| 12 | MR. TURNER: Hi, Kat, how are you? |
| 13 | MS. DAHL: I'm good. How are you? |
| 14 | MR. TURNER: I'm fine. |
| 15 | MS. DAHL: Goodness. |
| 16 | MR. TURNER: Vegas, work, vacation. It's not bad, is it? |
| 17 | MR. PETERS: No, not bad at all. |
| 18 | MR. TURNER: And I needed a vacation. How about you? |
| 19 | MS. DAHL: Yes, I would. That's probably at the top of my |
| 20 | list of things that I would like right now, especially |
| 21 | with some of these upcoming trials. So, you wanted to |
| 22 | talk about some of the case statuses, correct? |
| 23 | MR. TURNER: Yeah. Kevin, do you have your list or... |
| 24 | MR. PETERS: Yeah, I've got it. |
| 25 | MS. DAHL: Okay. |

***CONFIDENTIAL***

98

1   MR. TURNER:  We can try to figure out where we're at.

2   MR. PETERS:  Do you have it?

3   MS. DAHL:  Yeah.

4   MR. TURNER:  [INAUDIBLE]

5   MS. DAHL:  I had -- when I was looking at some of these, on

6       some of them, because I just had the case number, it was

7       hard for me to track them down just because it's not how I

8       store things on my laptop, and so I was having to go back

9       through, like, files and match up the cases numbers about

10      what you were asking about, so there's several that I'm

11      missing.

12  MR. TURNER:  Okay.  We can fill in the blanks, I think.

13  MS. DAHL:  Great.

14  MR. TURNER:  How's everything in Greeneville?

15  MS. DAHL:  It's doing great, you know.  We're picking back up

16      finally, so it's starting to...

17  MR. TURNER:  They've had a couple of Federal Grand Juries

18      haven't they?

19  MS. DAHL:  Yeah.  We've had -- we had one in March and one in

20      April, and then another one -- we've had one since March,

21      so three now.  I've got...

22  MR. TURNER:  And Kat, we can -- did you send this to -- does

23      Kat have a copy with the names?

24  MS. DAHL:  I have -- yeah, that's the one I brought with me.

25  MR. PETERS:  Not with the names on them, I don't think.

***CONFIDENTIAL***

99

| | |
|---|---|
| 1 | MS. DAHL: Oh. |
| 2 | MR. TURNER: Yeah. We can get the names for you. |
| 3 | MR. PETERS: I just put the names on them because I just went |
| 4 | through them one day and put the names on them to see who |
| 5 | it was. |
| 6 | MS. DAHL: That would -- well, that would be very much |
| 7 | appreciated because... |
| 8 | MR. PETERS: Let me go make you a copy then. |
| 9 | MS. DAHL: Great. |
| 10 | MR. TURNER: Two copies. |
| 11 | MS. DAHL: Good, good, good. |
| 12 | MR. TURNER: That will help us streamline things. |
| 13 | MS. DAHL: Yeah. |
| 14 | MR. TURNER: How's Wayne? I've just talked to him on the |
| 15 | phone a couple of times. |
| 16 | MS. DAHL: He's good. He's doing real well. I think |
| 17 | everybody is kind of relieved to be slowly getting back to |
| 18 | normal. |
| 19 | MR. TURNER: And we've got a new U.S. Attorney down there, |
| 20 | don't we? |
| 21 | MS. DAHL: No. We've still got an acting U.S. |
| 22 | MR. TURNER: Do you? |
| 23 | MS. DAHL: Uh-huh (Affirmative). It's my understanding that |
| 24 | historically we haven't had that position filled until |
| 25 | about the end of the year. |

***CONFIDENTIAL***

100

1    MR. TURNER:  It must take a while.

2    MS. DAHL:  It does.  You know, when I was up in D.C., we were

3         -- they were filling -- you know, granted we work for the

4         State department and whatnot, but -- we work for the State

5         department, but we were filling the empty ambassador

6         positions -- they were probably filling them right up

7         until -- we were trying to fill them up until the last

8         year of the last administration.

9    MR. TURNER:  We hate to see Mr. Overbey go.

10   MS. DAHL:  Right.

11   MR. TURNER:  But I guess that happens.

12   MS. DAHL:  Yep.  Such is the circle of life up there.  Okay.

13        So on the last three down there, Sean Williams, Xavius

14        Williams, and Dakota Shasteen, those have all been

15        indicted.  Cheyenne Lowry on the next page has been

16        indicted.

17   MR. TURNER:  Hang on just a second.  Petey, you've got those

18        grouped together some way there.

19   MR. PETERS:  I don't have that.  I don't know who wrote -- who

20        did that.

21   MR. TURNER:  4774.  Okay.  So the last three are indicted.

22   MS. DAHL:  Uh-huh (Affirmative).

23   MR. PETERS:  Yeah.  I don't know who did that.  I don't know

24        if I did that.  That don't look like mine.

25   MS. DAHL:  Correct.

***CONFIDENTIAL***

101

1   MR. TURNER: And who did you say on the next page? Cheyenne
2     Lowry?
3   MS. DAHL: Cheyenne Lowry and Jonathan Johnson. Those have
4     both been indicted as well.
5   MR. TURNER: Okay.
6   MS. DAHL: And then of the remaining ones, [POTENTIAL CRIMINAL
7     DEFENDANT 1] -- [POTENTIAL CRIMINAL DEFENDANT 1],
8     [POTENTIAL CRIMINAL DEFENDANT 2], [POTENTIAL CRIMINAL
9     DEFENDANT 3], and I think [POTENTIAL CRIMINAL DEFENDANT 4]
10     were kind of, like, on my list of clearing, you know, a
11     backlog. So, like, as far as, you know, prioritizing,
12     those have been kind of, like, on my next round.
13   MR. PETERS: Okay. Say that again. Who?
14   MS. DAHL: So -- well, [POTENTIAL CRIMINAL DEFENDANT 5],
15     [POTENTIAL CRIMINAL DEFENDANT 1], [POTENTIAL CRIMINAL
16     DEFENDANT 2], [POTENTIAL CRIMINAL DEFENDANT 3], and
17     [POTENTIAL CRIMINAL DEFENDANT 4] were all on my list of to
18     go, like, for the next round or next couple of rounds.
19     And as for the rest of them, so they're all on my, like,
20     waiting in the wings list more or less, just because when
21     we were not having Grand Jury, I was really having to
22     fight for slots. And so any time we had a complaint or
23     anytime SIS would call me and say, hey, this guy has got
24     to go now, all of these that we just had kind of E-mailed
25     to me or just, like, casually handed, like hey, can you

