UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

KATERI LYNEE DAHL, ]
]
    Plaintiff, ]
]
v. ] No. 2:22-cv-00072-KAC-CRW
]
CHIEF KARL TURNER, and ]
CITY OF JOHNSON CITY, TENNESSEE, ]
]
    Defendants. ]

## SEE NOTICE OF MANUAL FILING – RECORDING OF MAY 19, 2021 MEETING

Marked thumb drive containing audio recording of May 19, 2021 Meeting, filed by Johnson City.

1