Narrative Title: **Main Notes W20011316**

W20011316-- Medical Investigation
Sparks 643

K. Turner
**DEPOSITION EXHIBIT**
#63
PENGAD 800-631-6989

9/22/20 @ 09:05 hours-- Received/Reviewed assigned case

Victim: [redacted]

Suspect: Sean Williams, W/M, DOB 11/08/71, 200 E Main St, Suite 500 Johnson City, TN 828-506-1359

Suspect: Albert Watts, [redacted]

Others: Alicia Hale, [redacted]

Others: Sabrina Hensley, [redacted]

Report Narrative: On 09/19/2020 at 02:34 hours, I, Officer Roberts, S (752) was flagged down in reference to a female falling from a fifth story window at 200 E Main St. On arrival, officers observed a female unresponsive but breathing with apparently life threatening injuries. She was transported to the Johnson City Medical Center by WCJCEMS. CID responded and assumed the investigation.

9/19/20 @ 02:45 hours-- Det Jenkins and myself responded to 200 E Main St suite 500 on a female that had fallen out of a window on the fifth floor. I spoke with Lt Adams and he said the victim had been transported to the Johnson City Medical Center with life threatning injuries. The home owner Sean Williams was still in the residence with Officer Stork. Lt Adams asked Sean what the code was to enter the building and he said that he wouldn't give us the code. Another person on the scene was able to provide the code and we entered the building. We went to the fifth floor and knocked on the door and Sean wouldn't open the door so Officer Stork opened it. Sean and his roomate were uncooperaative. Det. Jenkins photographed the livingroom and kitchen area where the window was located that the victim had fallen from. There were multiple Arlo camera's in that area and Sean said that they were not recording. Sean showed me two video's of the exsterior and interior of the entrance to the residence. The first video shows Sean the victim and an unknown male later identified as Albert Watts enter the residence. The second video shows Sean and Albert leaving the residence. I asked Sean to com eto headquarters to give a statement to what had happened. I transported Sean to headquareters where Det Jenkins interviewed him. Det Jenkins read miranda warning but Sean refused to sign it and said he wanted his attorney. I then seized Sean's cell phone and was going to give him a ride back to his residence. While walking to my vehicle he began asking if we had body camera's and I told him that we didn't and he said that he was afraid of getting assaulted. Sean said that he would just walk home.

At 02:52, Oficer Collette took a statement from Emma R Mullican.
Synopsis of statement: I saw something falling from the sky. I thought someone was throwing clothes out of a window. People started screaming and I ran up and realized that a person had fallen on the ground. A guy with curly brown hair came down and said "she was acting dumb and fell out the window".
Question: Was the male subject the one that was later on the street with the long hair and the backwards hat?
Answer: Yes.

At 05:02, I contacted Sabrina Hensley, 423-251-7104 and I asked her to come to headquarters to speak with me. She said that she was getting a ride from a friend and she said that she would call me back. At 06:05, Sabrina came to headquarters and she gave a written statement.
Synopsis of statement: I got with [redacted] at around 4:30 p.m and we left from her house with our two boys and went to drop her son off at her moms. We then went to Bristol and went shopping. We then went back to her house around 7:00 p.m. We took showers got dressed and took my son to his dads around 11 p.m. We then went to a place called the Asian. Its a bar in with the Best Western Hotel in JC. We was there for about 45 minutes talking to Jeremy, a guy named Kevin, his wife, a man named Lance, a guy named Burt and his wife Sarah. We then left from there and went to Wonderland. Jeremy came to Wonderland to meet Kayla. He was there for about an hour to an hour an a half. [redacted] then went outside to smoke and gave me her card and told me to buy her and myself a drink and she would be back from smoking. I waited on her and then received a message from a mutual friend Alicia to come outside that she was leaving. I waited around for Kayla because she had my car keys in her bag a long with my ID. She did not show up so I called her phone and a guy named Shawn answered and told me to follow the flashing lights that I would find her. He then told me he had video of her falling 5 stories out of a window. I tlaked to a cop, showed a picture, her name and birthday and was sent to the JC medical center. Called her mom and dad. I called Shawn at 5:24 a.m. to ask what happened to Kayal and he told me she fell from 5 story window and that he had a video and would send it to me when he left the police station because his phone was abouit to die and he needed his phone to call his lawyers.

