UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION
GREENEVILLE

| | | |
|---|---|---|
| KATERI LYNNE DAHL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22-cv-00072-KAC-JEM |
| | ) | |
| CHIEF KARL TURNER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Declaration of Caleb Harless**

1. My name is Caleb Harless and I am an adult competent to swear or affirm this Declaration.

2. I knew of Sean Williams during the time that Williams lived in his fifth-floor apartment at 200 E. Main St. in downtown Johnson City, Tenn.

3. Williams would attach currency to a fishing rod, and lower it down to the street to see if passers-by could grab it. One evening, I was walking by with a friend and tried to grab a $50 bill. Williams invited us up to his apartment to join an ongoing party. My friend and I attended for a couple of hours then left.

4. I used to sometimes organize parties as a side business. Williams contacted me on Instagram and asked me to organize parties for him at his apartment. Williams asked me if I wanted to be paid in money, "extracurriculars," or women. I replied that I just wanted money. I do not do drugs, which is what I understood "extracurriculars" to mean drugs. My business model is to take a cover charge and have an open bar, and to take a portion of the cover charge proceeds.

5. Williams owned a car garage right next to White Duck Taco, where he had fancy cars. Williams offered to let me drive one of his cars.

6. The next time that I hung out with Williams, it was at his apartment. I saw that he was making multiple women uncomfortable. I left. The next morning I texted Williams that I did not

want to spend further time with him based on how he treated women. Williams told me that I was the "weird one." After that I never spent time with Williams.

7. On the evening that Jane Doe 1 fell from Williams' apartment, I was walking from Capone's bar to a friend's apartment nearby. When I turned the corner near Williams' apartment at 200 E. Main St. in downtown Johnson City, I heard yelling. At first I thought it was a fight. I looked up, and saw a woman in a window struggling with Williams. Williams' right hand was on the woman's left shoulder, and his left hand was on the woman's lower right hip area. They struggled for what seemed to be 5-6 seconds, and then Williams pushed the woman. I heard the exclamation "oh shit!" and then the woman hit the ground below. After the woman hit the ground, I locked eyes with Williams for several seconds. I believe that Williams recognized me. I believe 5 or 6 other people also witnessed these events.

8. People started gathering around the woman on the ground. Police and EMTs then arrived. I tried to tell Johnson City police officers that I had seen the woman get pushed. The Johnson City officers ignored me and brushed me off, saying that they needed to get the woman situated. During the time I was still there, Johnson City officers kept saying they needed someone to give them the code to Williams' building lobby or they'd have to break the glass. After 30 or so minutes, I left.

9. I went to a friend's apartment nearby where I had a clear line of vision on the building. I watched the scene. At some point, the police were able to gain access to Williams' building. I was able to observe the only two entrances/exits to the building. I never saw Williams leave the building, and I did not see the police escort Williams out when they left.

10. I later learned that the woman who fell from the building was Jane Doe 1. I know the true identity of Jane Doe 1.

11. Later on, I met the mother of Jane Doe 1 by chance as I was working at a job site. I told Jane Doe 1's mother that I had seen her daughter Jane Doe 1 get pushed. Jane Doe 1's mother told me that Johnson City police had told her that they were not going to pursue further investigation into Jane Doe 1's case. Particularly, she stated that "JCPD told her and [Jane Doe 1] to fuck off."

12. I have two female friends who have confided in me that Williams invited them to party in his apartment, and offered them money and sex. They had met Williams online. Their social media bios clearly stated that they were 17 and 16 respectively at the time. Williams had sex with the 16-year old friend while she was that age. My friend told me that Williams' bedroom contained professional-quality looking cameras that, based on their angles, would have clearly

shown their faces. This friend is scared to come forward because she believes that something will happen to her if she does.

Pursuant to 28 U.S.C. § 1746, I, Caleb Harless, certify under penalty of perjury that the foregoing is true and correct. Executed this 26 day of January, 2024.

Caleb Harless