**Exhibit 4**

**to Plaintiff's Omnibus Opposition Brief to**
**Each Defendant's Motion for Summary Judgment**

**is being filed under seal.**