**Exhibit 6**

**to Plaintiff's Omnibus Opposition Brief to
Each Defendant's Motion for Summary Judgment**

**is being filed under seal.**