**Exhibit 10**

**to Plaintiff's Omnibus Opposition Brief to Each Defendant's Motion for Summary Judgment**

**is being filed under seal.**