| | |
|---|---|
| Agency: Johnson City Police Department | RMS Case |
| Officer ID/Name: | |
| Date: | Case Number: W19013728 |

Narrative Title:

W19013728 - Forcible Rape

Vic - ▮▮▮▮▮▮▮▮▮▮ - New Number is ▮▮▮▮▮

Wit - ▮▮▮▮▮▮▮▮▮▮

Susp - Sean Williams - 200 E. Main St. JC

Narr - On 11/07/2019 at 18:00 hours, Officer Proffitt, S (638) responded to a Forcible Rape at Johnson City Medical Center. I met with the female victim who alleged this possibly occurred at 200 E Main St.

Case Notes - The victim has known the suspect for about two weeks. She and her friend, the witness listed, were at Applebee's last night drinking. They met up with a male named Sean and went to his apartment at 200 E. Main Street on the fifth floor. The victim stated he throws a lot of parties and has cocaine for everyone. She also said he offered her and the witness some but, they declined. The victim said throughout the night she drank six cranberry and vodkas and one Miller Light tall boy. She said she drank the liquor at Applebee's and the beer at Sean's. She stated she and Sean shared the beer. She said he took her to his bedroom and she began to feel extremely lethargic. She blacked out and doesn't remember anything else until she woke up this morning at 10:30. She woke up in his bed beside him and states she doesn't remember how she got there and doesn't really know him that well. She didn't know his last name. She stated she knows another girl who claimed to be date raped by him and he photographs a lot of nude girls in his apartment. She is not sure if he had sex with her or not but, she did not consent to having sex. She went to an urgent care clinic this morning to ask for a drug test to see what was in her system since she claims to abstain from drugs. She said the urine drug screen showed benzos. She went to JCMC for a rape kit. I collected the rape kit and her clothing she was wearing last night. She has not showered since the incident.

The male Sean, she described to me and where he lives, I believe to possibly be Sean Williams, who I am familiar with from other calls involving him. She said he had curly hair, glasses, was tall and thin and around 40 years old.
I told her she would probably have to identify him through a photo lineup later on.
The rape kit and clothing were placed in evidence.
Please forward to CID.

11-08-19 - I received and reviewed the case today.

11-08-19 - Night shifts have been busy with assisting with current homicide investigation.

11-13-19 - Reviewed case. MSG

11-13-19 - I called the vicitm. There was no answer. The mailbox was full. I was unable to leave a message. I called the witness. She did not answer. I left her a message and asked that she call me about Briana's case. I also advised her that I needed to speak with Briana and her mailbox was full to see if she had any contact with her.

11-13-19 - I received a message back from ▮▮▮▮▮ She stated that ▮▮▮▮▮ has another phone number now but she didn't leave me the number. I called her again but she did not answer. I left ▮▮▮▮▮ a message and asked her to call me back and leave me ▮▮▮▮▮ number. ▮▮▮▮▮ called me back and gave me ▮▮▮▮▮ new number. I asked ▮▮▮▮▮ if she could come in tomorrow morning and give me a statement. She advised she got off at 0800 and she would come in after that. I asked if ▮▮▮▮▮ was able to come in too. She said that she would bring her with her if she wasn't working. If she was working ▮▮▮▮▮ said she would come on in by herself. She also stated that she went with ▮▮▮▮▮ to a walk in clinic because she didn't feel right. ▮▮▮▮▮ stated that the did a blood test on ▮▮▮▮▮ and it came back positive for Benzos. She stated that ▮▮▮▮▮ did not take any drugs that she was aware of, but they had been drinking alcohol earlier that night and also while at Sean's apartment. She stated there were other people there also doing cocaine, but she states that she and ▮▮▮▮▮ did not take any drugs, they only drank alcohol. ▮▮▮▮▮ said that ▮▮▮▮▮ went into Sean's bedroom with him and she went to the couch to go to sleep. ▮▮▮▮▮ said the next morning ▮▮▮▮▮ had to be at work early so she went into the bedroom to wake ▮▮▮▮▮ up. ▮▮▮▮▮ said that ▮▮▮▮▮ was fully clothed, but she was really sleepy. ▮▮▮▮▮ said she tried to wake ▮▮▮▮▮ up several times but she would not wake up. ▮▮▮▮▮ told Sean that ▮▮▮▮▮ needed to get up to go to work. They tried to get her to get up again, but she wouldn't, so ▮▮▮▮▮ went back to the couch to lay down. ▮▮▮▮▮ later woke up and came into the living room. She and ▮▮▮▮▮ then left. ▮▮▮▮▮ told her she felt weird and asked her to take her to an urgent care. ▮▮▮▮▮ did and that is where ▮▮▮▮▮ had the blood test done. Later that day ▮▮▮▮▮ wanted to go to the hospital in case she had been raped. ▮▮▮▮▮ said that ▮▮▮▮▮ didn't really think anything happened but she wanted to go get checked just in case.

