UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| KATERI LYNNE DAHL, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | No.: 2:22-cv-00072-KAC-JEM |
| ] | |
| CHIEF KARL TURNER, et al., ] | |
| ] | |
| Defendants. ] | |

**JOINT STATUS REPORT PERTAINING TO DAIGLE DEPOSITION [DOC. 106]**

Come the parties pursuant to the Court's *Order* directing the filing of a *Joint Status Report* related to portions of the Daigle Deposition and its filing status [Doc. 106].

The parties have reached an agreement related to the filing of certain Daigle Deposition pages considered by the Plaintiff to be germane in accord with Local Rule 5.2.

1. The Daigle Deposition pages cited in Dahl's *Reply* in support of her *Motion to Compel* certain documents [Sealed Doc. 78] and in her opposition to the *Motion for Summary Judgment* [Doc. 82] are to be filed in the public record along with one (1) additional page from the Daigle Deposition, page 166. Any reference to a sexual assault victim will be redacted.

2. In reaching this compromised agreement, the Defendants do not waive their arguments in their *Motion in Limine* directed to the admissibility of the Daigle Deposition [Doc. 101].

3. In reaching this compromised agreement, the Defendants do not waive their position that the Daigle Deposition is a confidential document under the *Protective Order* governing documents and depositions in this case [Doc.26].

1

Respectfully submitted,

*s/K. Erickson Herrin*
K. Erickson Herrin, BPR # 012110
**HERRIN, McPEAK & ASSOCIATES**
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
Phone: (423) 929-7113
Fax: (423) 929-7114
Email: lisa@hbm-lawfirm.com

*s/ Thomas J. Garland, Jr.*
Thomas J. Garland, Jr., BPR # 011495
**MILLIGAN & COLEMAN PLLP**
P.O. Box 1060
Greeneville, TN 37744-1060
Phone: (423) 639-6811
Fax: (423) 639-0278
tgarland@milligancoleman.com

*s/ Emily C. Taylor*
Emily C. Taylor, BPR # 27157
**WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.**
P.O. Box 131
Knoxville, TN 37901-0131
Phone: (865) 637-1700
Email: etaylor@watsonroach.com

*Attorneys for Defendants*

*s/Hugh A Eastwood*
Hugh A. Eastwood, E.D. Mo. Bar No. 62058MO
*admitted pro hac vice pursuant to L.R. 83.5(b)(1)*
Attorney at Law
7911 Forsyth Blvd., Ste. 300
St. Louis, Missouri 63105-3825
hugh@eastwoodlawstl.com
(314) 809-2343
(314) 228-0107 eFax

*s/Alexis I. Tahinci*
Alexis I. Tahinci, TN BPR No. 031808
**TAHINCI LAW FIRM PLLC**
105 Ford Ave., Suite 3
Kingsport, TN 37663
(423) 406-1151
(423) 815-1728 eFax
alexis@tahincilaw.com

*Attorneys for Plaintiff*