UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| KATERI LYNNE DAHL, | ] | |
|---|---|---|
| Plaintiff, | ] | |
| v. | ] | No. 2:22-cv-00072-KAC-CRW |
| | ] | JURY DEMAND |
| CHIEF KARL TURNER, et al | ] | |
| Defendants. | ] | |

## NOTICE WITHDRAWING DOC. 96, DOC. 96-1, AND DOC. 97

COME NOW the Defendants and provide notice withdrawing ECF Docs. 96 and 97 after discovering that these documents, a Motion in Limine [Doc. 96], a Declaration of Cathy Ball [Doc. 96-1] and a Memorandum Brief [Doc. 97], were erroneously filed by undersigned counsel as a "Motion in Limine" and "Memorandum of Law in Support of Motion in Limine." None of the aforementioned documents were intended to be filed and these are therefore withdrawn.

Respectfully submitted,

*s/K. Erickson Herrin*
K. Erickson Herrin, BPR # 012110
**HERRIN, McPEAK & ASSOCIATES**
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN   37605-0629
Phone: (423) 929-7113
Fax: (423) 929-7114
Email: lisa@hbm-lawfirm.com

*s/ Thomas J. Garland, Jr.*
Thomas J. Garland, Jr., BPR # 011495
**MILLIGAN & COLEMAN PLLP**

P.O. Box 1060
Greeneville, TN 37744-1060
Phone: (423) 639-6811
Fax: (423) 639-0278
Email: tgarland@milligancoleman.com

*s/ Emily C. Taylor*
Emily C. Taylor, BPR # 27157
**WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.**
P.O. Box 131
Knoxville, TN 37901-0131
Phone: (865) 637-1700
Fax: (865) 525-2514
Email: etaylor@watsonroach.com

*Attorneys to Defendants*