# Exhibit 25

# INCIDENT

| Table_ID_ | Source_Table_Link_ | AuditLocation_ | DateStamp_ | UserID_ | UserFirstName_ | UserMiddlename_ | UserLastName_ | ChangeType_ | Source_Table_Name_ | FieldName_ | BeforeValue_ | AfterValue_ | Jurisdiction_ | Confidential_ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 315555 | PWSQL1 | 6/2/2020 | WATSON | WATSON | | INCIDENT | Add | Incident | | Record Added | Jun 2 2020 5: | TN0900100 | FALSE |
| | 315555 | PWSQL1 | 6/2/2020 | WATSON | WATSON | | INCIDENT | EDIT | Incident | Date_Status | | | TN0900100 | FALSE |
| | 315555 | PWSQL1 | 6/2/2020 | WATSON | WATSON | | INCIDENT | EDIT | Incident | Rape_Case | 0 | 1 | TN0900100 | FALSE |
| | 315555 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | Incident | Folder_Link | 223 | 980 | TN0900100 | FALSE |
| | 315555 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | Incident | Folder_Number | 0005-00001 | 0402 00002 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Case_Disposition | | 3 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Arrest_Near | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Date_Cleared | | Jul 1 2020 12: | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Exceptional_Clearance | | D | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Date_Exceptional_Clear | | Jul 1 2020 12: | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Unknown_Time | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Prints_Found | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Drug_Related | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Family_Violence | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Hate_Motivated | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Assault | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Trtmnt | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Victim_Advised | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Children_Involved | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Children_Present | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Jail_Prison | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Property_Supplement | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Narrative_Supplement | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Statements | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Other_Supplement | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Investigation | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Intelligence | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Records | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Follow_Up | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Off_Supplement | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Incident | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Offense | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Narr_Juv_Info | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Narr_Wit_Info | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Narr_Evd_Info | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Narr_Veh_Info | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Evidence_Obtained | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | serializedproperty | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | VehicleStatusIndicator | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | GangRelated | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Alcohol_Related | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Child_Related | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Domestic_Violence_Related | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Cult_Related | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Traffic_Related | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Alcohol_Factor | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Drug_Factor | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Crimes_Children_Factor | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Dom_Violence_Factor | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Gang_Factor | | 0 | TN0900100 | FALSE |

| Table_ID_ | Source_Table_Link_ | AuditLocation_ | DateStamp_ | UserID_ | UserFirstName_ | UserMiddlename_ | UserLastName_ | ChangeType_ | Source_Table_Name_ | FieldName_ | BeforeValue_ | AfterValue_ | Jurisdiction_ | Confidential_ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Hate_Factor | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Satanic_Factor | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Traffic_Factor | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | At_or_Near | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | College_University | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | ACIC_NCIC | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | GCIC_INQ | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | GCIC_Entry | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Officer_arrive | Jun 2 2020 3:55AM | | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Victim_Witness | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Suspect_Arrestee | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Photographed | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Rape_Vrfy | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Rape_Trtmnt | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Original_Report | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Phone_Report | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Information_Only | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | School_Factor | | 0 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Case_Dispositi | 3 | | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Date_Cleared | Jul 1 2020 12:00AM | | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Exceptional_C | D | | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Date_Exceptic | Jul 1 2020 12:00AM | | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Folder_Link | 980 | 1738 | TN0900100 | FALSE |
| | 315555 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident | Folder_Numb | 0402 00002 | 1312 00013 | TN0900100 | FALSE |
| | 315555 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | Incident | Case_Disposition | | 3 | TN0900100 | FALSE |
| | 315555 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | Incident | Exceptional_Clearance | | D | TN0900100 | FALSE |
| | 315555 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | Incident | Date_Exceptional_Clear | | Aug 17 2020 1 | TN0900100 | FALSE |
| | 315555 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | Incident | Folder_Link | 1738 | 1948 | TN0900100 | FALSE |
| | 315555 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | Incident | Folder_Numb | 1312 00013 | 1802-00002 | TN0900100 | FALSE |
| | 315555 | SBOWMAN-D | 8/17/2020 | SBOWMA | S | | BOWMAN | EDIT | Incident | Date_Cleared | | Aug 17 2020 1 | TN0900100 | FALSE |
| | 315555 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | EDIT | Incident | Description | Forcible Rape - E | Attempt Rape | TN0900100 | FALSE |
| | 315555 | JC-D063DV2 | 6/30/2022 | DHILTON | D | | HILTON | Printed | Incident | | | Report Printec | TN0900100 | FALSE |
| | 315555 | JC-FLPDDV2 | 7/5/2022 | KPETERS | K | | PETERS | Printed | Incident | | | Report Printec | TN0900100 | FALSE |
| | 315555 | JC-8XMXN23 | 7/5/2022 | JHAMES | J | | HAMES | Viewed | Incident | | | Report Viewer | TN0900100 | FALSE |
| | 315555 | JC-FLPDDV2 | 7/7/2022 | KPETERS | K | | PETERS | Printed | Incident | | | Report Printec | TN0900100 | FALSE |

