# Exhibit 26

| | | |
|---|---|---|
| Agency: | Johnson City Police Department | RMS Case |
| Officer ID/Name: | 483 \ Dunn, D | |
| Date: | | Case Number: |

Narrative Title:

Received/Reviewed assigned case.

Report narrative: On 06/02/2020 at 03:55 hours, Officer Austin, N (796) responded to the area of E Main St. In reference to an unknown disturbance. See supplemental narrative. While en route, dispatch advised a female had called 911 and was yelling for help. Upon arrival, officers located victim, Female 2, running out of 200 E Main St. She exited the building and ran toward officers crying, saying she was scared. Female 2 stated that she had left Neuman's and went with a friend, listed other, to apartment #500. She stated that she fell asleep and when she woke up at approximately 0330 hrs, the listed suspect was on top of her. She stated that she was naked and that the suspect had vaginally penetrated her with his penis. She did not wish to provide a DNA kit at this time.

Victim: Female 2 (
Suspect: Sean Williams, W/M, DOB                of
 (828) 566-1359

06-03-20 I called victim, Female 2,         , I received her voicemail and a message indicating that the mailbox is full and not able to accept messages.

06-05-20 I received an email from Lt. Peters advising that family members of Female 2 had called and provided a correct number for her,           . I called that number but also received a message indicating that the mailbox is full and not able to accept messages.

06-10-20 I called Female 2 again, she agreed to meet with me tomorrow, 06-11-20, @ 2:00 PM to provide me with a statement regarding the reported incident.

06-11-20 I received a voicemail message from Female 2 advising that she would need to reschedule our meeting as she had been called in to work.

06-11-20 I returned Female 2' call but received her voicemail and the message that the mailbox is full and unable to take messages.

06-15-20 I called Female 2 again,          , and received the same message, unable to leave a voicemail.

06-22-20 I called Female 2, she agreed to meet with me on Wednesday, 06-24-20, at 4:00 PM.

06/24/20 case reviewed by Sgt. Hilton.

06-24-20 I met with Female 2 at police headquarters. She advised me that she had gone to suspect, Sean Williams', apartment after she and a friend, Alvaro "Alvie" Diaz Vargas, after she and the friend left Neuman's. She stated that she had been drinking and was somewhat intoxicated when they arrived. She said that she was familiar with Williams, but only in passing. She denied that he had ever been flirty or inappropriate with her. She stated that there were several people at the residence and she assumed that she fell asleep/passed out on the living room couch. She stated that Diaz Vargas later told her that Williams had carried her to a spare bedroom. She stated that she assumed Williams entered the room at a later time because she woke up and her shirt and bra had been removed and Williams was attempting to pull off her pants. She stated that she jumped up and screamed at Williams and he told her he had come in to get something from the room. She said that Diaz Vargas heard her scream and came into the room. She stated that she told him what Williams had been doing and Williams denied it. She said that she was scared and confused and ran from the building and then saw the patrol officer. She denied that any penetration had occurred, advising that her pants had been very tight and he had been unable to pull them down. She stated that she did not wish to pursue any applicable charges and had learned her lesson.

Carey-Dunn/W20006424/I met with the complainant, Female 2, at police headquarters. Although the offense report specifically noted an allegation of vaginal penetration, Female 2 denied that a sexual act had occurred. She stated that the suspect was attempting to pull down her pants when she woke up, but was unsuccessful. She stated that she did not wish to pursue any applicable charges. Request case be closed by Exceptional Means as the victim does not wish to cooperate in the investigation against the following: Sean Williams, W/M, DOB                              . This is a non-property offense.