***CONFIDENTIAL***

102

| | |
|---|---|
| 1 | take a look at this, got pushed further down the priority |
| 2 | list. |
| 3 | MR. TURNER: So is [POTENTIAL CRIMINAL DEFENDANT 5] -- this is |
| 4 | for the next Grand Jury. |
| 5 | MS. DAHL: Uh-huh (Affirmative). |
| 6 | MR. TURNER: We're looking at [POTENTIAL CRIMINAL DEFENDANT |
| 7 | 5]. |
| 8 | MS. DAHL: Yes, [POTENTIAL CRIMINAL DEFENDANT 5], [POTENTIAL |
| 9 | CRIMINAL DEFENDANT 1]. |
| 10 | MR. TURNER: [POTENTIAL CRIMINAL DEFENDANT 1]. Okay. |
| 11 | MS. DAHL: [POTENTIAL CRIMINAL DEFENDANT 2]. |
| 12 | MR. TURNER: [POTENTIAL CRIMINAL DEFENDANT 2]. I see that, |
| 13 | yeah. |
| 14 | MS. DAHL: [POTENTIAL CRIMINAL DEFENDANT 3]. |
| 15 | MR. PETERS: She's the second list. |
| 16 | MS. DAHL: And then [POTENTIAL CRIMINAL DEFENDANT 4]. |
| 17 | MR. PETERS: That's on the second page. |
| 18 | MR. TURNER: [POTENTIAL CRIMINAL DEFENDANT 4]. |
| 19 | MR. PETERS: Now, is there another case on [POTENTIAL CRIMINAL |
| 20 | DEFENDANT 4] also? |
| 21 | MS. DAHL: I don't know. |
| 22 | MR. PETERS: Because didn't -- we got him -- this is a 2000 |
| 23 | case or a '20 case, 2020. We just got him not too long |
| 24 | again -- ago again. |
| 25 | MS. DAHL: I only have the 2020 case. |

***CONFIDENTIAL***

103

1   MR. PETERS: Okay.

2   MS. DAHL: Or the report, at least.

3   MR. PETERS: I need to check on that because we got him not

4       long ago again.

5   MS. DAHL: Oh, well, happy days. And I kind of did an

6       informal poll of the office as well just to kind of get

7       some idea of where everybody's case stats were at. And I

8       talked to -- I talked to Andrew. I talked to Greg, and

9       Tom, and Megan. So, granted, this is just kind of -- this

10      is just kind of in passing. I want you to kind of have

11      context for all of this as well. And they all told me --

12      and Christian Lampe as well. They all told me that since

13      we entered lock down, so I guess March of 2020, their case

14      -- total number of indictments has generally numbered

15      under 20, some of them hovering around 10 -- as few as 10.

16      And I counted up the number of cases I have indicted since

17      lock down, which was at 17, so...

18  MR. PETERS: Let me ask you something, Kat. This is just for

19      my own -- I ask this because of my own ignorance, let me

20      put it that way.

21  MS. DAHL: Uh-huh (Affirmative).

22  MR. PETERS: I see where Stillwagon contacted you. Legault

23      sent me an E-mail on Christopher Johnson and Chad Whitson.

24  MS. DAHL: Uh-huh (Affirmative).

25  MR. PETERS: Now, we're in the process of getting Barron a TFO

***CONFIDENTIAL***

104

1     position with the ATF.

2   MS. DAHL:  Okay.

3   MR. PETERS:  So if those -- let's say if Barron picked up that

4       case -- and I'm not saying that's going to happen because

5       he's not gone through everything.

6   MS. DAHL:  Uh-huh (Affirmative).

7   MR. PETERS:  But if he picked up that case as a TFO through

8       the ATF...

9   MS. DAHL:  Uh-huh (Affirmative).

10  MR. PETERS:  ...would that go to anybody or is that still

11      going to go to you?

12  MS. DAHL:  It still goes to me.

13  MR. PETERS:  Okay.  So, for example, the subpoena I was

14      working on was born out of -- it was one of these

15      revocation hearings for a guy that had violated his

16      parole, but they had discovered that the IP address, you

17      know, at his house was -- someone at that IP address was

18      downloading child porn.

19  MR. TURNER:  Not him.  Not me.  I hadn't had a party that

20      night.

21  MS. DAHL:  And so what started out as a revocation case became

22      an FBI investigation into this guy, Darren Leonard.  And

23      because I was handling the revocation, I'm now helping FBI

24      out on this.  So it's technically not something that came

25      from you guys, it was born out of this other thing, but

***CONFIDENTIAL***

105

1    that's kind of how that landed in my lap.  So yes, long
2    story short, does not matter, you can still give me cases.
3    MR. TURNER:  Petey, wasn't one of these a guy did a robbery
4        afterwards or...
5    MR. PETERS:  I think that's [POTENTIAL CRIMINAL DEFENDANT 4].
6    MR. TURNER:  [POTENTIAL CRIMINAL DEFENDANT 4].
7    MR. PETERS:  [POTENTIAL CRIMINAL DEFENDANT 4] done a robbery,
8        then we -- like I said, I've got to look at that one
9        because we've arrested him again since 2020.  It was just
10        a month or a couple of months ago where he got -- with
11        another gun and I think he done a robbery.  I think that's
12        [POTENTIAL CRIMINAL DEFENDANT 4].
13    MR. TURNER:  Okay.
14    MR. PETERS:  I'm pretty sure.
15    MR. TURNER:  So he's on deck.
16    MS. DAHL:  Uh-huh (Affirmative).  He's on deck.  And then it's
17        just a matter of working through the list kind of
18        backwards, you know, as we're now kind of chugging along.
19        And then of course, you know, the list kind of changes
20        because SIS calls me up and they're like, hey, you know,
21        we need so and so to go now.  Like Kirt just gave me one
22        that he wants to complaint later this week, and so that
23        might bump someone else off the list depending on, you
24        know, the amount of time I can get at Grand Jury, the
25        amount of cases that I, you know, can feasibly amount in