Alicia Hale came to headquarters with Sabrina. Alicia Hale gave a written statement.
Synaopsis of Statement: Me, Sabrina, and [redacted] met up at Wonderland at 12:40 a.m. and had a few drinks a little after 1:30-1:45 a.m. Kayla tapped me on theshoulder to say she had gave Sabrina her debit card for two drinks and she was going to smoke. Normally I would have went as well but had just returned a few minutes prior. About 2:15 a.m. or so I had decided to leave so needed to get my keys from Kayla's bag and she still had not returned. I decided to walk outside to find her and she was nowhere outside the bar. I called her the first time at 2:26 a.m. and she stated that she had picked up Bert and would be there in 3 secoinds. After about ten minutes I started calling over and over with no response. Sabrina came around the building by this time and called as well. I spoke to a man who stated he knew she had fallen out of a window. Man stated his name as Shane.

At 08:00, Det Jenkins and Det Chapman went to three addresse's in Kingsport trying to locate Albert Watts. They located Albert Watts at 1440 Marion St, Kingsport, TN. They transported Albert back to headquarters. Det Jenkins read miranda warning and Albert agreed to talk. Albert also signed a consent to search his phone. Albert gave a written statement.
Synopsis of statement: [redacted] wanted me to GPS Wonderland in Johnson City. When I got to Johnson City, I could not find Mikayla. I called her on the phone and we met outside in downtown Johnson City. We then hung out at a garage in downtown Johnson City. Then she met a guy that I don't know. They headead out of the garage and told me to come on to get a drink. Once we got to his apartment, [redacted] went to the bathroom. The guy and I were talking. [redacted] came out of the bathroom and sat down on the window sill of an open window and she leaned back, lost her balance and started to fall. Me and dude tried to catch her, but could not. We watched her fall to the ground. The guy and I then ran downstairs to try and help her. There were people every where and kinda pushed me out of the way. I stood around for about 4 to 5 minutes and then left because I didn't know what else to do.
Question: How long have you known [redacted]
Answer: About a year
Question: Do you know the name of the guys apartment you went to?
Answer: No, sure don't
Question: Had [redacted] been drinking or using drugs?
Amswer: She'd been drinking.
Question: Do you know if anyone gave [redacted] any drugs?
Answer: No.
Question: Who was in the apartment when [redacted] fell out of the window?
Answer: Just me and the other guy.
Question: Did anyone push [redacted] out the window?
Answer: Oh god no.
Question: How close was the closest person to [redacted] when she fell?
Answer: At least over ten feet.
Question: Do you think [redacted] thought the window was open or closed?
Answer: I think she assumed the window was closed.
Question: Did [redacted] have any trouble tonight or got into any fights or arguments?
Amswer: No, not that I know of.
Question: Is there anything else that you would like to add?
Answer: No.

9/19/20 @ 08:15 hours-- I tried to contact the 911 caller Mitch Schwan, 920-860-5048. No contact was made and I left a message.

9/19/20 @ 08:52 hours-- I obtained a search warrant for Sean Williams residence located at 200 E Main St, suite 500 Johnson City, TN. Criminal Court Judge Lisa Rice signed the search warrant. The search warrant was executed at 10:08 hours. One of Sean Williams attorney, James Miller, 423-926-2714 was at the residence during the search warrant. During the search warrant I noticed that all the Arlo security camera's that were up inside the residence earlier had since been taken down. I located the Arlo camera's inside a hall bathroom in a closet covered up with paper towels.

9/19/20 @ 15:55 hours-- The 911 caller Mitch Schwan called me. He said that he was walking passed the building and was about 30 yards away when he heard a cream. He said that he heard the victim hit the ground. He said that he went to check on the victim and she had a pulse and that's when officers arrived on scene and he left. He said that he didn't see anything else.

9/20/20 @ 01:26 hours-- A tip was received Subject: Woman Pushed - Not Fell - From 5th Floor Window Downtown
Group: Johnson City Police Department

Tipster Conversation: 68bab4
Message: A friend of mine spoke to someone who was at the home of Sean Williams, owner of the home located at 200 e Main st suite 500, on the night the woman fell from the window. My friend said the man she spoke to who was at Mr. Williams home that night said she did not fall, she was pushed. They were doing drugs and she overdosed and they didn't want to get caught sc they pushed her out the window. Look at Sean Williams Facebook he has videos of himself and others drinking and partying with underage girls and others all night in his apartment. He has posts on Facebook about using cocaine. He should be looking into further. Thanks.
Location: 200 E Main St Suite 500 Johnson City TN 37604. Sgt Hilton responded to this tip but no one has responded back. Sgt Hilton responded again asking the person to contact me and gave them my number and still no response.