Narrative Title:

From www.alcohol.org:

Effects of Combining Alcohol And Benzodiazepine
Alcohol and benzodiazepine have a synergistic depressant effect on the central nervous system. Perhaps more worrisome is the fact that memory impairment is far more likely when these substances are combined. High doses or prolonged abuse of benzodiazepines can result in significantly impaired memory, mood swings, and behavioral changes. People who abuse these drugs often find that they develop a tolerance to their effects. They have to take more to achieve the same high, in other words. Another alternative employed by addicts is to combine alcohol with their drugs. While this certainly helps them achieve the desired sensations of calm or euphoria, the potentially dangerous side effects of both alcohol and benzodiazepine are more pronounced when these drugs are combined.

According to an article in the journal "Alcohol Research & Health," alcohol and benzodiazepine have a synergistic depressant effect on the central nervous system. Perhaps more worrisome is the fact that memory impairment is far more likely when these substances are combined. During blackout periods, you may engage in risky behavior, such as driving a vehicle or walking down a busy street. You could say or do things you'll later regret, apart from the physical damage of abusing drugs and alcohol.

11-14-19 - Neither the witness, ▇▇▇▇ or the victim, ▇▇▇▇ came into the police department this morning for the scheduled meeting at 0800 to give written statements about the incident. Also, neither of them called to say anything about not coming in. I called the victim on her new number that Summer provided. There was no answer. I left ▇▇▇▇ a message and asked her to call me about her case. The victim called me back and advised she would come in tomorrow after 1530 and bring ▇▇▇▇ with her if she was available. I also asked her to bring her drug screen paperwork with her when she comes in tomorrow.

11-15-19 - The victim and witness did not show up again today to provide me with statements. Neither of them called in to let me know they would not be coming in.

11-15-19 - I will be out of the office from November 16th until November 26th at 0730.

11-21-19 - Reviewed case. MSG

11-27-19 - The victim and the witness have not shown up for two appointments that have been set for them to come in and give me statements. Neither of them have called to cancel or reschedule. I attempted calling the victim today.

Writer requests that the case be closed by unfounded. There is no evidence a forcible rape ever occurred and the victim and witness have both not shown up for two scheduled appointments to come in and provide written statements. No property was stolen.

03/24/21 The results of the sexual assault kit were received. It indicates that male DNA was found on the vaginal/cervical swabs, vaginal swabs, and underwear of the victim.

Agency: Johnson City Police Department  
Officer ID/Name: 643 \ Sparks, T  
Date: 3/25/2021 10:24:57AM

RMS Case

Case Number: W19013728

Narrative Title: **Sparks Notes**

3/25/21 @ 10:25 hours-- I tried to contact [redacted] but no contact was made and I left a message.

3/25/21 @ 10:37 hours-- [redacted] contacted me back. She said the reason she didn't come in and give a statement was because she had heard some things about Sean Williams. She said that she was scared. I explained to her that a DNA profile was found from the sexual assault kit. I asked her if she had sex with anyone else before this incident and she said no. She said that she had a boyfriend who had been incarcerated for a while before the incident and she didn't have sex with anyone else. I asked her if she wanted to go through with the prosecution on the case if a suspect could be identified. I told her that if she did I would have to get a search warrant for Seans DNA and send it off to the TBI Lab to see if his DNA was a match to the DNA profile found in the sexual assault kit. She said that she wanted to call her father before she made a decision.

3/25/21 @ 13:20 hours-- [redacted] contacted me back and said that she does want to prosecute the case. I asked her to get the medical paperwork from the urgent care and come into headquarters to give a written statement. I asked her to have summer come and give a statement. I told that I would call her on Monday 03/29/21.