CASE

| Source_Table_Link_ | AuditLocation_ | DateStamp_ | UserID_ | UserFirstName_ | UserMiddlename_ | UserLastName_ | ChangeType_ | Source_Table_Name_ | FieldName_ | BeforeValue_ | AfterValue_ | Jurisdiction_ | Confidential_ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 317492 | PWSQL1 | 6/2/2020 | WATSONINCIDENT | WATSON | | INCIDENT | Add | RMS_Case | Incident_Link_Number | Record Added | 315555 | TN0900100 | FALSE |
| 317492 | PWSQL1 | 6/2/2020 | WATSONINCIDENT | WATSON | | INCIDENT | EDIT | RMS_Case | Rape_Case | 0 | 1 | TN0900100 | FALSE |
| 317492 | PWSQL1 | 6/2/2020 | WATSONINCIDENT | WATSON | | INCIDENT | EDIT | RMS_Case | Validated | 0 | 1 | TN0900100 | FALSE |
| 317492 | SBOWMAN-D | 6/2/2020 | SBOWMAN | S | | BOWMAN | EDIT | RMS_Case | Investigate | | Yes | TN0900100 | FALSE |
| 317492 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | RMS_Case | Mgmt_Status_Date | | Jun 2 2020 8:05AM | TN0900100 | FALSE |
| 317492 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | RMS_Case | Validated | 1 | 0 | TN0900100 | FALSE |
| 317492 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | RMS_Case | Folder_Link | 223 | 980 | TN0900100 | FALSE |
| 317492 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | RMS_Case | Folder_Number | 0005-00001 | 0402-00002 | TN0900100 | FALSE |
| 317492 | JC-MXL94159F5 | 6/2/2020 | TVAUGHN | T | | VAUGHN | EDIT | RMS_Case | Validated | 0 | 1 | TN0900100 | FALSE |
| 317492 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | EDIT | RMS_Case | Case_Description | Forcible Rape - FEMALE 2 | RAPE (A) FEMALE 2 | TN0900100 | FALSE |
| 317492 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | RMS_Case | Validated | 1 | 0 | TN0900100 | FALSE |
| 317492 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | RMS_Case | Mgmt_Status_Date | Jun 2 2020 8:05AM | Jul 1 2020 3:50PM | TN0900100 | FALSE |
| 317492 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | RMS_Case | Case_Closed | 0 | 1 | TN0900100 | FALSE |
| 317492 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | RMS_Case | Folder_Link | 980 | 1738 | TN0900100 | FALSE |
| 317492 | SBOWMAN-D | 7/2/2020 | SBOWMAN | S | | BOWMAN | EDIT | RMS_Case | Folder_Number | 0402-00002 | 1312-00013 | TN0900100 | FALSE |
| 317492 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | RMS_Case | Validated | 0 | 1 | TN0900100 | FALSE |
| 317492 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | RMS_Case | Mgmt_Status_Date | Jul 1 2020 3:50PM | Aug 17 2020 9:56AM | TN0900100 | FALSE |
| 317492 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | RMS_Case | Validated | 1 | 0 | TN0900100 | FALSE |
| 317492 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | RMS_Case | Folder_Link | 1738 | 1948 | TN0900100 | FALSE |
| 317492 | SBOWMAN-D | 8/18/2020 | SBOWMAN | S | | BOWMAN | EDIT | RMS_Case | Folder_Number | 1312-00013 | 1802-00002 | TN0900100 | FALSE |
| 317492 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | EDIT | RMS_Case | Validated | 0 | 1 | TN0900100 | FALSE |
| 317492 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | EDIT | RMS_Case | Validated | 1 | 0 | TN0900100 | FALSE |
| 317492 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | EDIT | RMS_Case | Validated | 0 | 1 | TN0900100 | FALSE |
| 317492 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | EDIT | RMS_Case | Case_Description | RAPE (A) FEMALE 2 | Attempt RAPE (A) FEMALE 2 | TN0900100 | FALSE |
| 317492 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | EDIT | RMS_Case | Validated | 1 | 0 | TN0900100 | FALSE |
| 317492 | JC-MXL94159F5 | 9/21/2020 | TVAUGHN | T | | VAUGHN | EDIT | RMS_Case | Validated | 0 | 1 | TN0900100 | FALSE |