***CONFIDENTIAL***

106

1    June, et cetera.

2    MR. PETERS: And June is the next one?

3    MS. DAHL: Uh-huh (Affirmative).

4    MR. PETERS: So let's say there is another case on [POTENTIAL

5    CRIMINAL DEFENDANT 4].

6    MS. DAHL: Uh-huh (Affirmative).

7    MR. PETERS: Will you do those separate or can you do them

8    together?

9    MS. DAHL: I can do it together.

10   MR. PETERS: Okay.

11   MS. DAHL: Yeah. Same indict' -- same defendant.

12   MR. PETERS: So we just need to -- I need to find out the day

13   and get you that stuff.

14   MS. DAHL: Yeah, that makes it easy because it's the same

15   person.

16   MR. TURNER: I guess our -- I'll support it, Kat, and maybe

17   CID needs to look at the cases. We need to look at who

18   might be our most violent offenders or who we think is --

19   and I know that's a guess sometimes when you're dealing

20   with people that are using drugs and selling drugs.

21   MS. DAHL: Uh-huh (Affirmative).

22   MR. TURNER: But I know we've got two robberies on there that

23   I guess they've already committed robbery or it was a

24   robbery -- a gun case where they committed robbery. Is

25   that right, Kevin?

***CONFIDENTIAL***

107

1    MR. PETERS:  Uh-huh (Affirmative).

2    MR. TURNER:  So those two have already shown a propensity for

3        violence, I guess.

4    MS. DAHL:  Yeah.

5    MR. TURNER:  You know, if you want to prioritize them, that

6        might be something to take into consideration, I would

7        guess.

8    MS. DAHL:  Okay.  Yeah, it would be...

9    MR. TURNER:  And it's a guess at best, you know.  I mean, I

10       don't know what somebody is going to do no more than

11       anybody else.

12   MS. DAHL:  Right.  You can only make your best judgment based

13       on the facts you've got.

14   MR. TURNER:  Yeah.

15   MS. DAHL:  But yes, it would be really helpful for me if they

16       kind of look over their cases and start kind of ranking

17       them by which ones are a priority and which ones, you

18       know, when we get to it, we get to it, more or less.  So,

19       you know, category of like, you know, just first tier,

20       this one has got to go now.

21   MR. TURNER:  Okay.

22   MS. DAHL:  Second tier, I want you to, you know, look at this

23       when you get a chance, but, like, not a priority.  And

24       then third tier, like, eh, look at this when you -- you

25       know.

***CONFIDENTIAL***

108

1  MR. TURNER: I've never been to Federal Grand Jury,

2      thankfully. Are you allotted so much time or is that...

3  MS. DAHL: So it depends on, like, what everybody else has got

4      in the office. Sometimes we've got other attorneys either

5      -- on the rare occasion, like, let's say maybe 30 -- 20 or

6      30 percent of the time we'll have some random, like,

7      people from D.C. that sometimes need, like, Grand Jury

8      time. That doesn't seem to happen very often. And then

9      every once in a while depending on, like, if someone has

10     got a case that needs to go immediately from one of the

11     other offices, they'll sometimes have time as well. So

12     really it just kind of -- it varies, you know, from Grand

13     Jury to Grand Jury. So last month, we had some people

14     down from D.C. that were taking up some time.

15  MR. TURNER: Okay.

16  MS. DAHL: And, you know, depending on if someone is

17     indicting, like, a 30 person conspiracy where, you know,

18     they might have one case, but it takes an hour, versus,

19     you know, I might have five or six cases and it takes,

20     like, 30 minutes. So it just -- it's really hard to

21     predict. I can generally say that conservatively

22     speaking, it's a good bet that I can get in at least 30

23     minutes, if not an hour, you know, for most Grand Juries.

24     Now, depending on if it's, like, a multi -- I would say an

25     hour -- I would budget probably an hour for, like, three

***CONFIDENTIAL***

109

1    cases that have multiple defendants. And then I could
2    probably do three single count defendants in 30 minutes.
3    And so I could do five or six of those in an hour. It
4    just kind of widely varies.
5    MR. PETERS: What about Dalvin Robinson? We've got him this
6        week.
7    MS. DAHL: He's indicted.
8    MR. PETERS: He's already indicted.
9    MS. DAHL: Yes.
10   MR. PETERS: So we don't have to worry about him.
11   MS. DAHL: Yes. He's got his initial appearance set for later
12       this month.
13   MR. PETERS: Well, let me ask you this then because you said
14       something there that kind of raised something up to me
15       that if somebody calls, somebody might have to be bumped
16       off the list or something like that.
17   MS. DAHL: Uh-huh (Affirmative).
18   MR. PETERS: And I know how some of those guys are down there,
19       Stillwagon and a couple of them. Their cases are the most
20       important thing going on.
21   MS. DAHL: Yeah.
22   MR. PETERS: So would it be easier if all of this went through
23       Jeff rather than them individually calling you?
24   MS. DAHL: That -- that could work. That could potentially
25       kind of help even things out because, I'll be honest, you