9/20/20 @ 12:48 hours-- I contacted the Johnson City Medical Center. I spoke with Daniel and she said that Mikayla Evans was still intubated but her vitals and labs are better than they were yesterday.

9/21/20 @ 08:54 hours-- Lt Shepard contacted the Johnson City Medical Center (ICU) wing 2700. He spoke with Faith and she said that [redacted] s still in stable condition and is still intubated. They plan on a surgery this morning to put rods in her arm. She is responding with her eyes and responds to commands to move extremities. Faith said that she has multiple pelvic breaks and a broken back they will address as her recovery allows.

9/22/20 @ 11:10 hours-- Emma Millican contacted CID, 423-782-6985. I called her back and she said that she was at Tipton St Pub and was standing next to a table waiting on her friends. She said a male that was sitting at the table asked her to got to the garage with him and she told him no.. Emma said that he gave her his name and she later looked him up on Facebook. She said his name was Skylar Dejesus. She said that he was standing across the scene.

9/22/20 @ 11:50 hours-- I tried to contact Jim Bowman, 423-612-6263 attorney for Sean Williams. No contact was made and I couldn't leave a message due to the mailbox being full.

9/22/20 @ 14:00 hours-- Lt Shepard contacted the Johnson City Medical Center (ICU) 2700 wing. He spoke with Danielle (works with Faith) to check on the patient. The surgery scheduled for yesterday was pushed back until another time. They plan on her having surgery on er crushed pelvis tomorrow to address the issues that are resent there before anything else. They are still communicating with her and she is responding to commands to move extremities. She is still intubated and will remain that way for a while (days).

9/22/20 @ 14:40 hours-- I contacted Travis Light, 423-202-8320 and he said that Albert was sending him messages in the early morning hours of Saturday morning at around 02:54 a.m. and a missed call from Albert at 02:55 a.m.. Travis said that he spoke with Albert around 09:00 a.m on Saturday and Albert told him that [redacted] was drunk. Travis said that he spoke with Albert at Lowes where he works and told Albert to call him later. Travis said that Albert called him and was telling him about what happened and Travis said that his wife Meghan, 423-754-6416 recorded the conversation. Travis said that the last time he had spoken with Albert was back in February. Travis said that he had introduced [redacted] to Albert about a year ago (swingers group). Travis said that he couldn't see Albert doing anything like this.Travis described Mikayla as an energetic person that liked to smoke her weed. He said that he has partied with [redacted] and said that he has never seen her drunk. I contacted Meghan and she is going to try and email the video recording of the conversation with Albert. Meghan said that if sending it through an email didn't work she would come to headquarters tomorrow after 11:30 a.m.

9/22/20 @ 15:20 hours-- I tried to contact Jim Bowman but no contact was made. The mailbox is full. I texted him and asked him to contact me.

9/22/20 @ 15:28 hours-- Travis Light sent me the text that Albert sent him by email.

9/22/20 @ 15:57 hours-- Sean William's attorney Jim Bowman contacted me back. He said that Sean had put the video's from that night on his phone. Jim said that there is one or two video's from the garage and two video's of the entrance to the residence. Jim said that there is no video of the livingroom. Jim said that Sean was willing to give limited time frame access to the video. Jim said that Sean wasn't giving consent to search the safe but he had another code for the safe and didn't want it damaged. Jim went on to say that there is a large sum of money inide the safe. I aske him if Sean is willing to come in and give a written statement and Jim said that he wanted to get a statement first. Jim said from what Sean has told him he said that this was an accident.

9/22/20 @ 16:22 hours-- Megan Light sent me the video through WeTransfer.

Narrative Title: **Main Notes W20011316**

9/23/20 @ 08:25 hours-- I sent Meghan Light an email asking her to send the video to: CIDshare@johnsoncitytn.org.

9/23/20 @ 10:30 hours-- I obtained a search warrant for the Liberty Safe, S/N L001581400. I went to the Carter County Court House and met with Judge Lisa Rice and she signed the search warrant. During the execution of the search warrant several rounds/types of ammunition was recovered inside the safe.

9/23/20 @ 10:50 hours-- I received a text from Jim Bowman stating that he had a thumb drive with the video that we had spoken about previously.

9/23/20 @ 13:10 hours-- The search warrant was executed and multiple rounds of ammo was seized. I placed the pictures on to the server.