4/13/21 @ 12:49 hours-- I spoke with [redacted] and she said that she couldn't come in until 4/20/21 due to work. She said that she would bring [redacted] with her.

4/22/21 @ 10:05 hours-- I tried to contact [redacted] but no contact was made and I left a message.




**TENNESSEE BUREAU OF INVESTIGATION**
NASHVILLE CRIME LABORATORY
901 R.S. Gass Boulevard
Nashville, Tennessee 37216-2639

BILL LEE
Governor

DAVID B. RAUSCH
Director

## OFFICIAL CODIS REPORT

TO: Bret Richardson
Johnson City P.D.
AGENCY CASE NO: W19013728

DATE ISSUED: 7/15/20
**LAB CASE NO:** **192017316**
COUNTY: Washington

**SUBJECT(S)**
SEAN WILLIAMS

**VICTIM(S)**
[redacted]

**EXHIBIT(S):**
001    1 Sealed Sexual Assault Evidence Collection Kit

**RESULTS:**

Refer to the TBI Official Forensic Biology Report dated 07/08/2020 by Terra Asbury, Knoxville Crime Laboratory, for previous results.

001    The unknown foreign DNA profile previously obtained by DNA Labs International for their item #20-02305.01 (Vaginal/cervical swabs from [redacted]) was searched against the Combined DNA Index System (CODIS) and no matches were detected as of this report date. This profile will remain in the databases and be searched weekly. You will be notified in the event of a future investigative lead.

Respectfully Submitted,

*Bailey Hartman* (signature)

Bailey Hartman
Special Agent / Forensic Scientist
The above represents the interpretations and opinions of the analyst.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.




Peters documents 0073




**TENNESSEE BUREAU OF INVESTIGATION**
KNOXVILLE CRIME LABORATORY
1791 Neals Commerce Lane
Knoxville, Tennessee 37914

BILL LEE
Governor

DAVID B. RAUSCH
Director

## OFFICIAL FORENSIC BIOLOGY REPORT

TO: Bret Richardson
    Johnson City P.D.
AGENCY CASE NO: W19013728

DATE ISSUED: 7/8/20
**LAB CASE NO: 192017316**
COUNTY: Washington

**SUBJECT(S)**
SEAN WILLIAMS
**VICTIM(S)**
▮

Received From: James Brown
Received By: Taffany Byerly
EXHIBIT(S):
001     1 Sealed Sexual Assault Evidence Collection Kit

Date Received: 11/21/19
Time Received: 8:20 am

**RESULTS:**

The above exhibits were forwarded to DNA Labs International for analysis.

Please submit any subject, elimination and consensual partner standard(s) for comparison to the unknown profile.

001    The unknown foreign DNA profile obtained by DNA Labs International for their item #20-02305.01 (Vaginal/cervical swabs from ▮ will be added to the State and National CODIS databases. The search results will be issued in a separate report. Refer to the DNA Labs International report case #20-1454 dated May 14, 2020 for results of testing.

To retrieve DNA Labs International's report, please follow these steps:
1. Log into iResults.
2. Search for this laboratory case number.
3. On the corresponding Sero/DNA line, click the blue square ("view related images" icon).
4. A new window will open. Click on the blue "Mona Lisa" icon to open the report.




Peters documents 0074

## OFFICIAL FORENSIC BIOLOGY REPORT

**LABORATORY CASE NO:** 192017316

**DATE ISSUED:** 7/8/20

<u>DISPOSITION:</u>

All examinations have been completed. Please pick up evidence within thirty days. DNA extracts generated during testing will be destroyed after ten years.

Respectfully Submitted,

*[signature]*

Terra Asbury
Special Agent / Forensic Scientist

The above represents the interpretations and opinions of the analyst based on instrumental analyses.
Technical notes and data supporting the conclusions/findings in this report are maintained within the laboratory case records.