# OFFENSE

| Source_Table_Link_ | AuditLocation_ | DateStamp_ | UserID_ | UserFirstName_ | UserMiddlename_ | UserLastName_ | ChangeType_ | Source_Table_Name_ | FieldName_ | BeforeValue_ | AfterValue_ | Jurisdiction_ | Confidential_ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 386436 | PWSQL1 | 6/2/2020 | WATSONINCIDENT | WATSON | | INCIDENT | EDIT | Incident_Offense | Rape_Case | 0 | 1 | TN0900100 | FALSE |
| 386436 | PWSQL1 | 6/2/2020 | WATSONINCIDENT | WATSON | | INCIDENT | EDIT | Incident_Offense | UCR_Hierarchy | 2 | | TN0900100 | FALSE |
| 386436 | PWSQL1 | 6/2/2020 | WATSONINCIDENT | WATSON | | INCIDENT | Add | Incident_Offense | | Record Added | | TN0900100 | FALSE |
| 386436 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | Incident_Offense | Folder_Link | 223 | 980 | TN0900100 | FALSE |
| 386436 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | Incident_Offense | Folder_Number | 0005-00001 | 0402 00002 | TN0900100 | FALSE |
| 386436 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident_Offense | Folder_Link | 980 | 1738 | TN0900100 | FALSE |
| 386436 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident_Offense | Folder_Number | 0402 00002 | 1312 00013 | TN0900100 | FALSE |
| 386436 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | Incident_Offense | Folder_Link | 1738 | 1948 | TN0900100 | FALSE |
| 386436 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | Incident_Offense | Folder_Number | 1312 00013 | 1802-00002 | TN0900100 | FALSE |
| 386436 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | EDIT | Incident_Offense | Completed_Bt | 1 | 0 | TN0900100 | FALSE |

NAME

| Table_ID_ | Source_Table_Link_ | AuditLocation_ | DateStamp_ | UserID_ | UserFirstName_ | UserMiddlename_ | UserLastName_ | ChangeType_ | Source_Table_Name_ | FieldName_ | BeforeValue_ | AfterValue_ | Jurisdiction_ | Confidential_ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 810550 | PWSQL1 | 6/2/2020 | WATSONINCIDENT | WATSON | | INCIDENT | Add | Incident_Name | | Record Added | | TN0900100 | FALSE |
| | 810550 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | Incident_Name | Folder_Link | 223 | 980 | TN0900100 | FALSE |
| | 810550 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | Incident_Name | Folder_Number | 0005-00001 | 0402 00002 | TN0900100 | FALSE |
| | 810550 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident_Name | Folder_Link | 980 | 1738 | TN0900100 | FALSE |
| | 810550 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Incident_Name | Folder_Number | 0402 00002 | 1312 00013 | TN0900100 | FALSE |
| | 810550 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | Incident_Name | Folder_Link | 1738 | 1948 | TN0900100 | FALSE |
| | 810550 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | Incident_Name | Folder_Number | 1312 00013 | 1802-00002 | TN0900100 | FALSE |