***CONFIDENTIAL***

110

1   know, like Jeff, and Will, and, you know, Kirt probably
2   most of all, you know, they've all got my cell phone
3   number and they text or call me anytime they want to. And
4   so it is sometimes a case of, you know, the squeaky wheel
5   gets the grease, and...
6   MR. PETERS: Because I know Stillwagon wants all of his cases
7       done right now, right this second.
8   MS. DAHL: Yes.
9   MR. PETERS: So I know that surprises you.
10  MS. DAHL: Uh-huh (Affirmative).
11  MR. TURNER: He's usually not like that.
12  MR. PETERS: No. Well, I'll do that then. I'll talk to Jeff
13      and just have them start -- and Jeff can go through you on
14      which cases are the most important...
15  MS. DAHL: Okay.
16  MR. PETERS: ...and which ones we need done right then.
17  MS. DAHL: Yeah, yeah. If he would provide me some context of
18      like, this one, you know, needs to go now, and this one
19      you know, take it or leave it, more or less, and anything
20      in between, so...
21  MR. TURNER: Okay.
22  MR. PETERS: Are you good with that?
23  MR. TURNER: Yeah, I'm fine with it. You know, I mean, we've
24      got '19 cases and '20 -- we've got 2019 and 2020 cases,
25      but I know they've not had a Grand Jury, but they need to

***CONFIDENTIAL***

111

1   go sometime.

2   MS. DAHL: Well, I'll...

3   MR. TURNER: And again, you know, I would rather have somebody

4       who, you know, has got an aggravated assault or a robbery

5       go before somebody that's just, you know, a drug case.

6   MS. DAHL: Right, right. Yeah, I would generally agree with

7       that as well, you know, the violent offenders are probably

8       -- probably number one on the list.

9   MR. TURNER: Did you say Robinson, Petey? Is he the one here?

10  MR. PETERS: Dalvin. No, no.

11  MR. TURNER: Okay.

12  MR. PETERS: He's the one that hit Daughterty down there at

13      the county and then we've been chasing him.

14  MR. TURNER: Yeah.

15  MR. PETERS: [INAUDIBLE] got him up here on felon in

16      possession Monday -- Monday or Tuesday -- Monday.

17  MR. TURNER: That's the one we were looking for, wasn't it,

18      for a while?

19  MR. PETERS: Uh-huh (Affirmative), yeah, yeah. They got him

20      up there Monday. Jeff on his daily had said something

21      about he worked on some stuff on it, so I just didn't know

22      if he had already been indicted or..

23  MS. DAHL: He has, and he's awaiting his initial appearance on

24      the 27th.

25  MR. PETERS: We don't have to worry about indicting him then.

***CONFIDENTIAL***

112

```
 1        He's good.
 2   MS. DAHL:  He's ready to go.
 3   MR. TURNER:  Kat, did you play softball or anything in high
 4        school?
 5   MS. DAHL:  So I was on the swim team briefly.
 6   MR. TURNER:  Swim team?
 7   MS. DAHL:  But unfortunately was mostly a performing arts
 8        nerd.
 9   MR. TURNER:  You didn't play softball or anything?
10   MS. DAHL:  I didn't.  I did not.  The closest I came to a team
11        sport was volleyball.
12   MR. TURNER:  Did you play softball when you were a child in
13        your neighborhood?
14   MS. DAHL:  Yeah.
15   MR. TURNER:  You did?
16   MS. DAHL:  Yeah.
17   MR. TURNER:  Did you have a good arm?
18   MS. DAHL:  No.  Hence why I turned to swimming.
19   MR. TUNER:  Well, we noticed a broken window down there at
20        Sean Williams' garage.  I just wanted to know if I needed
21        to read you your rights before we continue on.
22   MS. DAHL:  No.
23   MR. PETERS:  I was wondering where you were going with that.
24   MS. DAHL:  No.
25   MR. PETERS:  I was wondering.
```

***CONFIDENTIAL***

113

```
1   MS. DAHL:  No.

2   MR. TURNER:  We were just down there the other day.

3   MR. PETERS:  I know.  I've got a lot of things on my -- going

4      on.

5   MS. DAHL:  I'm pretty sure...

6   MR. TURNER:  Kevin said, Kat might have thrown that rock

7      through there.

8   MS. DAHL:  I'm pretty sure if it was me, I would be down there

9      with pom-poms and strobe lights.

10  MR. TURNER:  You know, we have a camera, so...

11  MS. DAHL:  Right, right, exactly.

12  MR. TURNER:  I was just wondering if you were out there.

13  MS. DAHL:  Yeah.  You know, I think if I decided to throw

14     something at his garage, it would probably be bigger than

15     a rock.  And he is kind of -- he's gone, as far as the

16     marshals are aware at this point.  He was supposed to turn

17     himself in and then freaked out.

18  MR. PETERS:  He's fighting that.

19  MS. DAHL:  Freaked out and is God knows where.

20  MR. TURNER:  Well, he'll turn up.  Don't worry.

21  MS. DAHL:  Yeah.

22  MR. TURNER:  He'll turn up.

23  MS. DAHL:  Yeah.

24  MR. PETERS:  I think what we're having is a lot of

25     communication problems.
```