9/23/20 @ 15:25 hours-- I contacted Sean Williams, 828-506-1359 and told him that I needed to give him his copy of the search warrant. He asked how we got into it and I told him with a combination code. He asked how many were there and I told him around seven people. He said that he was worried about the money in the safe. I told him that the money was secured in the safe in our evidence room. He said honestly I don't know how much money that he had in the safe. At approximately 15:35 hours I met Sean in front of the building on Spring St and gave him the search warrant and the number to evidence.

9/23/20 @ 16:15 hours-- I went to the Label and checked for video and it had already fallen out of the system.

9/23/20 @ 20:33 hours-- I contacted the Johnson City Medical Center. I spoke with Meredith on the ICU 2700 wing and she said that Mikayla had surgery on her pelvis. She said that Mikayla is still responding to commands.

9/24/20 @ 07:53 hours-- I sent Jim Bowman a text asking if Sean will give consent to look in his phone's of his Arlo account.

9/24/20 @ 08:46 hours-- Jim Bowman responded back and he said that he is not avilable today but I could go by his office and get the thumb drive. He said that we could probably meet tomorrow at 09:00.

9/24/20 @ 09:42 hours-- I spoke with [redacted] mother [redacted] She said that [redacted] is awake and knows who she is and follows commands. She said that yesterday they did surgery on her pelvis and part of her arm. She said that the doctors told her that [redacted] may never walk agin. She said that the doctors told her that [redacted] feet might not be repairable and may need to be amputated. BeeBee said that she was told from Mikayla's friend, Crystal Buchanan that a male subject said that another female was in the residence and that the unknown female told the unknown male that [redacted] was pushed out the window. BeeBee said that she heard that the unknown female had fled to Florida because she wasn't speaking to anyone because she knows how he is. BeeBee said that she would contact Crystal to find out the names for the unknown female and male and contact me back.

9/24/20 @ 10:31 hours-- DeeDee Still contacted me back and said it wasn't Crystal Buchanan who told her about [redacted] being pushed out the window. She said that it was Morgan Tribble, 423-354-4509 and Morgan was told the information from a male named Fernando Sanchez but he didn't tell her the females name.

9/24/20 @ 10:55 hours-- I contacted Morgan Tribble. She said that she has been friends with [redacted] since she was six years old and that BeeBee took her in when she was kicked out of her house when she was fifteen. She said that she had conversation with Fernando Sanchez on Facebbook. Fernando told her that he wasn't there but was told from an unknown female friend that she was up in the residence and Sean had pushed her out the window. Morgan said that Fernando won't tell her the females name. She is going to email me the Facebook conversation with Fernando and Sean. I located a Fernando Gomez Sanchez in the CJP with DL# 103465842. We have no reports involving Sanchez in the past two years.

9/24/20 @ 12:00 hours-- I went to Jim Bowman's office, 128 E Market St to pick up the thumb drive but no one was there.

9/25/20 @ 12:30 hours-- I contacted DeeDee Still for an update on [redacted] She said that she just got back from surgery where doctors took pins out of her arm and inserted rods. BeeBee said that [redacted] was breathing on her own almost all day yesterday and that they were going to try and wing her off intubation tonight. BeeBee said that [redacted] brain swelled a little bit but quickly went down. She said that they are keeping her sedated.

9/25/20 @ 14:00 hours-- I went to Jim Bowman's office and picked up the thumb drive with the Arlo video from Sean Williams apartment. I reviewed the video and it is missing the interior view of the entrance. I contacted Jim Bowman and he came to headquarters and he said that he hasn't seen that view that I was talking about. He said that he would contact Sean and find out

Narrative Title: **Main Notes W20011316**

about the video that is missing. Sgt. Hilton obtained the video from the Asin Rainbow and the victim left the restraunt at 00:12:55 on the video. I placed the videos on the server.

9/28/20 @ 14:25 hours-- I contacted DeeDee. She said that [redacted] was in surgery where doctors are going to try and repair her feet. BeeBee said that [redacted] will be having surgery on her back tomorrow to have a rod put in her back. She said Mikayla is not intibated and has been talking but still being sedated. She said that [redacted] was told by a nurse that she had fallen and couldn't get up. BeeBee said last night [redacted] was telling her that she was at the Asiuan and remembers going to the Wonderland with Sabrina and Alicia. [redacted] told BeeBee that she went out to smoke and met up with Bert. [redacted] told BeBee that she went to the garage to swing and then said that they went to have drinks with "dude" and said she remembers walking back towards the Wonderland. [redacted] told BeeBee that she had fallen and it was a long way.