Peters documents 0075

# DNA LABS
## INTERNATIONAL
EXPERIENCE • TECHNOLOGY • RESULTS

260 SW Natura Avenue, 2nd Floor • Deerfield Beach, FL 33441 • Ph: 954.426.5163 • Fax: 954.697.0218 • www.DNALabsInternational.com

| | | |
|---|---|---|
| **To:** | Tennessee Bureau of Investigation<br>Knoxville Crime Laboratory<br>1791 Neals Commerce Ln.<br>Knoxville, TN 37914 | **DLI Case #:** 20-1454<br>**TBI Case #:** 192017316<br>**Report Date:** May 14, 2020 |

**Victim:** ▬▬▬▬▬
**Suspect:** Sean Williams

## CERTIFICATE OF ANALYSIS

The following evidence was received by this laboratory on March 6, 2020 by FedEx delivery:

| TBI Item # | DLI Item # | Description |
|---|---|---|
| 001 | 20-02305 | Sexual Assault Kit from ▬▬▬, containing: |
| | 20-02305.01 | Vaginal/cervical swabs |
| | 20-02305.02 | Vaginal swabs |
| | 20-02305.03 | Underwear |
| | 20-02305.04 | Pubic hair combings |
| | 20-02305.05 | Buccal swabs |

NOTE: Sample description (including any reference to the identification of biological fluids) is based on documentation received from the submitting agency.

## METHODS

The method of deoxyribonucleic acid (DNA) analysis used was the Polymerase Chain Reaction (PCR). The real-time PCR quantitation kit used was the PowerQuant system which targets total human and total male DNA as well as assesses DNA degradation. The PCR amplification kit used was the GlobalFiler DNA profiling system which includes 24 genetic loci: D3S1358, vWA, D16S539, CSF1PO, TPOX, Yindel, Amelogenin, D8S1179, D21S11, D18S51, DYS391, D2S441, D19S433, TH01, FGA, D22S1045, D5S818, D13S317, D7S820, SE33, D10S1248, D1S1656, D12S391, D2S1338.

## RESULTS/CONCLUSION

**001       20-02305.01       Vaginal/cervical swabs from ▬▬▬**

Preliminary screening indicated the presence of male DNA on the swabs. A DNA profile foreign to ▬▬▬ was obtained from the swabs. This foreign DNA profile indicates one male contributor and is suitable for comparison. This foreign DNA profile will be labeled as MALE#1 for this report.

A DNA profile attributable to ▬▬▬ is also present in this sample.

**001       20-02305.02       Vaginal swabs from ▬▬▬**

Preliminary screening indicated the presence of male DNA on the swabs. A DNA profile foreign to ▬▬▬ was obtained from the swabs. This foreign DNA profile indicates one male contributor. MALE#1 cannot be excluded as a contributor to this foreign DNA profile.

A DNA profile attributable to ▬▬▬ is also present in this sample.

Peters documents 0076



| | | |
|---|---|---|
| 001 | 20-02305.03 | Underwear from ▮ |

Preliminary screening indicated the presence of male DNA on the staining on the interior crotch region of the underwear. A DNA profile foreign to ▮ was obtained from the staining on the interior crotch region of the underwear. This foreign DNA profile indicates one male contributor. MALE#1 cannot be excluded as a contributor to this foreign DNA profile.

A DNA profile attributable to ▮ is also present in this sample.

| | | |
|---|---|---|
| 001 | 20-02305.04 | Pubic hair combings from ▮ |

No analysis was performed on the pubic hair combings at this time.

| | | |
|---|---|---|
| 001 | 20-02305.05 | Buccal swabs from ▮ |

A DNA profile suitable for comparison purposes was obtained from the swabs.

### REMARKS

DNA comparisons can be conducted upon submission of a reference standard from a suspect and/or other individual(s) of interest.

Laboratory activity was performed between the date items are received and the date the report is issued unless otherwise indicated.

Only those items discussed in the results above were examined for this report.

If you have questions or need assistance, please contact the laboratory at (954) 426-5163 or info@dnalabsinternational.com.

### DISPOSITION

All items and DNA extracts (if applicable) will be returned to the submitting agency.

This report represents the opinion and interpretation of the undersigned analyst.

Respectfully submitted,

Tarah M. Nieroda
Forensic DNA Analyst

-END OF OFFICIAL REPORT-



**ANAB**
*ANSI National Accreditation Board*
ACCREDITED
ISO/IEC 17025
FORENSIC TESTING
LABORATORY