# INCIDENT NARRATIVE

| Source_Table_Link_ | AuditLocation_ | DateStamp_ | UserID_ | UserFirstName_ | UserMiddlename_ | UserLastName_ | ChangeType_ | Source_Table_Name_ | FieldName_ | BeforeValue_ | AfterValue_ | Jurisdiction_ | Confidential_ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 723081 | PWSQL1 | 6/2/2020 | WATSONINCIDENT | WATSON | | INCIDENT | EDIT | Narrative | Source_Module_Link | 388 | 223 | TN0900100 | FALSE |
| 723081 | PWSQL1 | 6/2/2020 | WATSONINCIDENT | WATSON | | INCIDENT | Add | Narrative | | Record Added | | TN0900100 | FALSE |
| 723081 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723081 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723081 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723081 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723081 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | Narrative | Source_Module_Link | 223 | 980 | TN0900100 | FALSE |
| 723081 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723081 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723081 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723081 | JC-FLPDDV2 | 6/5/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723081 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723081 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723081 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723081 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723081 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Narrative | Source_Module_Link | 980 | 1738 | TN0900100 | FALSE |
| 723081 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723081 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723081 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723081 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | Narrative | Source_Module_Link | 1738 | 1948 | TN0900100 | FALSE |
| 723081 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723081 | CHILL-N | 6/2/2021 | CHILL | CONNIE | | HILL | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723081 | JC-FLPDDV2 | 7/3/2022 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723081 | JC-HL6MQG2 | 1/31/2023 | SDYKES | S | | DYKES | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723081 | JC-8XMXN23 | 1/31/2023 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723081 | JC-MXL94159B6 | 3/29/2024 | MADAMS | M | | ADAMS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |

# INCIDENT CASE NOTES

| Source_Table_Link_ | AuditLocation_ | DateStamp_ | UserID_ | UserFirstName_ | UserMiddlename_ | UserLastName_ | ChangeType_ | Source_Table_Name_ | FieldName_ | BeforeValue_ | AfterValue_ | Jurisdiction_ | Confidential |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 723082 | PWSQL1 | 6/2/2020 | WATSONINCIDENT | WATSON | | INCIDENT | EDIT | Narrative | Source_Module_Link | 388 | 223 | TN0900100 | FALSE |
| 723082 | PWSQL1 | 6/2/2020 | WATSONINCIDENT | WATSON | | INCIDENT | Add | Narrative | | Record Added | | TN0900100 | FALSE |
| 723082 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723082 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723082 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723082 | JC-FLPDDV2 | 6/2/2020 | KPETERS | K | | PETERS | EDIT | Narrative | Source_Module_Link | 223 | 980 | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723082 | JC-FLPDDV2 | 6/5/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-FLPDDV2 | 6/5/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-FLPDDV2 | 6/5/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-FLPDDV2 | 6/9/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-FLPDDV2 | 6/9/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-FLPDDV2 | 6/9/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 6/10/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-HYIL7X2 | 6/10/2020 | MGRYDER | M | | GRYDER | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 6/11/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-FLPDDV2 | 6/11/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 6/11/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 6/12/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 6/12/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 6/15/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-FLPDDV2 | 6/16/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 6/22/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-D063DV2 | 6/24/2020 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-D063DV2 | 6/24/2020 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723082 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Narrative | Source_Module_Link | 980 | 1738 | TN0900100 | FALSE |
| 723082 | JC-D063DV2 | 7/15/2020 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723082 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723082 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723082 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | Narrative | Source_Module_Link | 1738 | 1948 | TN0900100 | FALSE |
| 723082 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 723082 | JC-H2ZQ7X2 | 11/30/2020 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-H2ZQ7X2 | 12/15/2020 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-H2ZQ7X2 | 4/30/2021 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-H2ZQ7X2 | 5/4/2021 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | CHILL-N | 6/2/2021 | CHILL | CONNIE | | HILL | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 723082 | JC-D063DV2 | 6/30/2022 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |

| ble_ID_ | Source_Table_Link_ | AuditLocation_ | DateStamp_ | UserID_ | UserFirstName_ | UserMiddlename_ | UserLastName_ | ChangeType_ | Source_Table_Name_ | FieldName_ | BeforeValue_ | AfterValue_ | Jurisdiction_ | Confidentia |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 723082 | JC-D063DV2 | 6/30/2022 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-FLPDDV2 | 7/3/2022 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-FLPDDV2 | 7/5/2022 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-FLPDDV2 | 7/5/2022 | KPETERS | K | | PETERS | Printed | Narrative | | | Narrative Printed | TN0900100 | FALSE |
| 40 | 723082 | JC-HZ2Q7X2 | 7/5/2022 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-D063DV2 | 7/5/2022 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-8XMXN23 | 7/5/2022 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-8XMXN23 | 7/5/2022 | JHAMES | J | | HAMES | Printed | Narrative | | | Narrative Printed | TN0900100 | FALSE |
| 40 | 723082 | JC-FLPDDV2 | 7/7/2022 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-FLPDDV2 | 7/7/2022 | KPETERS | K | | PETERS | Printed | Narrative | | | Narrative Printed | TN0900100 | FALSE |
| 40 | 723082 | JC-FLWBDV2 | 9/12/2022 | BCHURCH | B | | CHURCH | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-8XMXN23 | 1/12/2023 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-8XMXN23 | 1/19/2023 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-8XMXN23 | 1/31/2023 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-FLPDDV2 | 1/31/2023 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-D063DV2 | 1/31/2023 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-D063DV2 | 1/31/2023 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-8XMXN23 | 1/31/2023 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-HZ2Q7X2 | 1/31/2023 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-FLPDDV2 | 1/31/2023 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-D063DV2 | 1/31/2023 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-HZ2Q7X2 | 2/7/2023 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-HZ2Q7X2 | 5/16/2023 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-MXL9415LFT | 5/17/2023 | GWills | G | | WILLS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-MXL9415LFT | 6/22/2023 | GWills | G | | WILLS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-HZ2Q7X2 | 6/26/2023 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-FFZ26X3 | 7/15/2023 | MHOLLIS | M | | HOLLIS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-HZ2Q7X2 | 8/8/2023 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-HZ2Q7X2 | 8/8/2023 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-HZ2Q7X2 | 8/8/2023 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-D063DV2 | 10/23/2023 | MGRYDER | M | | GRYDER | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-8XMXN23 | 12/13/2023 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723082 | JC-MXL9415B6 | 3/29/2024 | MADAMS | M | | ADAMS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |

# DUNN CASE NOTES

| Source_Table_ID_ | Source_Table_Link_ | AuditLocation_ | DateStamp_ | UserID_ | UserFirstName_ | UserMiddlename_ | UserLastName_ | ChangeType_ | Source_Table_Name_ | FieldName_ | BeforeValue_ | AfterValue_ | Jurisdiction_ | Confidential_ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 723300 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Narrative | Source_Module_Link | | 980 | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | Add | Narrative | | Record Added | | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/3/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 40 | 723300 | JC-FLPDDV2 | 6/5/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-FLPDDV2 | 6/5/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-FLPDDV2 | 6/5/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-FLPDDV2 | 6/9/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-FLPDDV2 | 6/9/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/10/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/10/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Narrative | | | | TN0900100 | FALSE |
| 40 | 723300 | JC-HYJL7X2 | 6/10/2020 | MGRYDER | M | | GRYDER | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/11/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/11/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Narrative | | | | TN0900100 | FALSE |
| 40 | 723300 | JC-FLPDDV2 | 6/11/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/11/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/11/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/12/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/15/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/15/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 40 | 723300 | JC-FLPDDV2 | 6/16/2020 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/22/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 6/22/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 40 | 723300 | JC-D063DV2 | 6/24/2020 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-D063DV2 | 6/24/2020 | DHILTON | D | | HILTON | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 40 | 723300 | JC-D063DV2 | 6/24/2020 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 40 | 723300 | JC-5XYFHQ2 | 7/1/2020 | DCAREY | D | | CAREY-DUNN | EDIT | Narrative | Source_Module_Link | 980 | 1738 | TN0900100 | FALSE |
| 40 | 723300 | JC-D063DV2 | 7/15/2020 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 40 | 723300 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 40 | 723300 | JC-D063DV2 | 8/17/2020 | DHILTON | D | | HILTON | EDIT | Narrative | Source_Module_Link | 1738 | 1948 | TN0900100 | FALSE |
| 40 | 723300 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-8XMXN23 | 9/21/2020 | JHAMES | J | | HAMES | EDIT | NARRATIVE | | | | TN0900100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 11/30/2020 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 12/15/2020 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 12/15/2020 | TSPARKS | T | | SPARKS | Printed | Narrative | | | Narrative Printed | TN0900100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 4/30/2021 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 5/4/2021 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 40 | 723300 | CHILL-N | 6/2/2021 | CHILL | CONNIE | | HILL | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |

| Table_ID_ | Source_Table_Link_ | AuditLocation_ | DateStamp_ | UserID_ | UserFirstName_ | UserMiddlename_ | UserLastName_ | ChangeType_ | Source_Table_Name_ | FieldName_ | BeforeValue_ | AfterValue_ | Jurisdiction_ | Confidential_ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | 723300 | JC-D063DV2 | 6/30/2022 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-D063DV2 | 6/30/2022 | DHILTON | D | | HILTON | Printed | Narrative | | | Narrative Printed | TN090100 | FALSE |
| 40 | 723300 | JC-D063DV2 | 6/30/2022 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-FLPDDV2 | 7/5/2022 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-FLPDDV2 | 7/5/2022 | KPETERS | K | | PETERS | Printed | Narrative | | | Narrative Printed | TN090100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 7/5/2022 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 7/5/2022 | TSPARKS | T | | SPARKS | Printed | Narrative | | | Narrative Printed | TN090100 | FALSE |
| 40 | 723300 | JC-D063DV2 | 7/5/2022 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-8XMXN23 | 7/5/2022 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-8XMXN23 | 7/5/2022 | JHAMES | J | | HAMES | Printed | Narrative | | | Narrative Printed | TN090100 | FALSE |
| 40 | 723300 | JC-FLPDDV2 | 7/7/2022 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-FLPDDV2 | 7/7/2022 | KPETERS | K | | PETERS | Printed | Narrative | | | Narrative Printed | TN090100 | FALSE |
| 40 | 723300 | JC-FLWBDV2 | 9/12/2022 | BCHURCH | B | | CHURCH | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-8XMXN23 | 1/12/2023 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-8XMXN23 | 1/12/2023 | JHAMES | J | | HAMES | Printed | Narrative | | | Narrative Printed | TN090100 | FALSE |
| 40 | 723300 | JC-8XMXN23 | 1/19/2023 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-8XMXN23 | 1/31/2023 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-FLPDDV2 | 1/31/2023 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-D063DV2 | 1/31/2023 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-D063DV2 | 1/31/2023 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-8XMXN23 | 1/31/2023 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 1/31/2023 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-FLPDDV2 | 1/31/2023 | KPETERS | K | | PETERS | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-D063DV2 | 1/31/2023 | DHILTON | D | | HILTON | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 2/7/2023 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 2/7/2023 | TSPARKS | T | | SPARKS | Printed | Narrative | | | Narrative Printed | TN090100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 5/16/2023 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 5/16/2023 | TSPARKS | T | | SPARKS | Printed | Narrative | | | Narrative Printed | TN090100 | FALSE |
| 40 | 723300 | JC-MXL9415LFT | 5/17/2023 | GWills | G | | WILLS | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-MXL9415LFT | 6/22/2023 | GWills | G | | WILLS | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-MXL9415LFT | 6/22/2023 | GWills | G | | WILLS | Printed | Narrative | | | Narrative Printed | TN090100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 6/26/2023 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 6/26/2023 | TSPARKS | T | | SPARKS | Printed | Narrative | | | Narrative Printed | TN090100 | FALSE |
| 40 | 723300 | JC-FFZ26X3 | 7/15/2023 | MHOLLIS | M | | HOLLIS | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 8/8/2023 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-H22Q7X2 | 8/8/2023 | TSPARKS | T | | SPARKS | Printed | Narrative | | | Narrative Printed | TN090100 | FALSE |
| 40 | 723300 | JC-D063DV2 | 10/23/2023 | MGRYDER | M | | GRYDER | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-8XMXN23 | 12/13/2023 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |
| 40 | 723300 | JC-MXL9415986 | 3/29/2024 | MADAMS | M | | ADAMS | Viewed | Narrative | | | Narrative Viewed | TN090100 | FALSE |

# SPARKS CASE NOTES

| Source_Table_Link_ | AuditLocation_ | DateStamp_ | UserID_ | UserFirstName_ | UserMiddlename_ | UserLastName_ | ChangeType_ | Source_Table_Name_ | FieldName_ | BeforeValue_ | AfterValue_ | Jurisdiction_ | Confidential_ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 912503 | JC-HZZQ7X2 | 8/8/2023 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 912503 | JC-HZZQ7X2 | 8/8/2023 | TSPARKS | T | | SPARKS | EDIT | Narrative | Source_Module_Link | | 1948 | TN0900100 | FALSE |
| 912503 | JC-HZZQ7X2 | 8/8/2023 | TSPARKS | T | | SPARKS | Add | Narrative | | Record Added | | TN0900100 | FALSE |
| 912503 | JC-HZZQ7X2 | 8/8/2023 | TSPARKS | T | | SPARKS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 912503 | JC-8XMXN23 | 12/13/2023 | JHAMES | J | | HAMES | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |
| 912503 | JC-MXL94159B6 | 3/29/2024 | MADAMS | M | | ADAMS | Viewed | Narrative | | | Narrative Viewed | TN0900100 | FALSE |