***CONFIDENTIAL***

114

| 1 | MS. DAHL: Uh-huh (Affirmative). |
| 2 | MR. PETERS: Things are not getting back to us. |
| 3 | MS. DAHL: Okay. |
| 4 | MR. PETERS: So I'm not trying to cause you any more work or |
| 5 | anything like that, but let's say this June indictment |
| 6 | goes in. |
| 7 | MS. DAHL: Uh-huh (Affirmative). |
| 8 | MR. PETERS: Can you just send me an E-mail on who got |
| 9 | indicted and then that way I can get in with the Chief and |
| 10 | we know where we stand on these cases and everything? |
| 11 | MS. DAHL: Sure, sure. |
| 12 | MR. PETERS: Because evidently the information is not flowing |
| 13 | to us. |
| 14 | MS. DAHL: Okay, yeah. I'm fine with that. Well, and, you |
| 15 | know, I presume you guys have my cell phone number as |
| 16 | well, you know. Feel free to call or text anytime. I |
| 17 | know Kirt and company take a little advantage of that |
| 18 | offer, so... |
| 19 | MR. PETERS: Yeah. |
| 20 | MR. TURNER: And sometime along the line, Kat, we'll -- we |
| 21 | will update the commission on your position. It usually |
| 22 | helps if we can, you know, not go into specifics or names, |
| 23 | but we can say I have indicted for, you know, a gun charge |
| 24 | or robbery, you know. |
| 25 | MS. DAHL: Yeah. |

***CONFIDENTIAL***

115

1  MR. TURNER: But we can just kind of give them a little
2      synopsis of, you know, what you're doing and how it is
3      benefitting Johnson City. It's always good for the
4      commission to hear that...
5  MS. DAHL: Yeah.
6  MR. TURNER: ...because part of, you know the grant money,
7      they approved it to pay your salary and that type of
8      thing, so it's just -- you know.
9  MS. DAHL: Right.
10 MR. TURNER: There's no real formal evaluation that I do, so
11     it's just an update for the city manager to do that.
12 MS. DAHL: I've got you,
13 MR. TURNER: So we'll do that maybe in the summer sometime.
14 MS. DAHL: Okay. Sounds good. Yeah, just let me know when
15     and I can kind of put together something on, you know, a
16     summary of "X" amount of cases and all of that.
17 MR. TURNER: Yeah, that's fine. They don't want to hear too
18     much. They don't -- they want to get it over with, so,
19     you know...
20 MS. DAHL: That's fair. That's fair.
21 MR. TURNER: Mr. Overbey came -- he came down, I think maybe
22     when Tom McCauley was -- that might have been the last
23     time.
24 MR. PETERS: Yeah.
25 MR. TURNER: Because we got into COVID after that, but...

***CONFIDENTIAL***

116

| | |
|---|---|
| 1 | MS. DAHL: Right, right. |
| 2 | MR. TURNER: ...he had a chance to speak to the commission |
| 3 | about, you know, our Special U.S. Attorney, and what it |
| 4 | means for his office and for Johnson City. That's always |
| 5 | good for them to hear that. |
| 6 | MS. DAHL: Oh, yeah, absolutely. |
| 7 | MR. TURNER: All right, Petey. Have we got any other... |
| 8 | MR. PETERS: No, no. |
| 9 | MR. TURNER: ...concerns about who is on the list? Like I |
| 10 | said, I remember that one I think who committed a robbery |
| 11 | or something after we had a case on him. |
| 12 | MR. PETERS: Yeah. I'm pretty sure that was [POTENTIAL |
| 13 | CRIMINAL DEFENDANT 4]. I know we've got more cases on |
| 14 | him, but I'll -- I'll get that today and I'll give it to |
| 15 | you. |
| 16 | MS. DAHL: Okay. |
| 17 | MR. PETERS: Since you're already going to indict him. He's |
| 18 | been a thorn for a while. We just need to take care of |
| 19 | him once and for all. |
| 20 | MS. DAHL: Right, right, right. |
| 21 | MR. TURNER: I was surprised Sean Williams didn't take the |
| 22 | Pantera with him -- I mean the kit car with him. |
| 23 | MR. PETERS: It's still sitting down there. |
| 24 | MS. DAHL: The blue car is gone, which I thought was |
| 25 | interesting, that belongs to his friend, like the Ford |

***CONFIDENTIAL***

117

1    LTD.

2    MR. PETERS: Yeah, Alvie?

3    MS. DAHL: No, I think it -- so it belongs to this other guy

4        named Samuel Graham.

5    MR. PETERS: Oh, I don't know. I haven't heard of him.

6    MS. DAHL: I have no idea.

7    MR. TURNER: He probably didn't want them running the tag on

8        something and find out it's him.

9    MR. PETERS: Yeah.

10   MR. TURNER: As far as...

11   MS. DAHL: Yeah.

12   MR. TURNER: ...I can lay low if I'm in somebody else's car.

13   MS. DAHL: Yeah, yeah.

14   MR. TURNER: He'll probably lie about who he is if he gets

15       stopped or something.

16   MS. DAHL: I'm sure. I'm sure the marshals will eventually

17       pick him up.

18   MR. TURNER: He'll turn up.

19   MS. DAHL: I got a call from Spurrell. Apparently he was

20       suicidal when he went on the run and was saying or, like,

21       telling Don that, well, he's going to get some -- you

22       know, he said he's just going to kill himself.

23   MR. TURNER: I'm going to call Don and say, Don, you know

24       Williams is going to get a huge sentence, don't you?

25   MR. PETERS: I thought Spurrell -- Bowman was his attorney.

***CONFIDENTIAL***

118

1　MS. DAHL:  Apparently he's been talking to both and, like,
2　　　didn't formally retain either, so...
3　MR. PETERS:  The last time we got with him it was Bowman.
4　MS. DAHL:  Yeah.  Apparently he was making multiple calls to
5　　　multiple attorneys.
6　MR. PETERS:  Apparently we've got him on the run and a little
7　　　uneasy.
8　MR. TURNER:  Yeah.  I was about to play tennis with Spurrell
9　　　the other night.  I could have mentioned something.
10　MR. PETERS:  Maybe you could have hit him in the chest.
11　MR. TURNER:  Spurrell is a pretty good player.
12　MR. PETERS:  Is he?
13　MR. TURNER:  Yeah, he is.  That doesn't mean I couldn't hit
14　　　him in the chest.  I could try.  I'm not that good.  My
15　　　aim is not that good.  I could ask him about that.  Do you
16　　　know that Sean Williams guy?  Have you ever heard of him?
17　　　He's looking down the barrel.
18　MS. DAHL:  Yeah.
19　MR. TURNER:  He ain't going to kill himself.  He likes his
20　　　damn self too much.
21　MR. PETERS:  Yeah.
22　MR. TURNER:  Hell far.  He ain't going to kill himself.
23　MS. DAHL:  Yeah, yeah.
24　MR. TURNER:  There's too many college girls out there in the
25　　　world.