9/28/20 @ 15:30 hours-- Jim Bowman texted me an interior video of the victim, Bert and Sean exiting the apartment. I place it on the server.

9/30/20 @ 15:25 hours-- I contacted DeeDee and she said that [redacted] was in surgery on her back and is scheduled to have surgery Friday on her feet again.

10/05/20 @ 09:10 hours-- I received a call from [redacted]. She said that she was needing her phone back so she could get her pass codes to make bill payments. I asked her what she remembers and she said that she remembers swinging at the garage and doesn't remember being inside the apartment or anything about the fall. She said that she thinks she had three or four beer's and is unsure if she had smoked any marijuana the night of the incident. She said that she wouldn't have sat in the window sill but would have kneeled on the floor and stuck her head out the window. She said that she had been at the garage and inside Sean's apartment before in the past.

10/07/20 @ 10:05 hours-- I contacted DeeDee and she said that [redacted] is getting ready to be taken down to get her staples taken out of her arm. I asked DeeDee if [redacted] would be willing to sign a consent form to allow us to download her phone. DeeDee said that she would contact me soon as [redacted] gets back in the room from getting the staples taken out.

10/07/20 @ 14:35 hours-- I missed a call from DeeDee due to being in court and she left a message stating that [redacted] would sign the consent form for her phone.

10/08/20 @ 085:15 hours-- I tried to contact DeeDee but no contact was made and I left a message.

10/08/20 @ 10:30 hours-- I went to the Johnson City Medical Center room 4310 and interviewed [redacted] I had her tell me about what she did the night of the incident. She could tell me everything she had done and who she was with her but she said that she doesn't remember anything about actually going into Sean Williams apartment. She said her and Albert Watts are close friends and she trusts him with her life and is a nice guy. [redacted] signed the consent form for her phone. [redacted] said that she still is on pain medication but the nurses have been getting her out of bed and sitting her in a chair next to her bed.

10/08/20 @ 13:35 hours-- I got [redacted] phone from evidence and Sgt. Gryder is doing an extraction on the phone.

10/08/20 @ 16:05 hours-- I contacted [redacted] and told her she could come pick up [redacted] phone and purse up.

10/08/20 @ 17:25 hours-- I released the victim's phone and purse to DeeDee. I sent evidence an email advising them about it since they had done gone home.

10/12/20 @ 07:55 hours-- I sent the search warrant for Arlo Technologies to DA Irick to look at it.

10/14/20 @ 08:45 hours-- I tried to contact Judge Rice's secretary, 423-518-1062 but no contact was made. I left a message.

10/14/20 @ 15:30 hours-- Judge Rice came by headquarters and signed the search warrant for Arlo Technologies.

10/14/20 @ 15:55 hours-- I emailed the search warrant to Arlo Technologies to legal@arlo.com

10/20/20 @ 10:05 hours-- I responded back to Dustin Sharp, Dusty Sharp <dusty@stokeswilliams.com> who represents the Downtown Towers.

Narrative Title: **Main Notes W20011316**

10/21/20 @ 08:55 hours-- I recieved the return on the search warrant from Arlo Technologies. There were no video's on Sean Williams account. I placed it on the server.

10/22/20 @ 11:50 hours-- I received a call from Melissa Falin, 423-943-7196. She said that she was sent video through Facebook messenger from an unknown person showing [redacted] falling from the window. She said that the video had been shared at least three times that she could tell. I gave her my email address so she could forward the video to me. I received the video's but they only show Mikayla lying on the sidewalk with officers already on scene. I placed them on the server.

10/27/20 @ 10:00 hours-- I contacted [redacted] to see how she is doing. [redacted] said that the hospital was trying to get her in to a rehab but she keeps [redacted] due to how long the rehab would take. [redacted] said that she is at home now and has nurses that come to her house. She said that she just went to the doctor and they took the pins out of her arm and put a soft cast on. She asked if a rape kit was done and about the toxicology. I told her that it has been sent off but would take a while before we get it back from the lab. She is going to try and send me Sean Williams Facebook and the conversation she had with him. [redacted] said that she contacted an accident lawyer, Todd East and asked if he had contacted me. I told he has not contacted me.

10/28/20 case reviewed by Sgt. Hilton.

11/12/20 case reviewed by Sgt. Hilton.

11/12/20 @ 10:45 hours-- I spoke with Kat Dahl about getting a federal indictment on Sean Williams for the ammunition found in his Liberty safe. All the evidence was put on Kat's portable hard drive. She said that she would be in contact with me next week.