***CONFIDENTIAL***

119

1    MS. DAHL: Yep, absolutely. I think he has too high of an

2        opinion of himself.

3    MR. TURNER: Oh, yeah. He's skated by in life on probably

4        lots of things.

5    MS. DAHL: I know.

6    MR. TURNER: He just needs to calm down. He'll get over it.

7    MR. PETERS: Oh, I think I see it now. Bristol -- Bristol --

8        Diante Bristol is the one that's got the robbery. It's

9        got robbery beside his name. I didn't see that a minute

10       ago.

11   MR. TURNER: Yeah, he and Jeremiah Griggs and April...

12   MS. PETERS: Yeah. I'll have to -- I don't remember them by

13       name. I'll have to look those up.

14   MS. DAHL: I'll put a star by him.

15   MR. PETERS: I'll have to see what those are.

16   MR. TURNER: I don't know if it was a robbery case or he's

17       done a robbery after.

18   MR. PETERS: I would have put that out there because it was

19       involving a robbery. But, now, [POTENTIAL CRIMINAL

20       DEFENDANT 4] has got a robbery too since -- since that

21       case.

22   MR. TURNER: Jeremiah Griggs, I don't know him, do you?

23   MR. PETERS: I don't either.

24   MR. TURNER: I don't know who a lot of these are. What's the

25       range for Mr. Williams?

***CONFIDENTIAL***

120

| | |
|---|---|
| 1 | MS. DAHL: Well, probably not great with it just being an |
| 2 | ammunition case and with him having very minimal criminal |
| 3 | history. He's probably looking at -- I think when I ran |
| 4 | the guidelines, like, two to three years, maybe four. |
| 5 | Now, of course, there's always the possibility for an |
| 6 | upward departure, you know, depending on the facts with, |
| 7 | you know, the assault cases in his past. That's something |
| 8 | that I could potentially look into pursuing as well. But |
| 9 | just from the ammunition, he's only looking at two or |
| 10 | three years, I would say. |
| 11 | MR. TURNER: Two or three years? |
| 12 | MR. PETERS: We're living rent free in his mind right now. |
| 13 | That's worth it. |
| 14 | MR. TURNER: I wouldn't have to worry about him. |
| 15 | MR. PETERS: No, I wouldn't either. Just the aggravation |
| 16 | we're causing him right now is worth it, and we got him |
| 17 | out of Johnson City. |
| 18 | MR. TURNER: Two or three years, Kat, I'll be at the lake |
| 19 | every day hopefully, so... |
| 20 | MS. DAHL: Yeah, yeah. |
| 21 | MR. TURNER: That would be good. Yeah, whatever we can get |
| 22 | with him, that would be great. |
| 23 | MS. DAHL: Yeah, yeah. |
| 24 | MR. PETERS: I think we've achieved our desired outcome |
| 25 | already. |

***CONFIDENTIAL***

121

| | |
|---|---|
| 1 | MR. TURNER: If he stays gone a year and then they get him, I |
| 2 | really won't have to worry about him. |
| 3 | MR. PETERS: That's even better. |
| 4 | MR. TURNER: Then he maybe gets a couple of years and I'm done |
| 5 | with him. |
| 6 | MS. DAHL: Yeah, yeah. |
| 7 | MR. PETERS: Then we'll go down and throw rocks at the |
| 8 | windows. |
| 9 | MR. TURNER: Yeah. I can put him on my protest list. |
| 10 | MR. PETERS: Yeah. |
| 11 | MR. TURNER: People I'm going to protest when I retire. I've |
| 12 | got a pretty good list. |
| 13 | MS. DAHL: Oh, I'm sure. |
| 14 | MR. TURNER: I can exercise my first amendment rights after I |
| 15 | retire. |
| 16 | MS. DAHL: Yeah, there's a few that would probably be on my |
| 17 | list as well. |
| 18 | MR. TURNER: All right. So Petey, we're going to kind of |
| 19 | prioritize? |
| 20 | MR. PETERS: Yeah, and I think that's going to be a better way |
| 21 | of doing it is just one person communicating with her on |
| 22 | cases that we need done. Get Jeff -- get Sergeant Legault |
| 23 | to do it. I think that's going to -- that way people |
| 24 | aren't being bumped up more important just because |
| 25 | Stillwagon wants them bumped. |

***CONFIDENTIAL***

122

1   MR. TURNER:  Yeah.  Kat, I don't want to put you in the

2       position to have to ignore Stillwagon all the time.

3   MR. PETERS:  I ain't saying nothing bad about Stillwagon, just

4       Stillwagon thinks his cases are the most important thing

5       going on and he's eager.

6   MR. TURNER:  You know, I'd rather have somebody that's

7       passionate than somebody than somebody that...

8   MR. PETERS:  Oh, he's passionate, yeah.

9   MR. TURNER:  ...you've got to kick in the butt to do

10      something.

11  MR. PETERS:  I mean, I'm glad to have him.

12  MS. DAHL:  That's very true, very true

13  MR. TURNER:  Legault can ignore him instead.

14  MS. DAHL:  That's fair.  Yeah, he's -- he's the one that's

15      definitely blowing up my phone probably the most,

16      weekends, holidays.

17  MR. PETERS:  Yeah, I think that will work.

18  MR. TURNER:  Legault -- Legault will take care of that, too.

19  MR. PETERS:  Yeah.

20  MR. TURNER:  You know, I don't mind him calling you if he

21      needs advice or things like that, but otherwise...