1/12/21 @ 23:50 hours-- I sent the search warrant for the Apple Computer and SD card's to Kat Dahl.

3/01/21 @ 15:55 hours-- I received the alcohol report back from the TBI Lab and I placed it on the server.

3/16/21 @ 13:23 hours-- The investigation into this case didn't reveal any criminal activity.

4/21/21 @ 15:10 hours-- I tried to contact [redacted] but no contact was made. I couldn't leave a message.

4/22/21 @ 10:21 hours-- I contacted [redacted] and told the toxicology results and about the federal indictment. She said that she still doesn't remember anyth[redacted] when she was inside the garage. I asked her if she remembers seeing Sean Williams at the Wonderland Bar and she said that she did not see Sean Williams at Wonderland Bar. I asked her if she had drank anything while with Sean and she said that she didn't eat or drink anything while at the garage.

5/05/21 @ 16:55 hours-- I missed a call from [redacted] I contacted [redacted] and she was asking if the medical center administers Ketamine. I contacted a person at the medical center and in some situations they do administer. I told her to contact the medical center records and see if she would be able to release her records to me.

5/11/21 @ 09:18 hours-- I received a call from [redacted] and she said that she picked up her medical records. She said that EMS had administered 200 ml of Ketamine.

1/20/22 @ 15:43 hours-- I received a call from [redacted] and she asked if I would send her rape kit results and toxicology. I emailed her, evansms8811@gmail.com, the TBI Lab results for both.

Narrative Title: **Main Notes W21002862**

W21002862-- Weapon Law Violation
Sparks 643

03/22/21 @ 11:15 hours-- Received/Reviewed assigned case

Suspect: Sean Williams, W/M, DOB 11/08/1971, 200 E Main St Suite 500, Johnson City, TN

Report Narrative: On 09/19/2020 at 02:45 hours, Officer Sparks, T (643) responded to 200 E Main St Suite 500 Johnson City, TN, on a female that had fallen from a fifth story window. Officers located the apartment where the female had fallen from. I spoke with the owner of the apartment, suspect, inside the apartment. While inside the apartment I observed several cameras and two cameras that would have captured what took place when the female fell from the window. The suspect said that the two cameras that would have show what happened weren't working. I obtained a search warrant for the apartment and it was executed on 09/19/2020. During the execution of the search warrant a Liberty safe was seized that was located inside the suspects bedroom. The Liberty safe was transported to the Johnson City Police Departments Evidence room. I obtained a search warrant for the Liberty Safe and it was executed on 09/23/2020. During the execution of the search warrant 257 rounds of various ammunition were found inside. The suspect is a convicted felon out of North Carolina. The suspect was convicted of felony manufacturing marijuana on 04/24/1995.

4/13/21 @ 11:00 hours-- I presented the case to the federal grand jury.

4/14/21 @ 12:21 hours-- I received an email with the indictment from the grand jury for the arrest of Sean Williams.

5/05/21 @ 09:51 hours-- I contacted Sean Williams, 828-506-1359 to have him come to headquarters. He said that he would but he said he didn't know what time.

5/05/21 @ 16:22 hours-- Kat Dahl contacted me and I told her that I spoke with Sean and asked him to come in but he hasn't showed up.

5/12/21 @ 09:30 hours-- I contacted Attorney Spurrell about Sean Williams. He was inquiring about us being able to release Seans property and about Sean turning himself in. He said that he has talked to Kat already this week.

5/25/21 @ 09:27 hours-- I request this case be inactivated pending the arrest of Sean Williams.

4/26/22 @ 15:35 hours-- Officers responded to Renasant Bank located at 105 W King St on a female at the bank was picking up Sean Williams paperwork. I responded to the bank and spoke with the female identified as Nicole Storm Vance. She said that she was sent there by another female to pick upm the paper work. I questioned her about where Sean was and she said that she didn't know where he was. I asked her where she lived and she gave the address of 824 W Maple St. A patrol officer went to the address to check for Sean Williams but no contact was made. At that time we cleared the area and Nicole drove off. SIS investigators followed her into Elizabethton but lost sight of her in traffic.

5/20/22 @ 09:42 hours-- We received information that Sean Williams was seen downtown. Det. Carman, Det. Jenkins and myself went to the downtown area. We set up on 200 E Main St looking for Sean. We then eneterd the building and spoke with a female that works with the law firm that is located in the building on the main floor. She said that she hadn't seen Sean in a long time. We then went up to the 5th floor to check the apartment and didn't hear anything and no contact was made.