22  MS. DAHL:  Oh, I don't care.  I told all of them that, you

23      know, that's what the cell phone is there for, you know,

24      so -- and the more that they -- you know, the more that

25      they text me or call me, that's, you know, easier for me

***CONFIDENTIAL***

123

| | |
|---|---|
| 1 | too to kind of keep tabs, just especially when we're still |
| 2 | in this kind of weird hybrid bouncing between, you know, |
| 3 | tele-work and office work, you know. We're, I think, I |
| 4 | would say, I'm 50 to 60 -- 60 to 70 percent in the office, |
| 5 | back to, but still tele-working, like, maybe two days a |
| 6 | week. So when they text me, you know, that helps me as |
| 7 | well. |
| 8 | MR. PETERS: All right. |
| 9 | MR. TURNER: Anything else going on with SIS that you can |
| 10 | share with Kat? I don't know of anything pending. |
| 11 | MR. PETERS: No, I mean, there's always cases going on, but I |
| 12 | don't know if they've got anything big right now. |
| 13 | MR. TURNER: All that marijuana was in State court, wasn't it? |
| 14 | MR. PETERS: Uh-huh (Affirmative). |
| 15 | MS. DAHL: It was. |
| 16 | MR. PETERS: Yeah. |
| 17 | MS. DAHL: Jackson is probably going to go to trial next month |
| 18 | -- well, possibly next month. His attorney just filed |
| 19 | another continuance, but he's -- I'm 99 percent sure he's |
| 20 | going to go to trial. |
| 21 | MR. TURNER: Jackson, is that the one... |
| 22 | MS. DAHL: "Q". |
| 23 | MR. PETERS: Emory. That's the one we took to Chattanooga -- |
| 24 | gave a free ride to Chattanooga and then he come back up |
| 25 | here. |

***CONFIDENTIAL***

124

```
 1   MR. TURNER:  Isn't he the one -- didn't they get him down
 2       around the river or something or was that another guy I'm
 3       thinking of?
 4   MR. PETERS:  No, you're thinking of Gary Williams that got out
 5       on the river and then was going to drown and we had to go
 6       get him.  Yeah, that was Gary Williams.  No, Jackson is
 7       from Chattanooga.  He's a thorn in our side.  He was the
 8       one that had information on the...
 9   MR. TURNER:  Yeah, the murder.
10   MR. PETERS:  The murder.  And we got out of jail, and took him
11       to Chattanooga, and left him down there, and then he come
12       right back up here.
13   MS. DAHL:  Well, he's looking at at least 15 because he's a
14       career criminal.
15   MR. PETERS:  That's good.  He needs to go.
16   MS. DAHL:  And with his guideline range, if he goes to trial,
17       he could be looking at, like, 25, so...
18   MR. TURNER:  He's not going to take a deal though, huh?
19   MS. DAHL:  No, no.  I offered -- I offered him 16, and I think
20       he's going to go to trial.  Which if he goes to trial,
21       then he's going to get probably around 25, and I'm
22       probably going to ask for a upward departure to make it
23       around -- you know, tack on as much time as I can get, so
24       -- and I wouldn't be surprised if he got a serious upward
25       departure granted with everything that's in his
```

***CONFIDENTIAL***

125

1    background. We've got, you know, suspected homicide,
2    we've got suspected rape, we've got the dog killing, you
3    know.
4    MR. TURNER: He's done all kinds of crap, hasn't he?
5    MS. DAHL: Uh-huh (Affirmative).
6    MR. PETERS: He's the one that complained on SIS that we had
7        to get Keller to -- you know.
8    MR. TURNER: Yeah, yeah.
9    MS. DAHL: He was going to contact...
10   MR. PETERS: After he had already sent a letter saying if you
11       don't do this, I'm going to complain on you.
12   MS. DAHL: Yeah, that's him.
13   MR. TURNER: Yeah. He's the one that said they planted drugs
14       on him or something, wasn't it?
15   MR. PETERS: Yeah, they were going around planting guns and
16       drugs on people.
17   MS. DAHL: Yeah, that's him. He's a lovely, lovely person.
18       So, I think after -- because, you know, with sentencing
19       you can bring in just about anything and I was going to
20       drag out probably everything that's in his background, and
21       even bonus points for, you know, at that point I'll be
22       able to put on the CI who can tell the judge all about how
23       he murdered her dog. She's very upset about it. I'm sure
24       that will not play well either.
25   MR. TURNER: That was like a Godfather moment, wasn't it? He

***CONFIDENTIAL***

126

Case 2:22-cv-00072-KAC-JEM  Document 61-11  Filed 01/16/24  Page 30 of 36  PageID #:
1163

| 1 | was sending a message or something? |
|---|---|
| 2 | MR. PETERS: I guess. |
| 3 | MS. DAHL: Yeah. He's a real piece of work. Well, if you |
| 4 | have anything else for me, you know, please let me know. |
| 5 | MR. TURNER: Well, we're just trying to figure out where we're |
| 6 | at and make sure that the Grand Jury is going to go again. |
| 7 | The CDC is allowing all kinds of good stuff to happen. |
| 8 | MS. DAHL: Yes, finally. We're allowed in the office without |
| 9 | masks. Now, we're still having to wear them in court, but |
| 10 | in our office, we're allowed to not wear masks anymore if |
| 11 | you're fully vaccinated, a caveat. |
| 12 | MR. TURNER: Well, Kat, do you need anything from us? |
| 13 | MS. DAHL: No, I think that's about it. |
| 14 | MR. TURNER: Well, thank you. We're glad we got those |
| 15 | indicted and some coming up. |
| 16 | MS. DAHL: Yeah, yeah. I'm relieved that we're finally kind |
| 17 | of clawing our way back to some semblance of normalcy. |
| 18 | MR. PETERS: Sounds good to me. It looks like we're on the |
| 19 | right track here. |
| 20 | MR. TURNER: You know, I talked to Ashley Ellenburg -- |
| 21 | remember that group we took a picture of down in the |
| 22 | breezeway? |
| 23 | MR. PETERS: Yeah. |
| 24 | MR. TURNER: She said a lot of them got released from Red |
| 25 | Onion Prison, ended up on a bus to Kingsport, and |

\*\*\*CONFIDENTIAL\*\*\*

127

| | |
|---|---|
| 1 | Kingsport said they've got free shit in Johnson City, and |
| 2 | here they are. |
| 3 | MR. PETERS: Imagine that. That's all we needed. |
| 4 | MR. TURNER: So they made a bus trip from Virginia, I guess, |
| 5 | to Kingsport and here. |
| 6 | MS. DAHL: Oh, goodness. |
| 7 | MR. TURNER: I don't know how they got let out, but anyway... |
| 8 | MS. DAHL: Huh. |
| 9 | MR. PETERS: Well, that girl that Shane polygraphed yesterday |
| 10 | for the jail used to work at Red Onion. I wouldn't hire |
| 11 | her. |
| 12 | MR. TURNER: That bad? |
| 13 | MR. PETERS: Well, she quit up there because evidently there |
| 14 | was an internal going on, so she just quit going to work. |
| 15 | They kept trying to bring her in for the internal. But |
| 16 | when Shane pressed her on what the internal was, she goes, |
| 17 | well, it was either for my friend that works there who was |
| 18 | sleeping with one of the inmates, or my husband who was |
| 19 | selling drugs |
| 20 | MS. DAHL: Oh, boy. |
| 21 | MR. PETERS: It's her ex-husband now, but it was her husband |
| 22 | at the time. |
| 23 | MR. TURNER: So it was either for her sleeping with an inmate |
| 24 | or her ex-husband selling drugs. |
| 25 | MR. PETERS: For her friend she said was sleeping with an |

***CONFIDENTIAL***

128

1      inmate.

2      MR. TURNER:  But it was actually for her.

3      MR. PETERS:  Yeah, there you go.

4      MR. TURNER:  Yeah.

5      MR. PETERS:  I believe I would stay away from her if I was

6          you.

7      MS. DAHL:  Lord, have mercy.

8      MR. TURNER:  Kat, thank you.

9      MS. DAHL:  Yeah, absolutely.  Well, let me know if you...

10     MR. TURNER:  We'll try to put a filter up a little bit.

11     MR. PETERS:  Yeah, maybe we can start prioritizing.

12     MS. DAHL:  A Stillwagon spam filter.

13     MR. TURNER:  Yeah.  I mean, I don't care if they text you on

14         the case or something, but you can only prosecute so many

15         at a time, I guess, if it's Grand Jury, right?

16     MS. DAHL:  Correct, correct.  Unless you guys want to tack on

17         a travel budget for me to go up to Knoxville and

18         Chattanooga on a regular basis.

19     MR. TURNER:  Tell McCauley to give up his time.  We know he's

20         not doing anything.

21     MS. DAHL:  Will do.  I'll just start giving my...

22     MR. TURNER:  We'll blame it on Tom.  Let's blame something on

23         Tom.

24     MR. PETERS:  He needs it.

25     MR. TURNER:  Tom, quit taking up all the time of the Grand

***CONFIDENTIAL***

129

```
 1       Jury so we can get some cases closed.
 2   MS. DAHL:  All his.
 3   MR. PETERS:  You know he's just in there telling stories
 4       anyway.
 5   MS. DAHL:  Yeah.  All his multi -- fancy multi count
 6       conspiracies.  All right.  Well, let me know if you guys
 7       need anything or, you know, whatnot.  If you have any
 8       pressing issues or...
 9   MR. TURNER:  We'll check on those robbery cases.
10   MS. DAHL:  Great.  Yeah, just let me know.
11   MR. PETERS:  Yeah.  I'm going to check on this one for sure
12       because I know he's got more stuff since then.
13   MS. DAHL:  Yeah, yeah.  Well, he's next to go, so good deal.
14   MR. TURNER:  All right.  Thank you, Kat.
15   MS. DAHL:  All right.  Thank you.
16   MR. TURNER:  Goodbye.
17   MS. DAHL:  Do you want this open or closed?
18   MR. TURNER:  If you'll just close it, please.  Thank you.
19   MS. DAHL:  Excuse me, sorry.
20   UNKNOWN FEMALE:  Would you like a bottle of water or
21       anything?
22   MS. DAHL:  A bottle of water would actually be wonderful.
23   UNKNOWN FEMALE:  Or we've got green tea, too.
24   MS. DAHL:  Oh, thank you.
25   UNKNOWN FEMALE:  It's kind of warm out there today.
```

***CONFIDENTIAL***

130

1    MS. DAHL:   I know.   I said that.   I was, like, well, we've had

2        such a cool spring that this is a shock to the system.

3    UNKNOWN FEMALE:   I know.   I know, it is.   Yeah, it is.

4    MS. DAHL:   You have a good one.

                    THIS CONCLUDES THE TRANSCRIPT OF

                RECORDING 1108 - DAHL/TURNER/PETERS

                            ******

***CONFIDENTIAL***

131

<u>C E R T I F I C A T E</u>

I, Rebecca Overbey, Licensed Court Reporter in and for the State of Tennessee, do hereby certify that the foregoing is a true and complete

TRANSCRIPT OF DAHL RECORDINGS

the same transcribed to the best of my ability and understanding at the request of counsel from recordings given to me. I, Rebecca Overbey, was not present, nor did I have an agent present for these conversations.

WITNESS my hand and official seal at my office in Kingsport, (Sullivan County) Tennessee on this the 23rd day of January, 2023.

Rebecca Overbey
LICENSED COURT REPORTER
State of Tennessee
LCR #078

My License Expires:

___June 30, 2024___

***CERTIFIED ONLY IF AFFIXED SEAL IS GREEN***

178