1/19/23  (7)

5 or 6 years - paper/en files
factured files
→ shred files ←

[ DA - protical investigations - Nov 2022
   DA has a pintical

3 or 4 mechanism for case files - (RMS)
Record Management System

- Fully digital
- Invest in infrastructure - right way
Protical - Best practices - State statute - undreleage
      acreediation?
      National police

DA -     State of TN

✗ Cases - minor adult more than 4 years    ↓ 16
       - minor - state takes over        - 16 to 18
                                          (4 years
                                           old )

Clos
Victim died not want to participate !

                    conclusions
1) Training
2) Case files by officers & pritor (bias)
   on bias
   prostitute       officer  victim right.
                              traing &

✗ (laziness) - arrest them
         No reason  blame procusin
         Not doing justice

⑧  1/19/23

Closed - convinced victim
Leadship problem
    investigate - close case

Not participating - Who are you to
    decide this -
Love  - victim was treated terrible
    cultural issuses
No training
Mentorship  ⟩
Victim as accused - will no
    psychology ⟩ cares be
Dunn was also same -
Operal - structural problem - did not
Good ole boys - decisive too sensitive

    closed
① Training - policies & procedures - DA
                    ②              protocal
    much more stringent
③ Interacte w/ DA - DA told us
        to close the case.
    Not want to cooperate - affidavit
        standard
    ⟶ just called DA
        - Absolute ammunity
④ Closed system X closed = guidelines

Case 2:23-cv-00071-TRM-JEM   Document 221-9   Filed 06/15/24   Page 2 of 25   PageID #:
4610
Case 2:22-cv-00072-KAC-JEM   Document 128-12   Filed 07/03/24   Page 2 of 25   PageID #:
4340

1/19/23  ⑨

⑤  18 - 19 - 20  @ police dept
    close case  - independent
    Not - pre inview rooms -
    (go to them)  - victim needs to
                            come.

⑥  suspect interviews - closed w/o talking
    to suspect.  case is not strong.
    - Always interview the suspect -
    "Are you kidding me?"
    Damaging

⑦  Search warrant- crimes
    roofie = tests positive - or does
    a search warrant - Norm
    Test for roofie. - Not once

    How do we know it is legit

Organizationally not operating at the level

al

    Internal- alleged misconduct

    Libby -

ti
and
    Dept  of justice - litigate -
    What was need has not provided

is

    18 to 20  ⟶         Report writing phase
            - staff that is bad is bad -

⑩   1/19/23

Not bad intentionally - basis
Not doing bad things intentionally
No one guided or lead
Not waking up wants to do bad

- Bigger Study

- Records management

- Policy & procedures need an overhaul

3 things
    ① Policy - Structured
    ② Training
    ③ Leadership

→ Records - management

---

CIP

Budget : Individual Dept.        ✗ Pool study
✗ mountain bike trails    ✗ (Wayfinding signs)    Wayfinding
                                          ✗ gateways        $250 R

#500K from schools          (Wayfinding)                    1/19/23    (11)
X Writing                         Restrans
      Brown case
      Dagle

— (Carver Recreation) Shrimer & Lockers
   — lighting for pavilions —

— 809 S Roan Street

Cara Lowe
Special Victims
July 21 — went to CID
Feb 22 — Need to go to patrol
CID held — told what to say ⟩ ✦
Not priority & Not taken seriously
Don't care — evil man    — Never
Needed help — No training — Wanted to
   be good — Story was heard.
Not recommend anyone coming here        3. Truth be told
   Disregard victims
Victim oriented — fail people
37 Cases — highest #
⟨Don Sheppard⟩ — evil
⟨Kevin and Don hate each other⟩

Mayor Grandy
Street Naming Policy — Policy was approved by Commission

Case 2:23-cv-00071-TRM-JEM   Document 221-9   Filed 06/15/24   Page 5 of 25   PageID #:
4613
Case 2:22-cv-00072-KAC-JEM   Document 128-12   Filed 07/03/24   Page 5 of 25   PageID #:
4343



# February 15, 2023

Wednesday

February 2023

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | | | | |

March 2023

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

WEDNESDAY

15

[redacted]

Non-Responsive

7 AM

8

9

**Virtual Mtg w/Eric Daigle**
Zoom
Ball, Cathy

10

11

12 PM

1

[redacted]

Non-Responsive

2

[redacted]

Non-Responsive

3

4

5

6

Daily Task List

Arrange by: Due Date

Notes

(64)    2/15/23

**Non-Responsive**

Eric Dagle - Sunny, Keisha, Jon,
                      Cathy

Dept take measures to address

meet

Walk a fine line - revictimize
                      any

policy/training          - high level
closing case
victim interviews

2/16/23  (65)

surface level findings
- Investigator position in tact
- This many cases this is a request.

Send reports- sutfield (connecticut)
findings & recommendations

move recommend to blueprint for excellence
budget - New RMS

policy =>

- {
Encourage Police - Transparent
Identify -fix
Debrief - what
Honesty gets you through this
bad day/week/
Good times                        don't
                                  taint #5
}

_____
Verbally - sit - No changes - No manipulate
                                    (Report)

Feb - going
4 weeks - Weeks of 6 realn
            week of 13



(66)    2/15/23

Reported #
- investigate - quality of
   don't rely on that kind of data
- did it correctly

arrest is DA -
- Call DA -

- Finney - Crisis Communi this report
Comment  about the same time

① Deport - effects
② Comments -

① Chief walking out the door
   - plans for next chief →
      before we release the report

Lead by some one ]

2/15/23   (67)

Don't someone
  - RFP - to hire someone
  90 days - perfectly    { 2 week
                            resume
                            interviews

{ Meet w/ different groups
{   90 days
{ first thirty days          IACP
                             Tennessee Chief
  Pool together quickly - don't streamline
  - loyalty -   transparent
  [Challenging situation] stay with me.
  Move

  Success —   clients  - did not do
                          what he was
                          suppose to do.

  (Happy) - delay in when -

# March 8, 2023
## Wednesday

March 2023
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

April 2023
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

**WEDNESDAY**

**8**

| | | Daily Task List |
|---|---|---|
| 7 AM | | Arrange by: Due Date |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 PM | Non-Responsive | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | **Zoom Meeting w/Eric Daigle** | |
| | https://us02web.zoom.us/j/88030142401?pwd=QnRtS2RxZzlrOGFBeENEeTVFVVdIdz09 | |
| | Greene, Beth | |
| 5 | | |
| 6 | | |

Notes

Ball, Cathy

1

5/10/2024 4:39 PM

**Non-Responsive**

3/8/23  (112)

Sunny
Joey
Keisha
Cathe

RMS - # (RFP) - Dispatch
district attorney          - RMS
- limited technology -     - State system
send an email - within an hour or 2
to see what they are using
Project manager - John Harris -
- Pull info -
8 to 10 month >
- No sync - drop box - paper files being
                                        destroyed
2 system until FOI period runs
No effective sync - don't populate new system w/
old files
Not in a record management safe

(1/3)   3/8/23

management
(Buffer)
    DA's protocol
- New DA
- Going to handled better hyper-sensit
Melissa - Eric - over due on
    an update
    6 new complaints -
- Opened complaints    - only 6 convicts
How do you share w/ victims -
- Not that specific - work product
Any cases that will need to be
opened up
Are interviewing other folks with
    department
Lawsuit (different than audit)
Damaging - did not - IA affairs
that the officers did not not
do what

3/8/23 (114)

Should have done an I/A

pattern & practice - monel -

Criminal ← us → process

Policing - RMS - Clear cases -

Training

Biggest Challenge not doing IA

- get ready to up date the counts

separate -

New chief starts out new →
just got here - do what ever want
don't put during Interview =)

- Broadn recmministt to all cases -
go back over them - customer care

Victim cases
- would not reone   376 sex
                    2018 - 2022

- Cleared exceptional means.
- unfounded

(115) 3/8/23

21-22 cases

✱ identify some of the ones
that need to be re-looked
at

start clean
who is gonna to get it done.

took longer - not ready to issue
- don't have a command staff

who owns it?

(Attach to someone)

Waiter - taking actions
(bring folks back with media message)
write the article and talking points.

mas - don't get out of control - negative

impact - change everything -

We know - conversations - realtime
get of it >

DA's protocol - solves so many issues

- RMS -

(116)

DA's office is not at fault -   3/8/23

Scorched earth

protocol - communicate -
           another step - conversation -

Revisit protocol - praise -

Bristol    1.9863

Kings p    1.9983

pep

Health insurance

3/9/23

Non-Responsive

Confidential – Subject to Protective Order



# April 25, 2023
## Tuesday

| April 2023 | | | | | | | | May 2023 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Su | Mo | Tu | We | Th | Fr | Sa | | Su | Mo | Tu | We | Th | Fr | Sa |
| | | | | | | 1 | | | 1 | 2 | 3 | 4 | 5 | 6 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | | 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 | | 28 | 29 | 30 | 31 | | | |
| 30 | | | | | | | | | | | | | | |

**TUESDAY**

**25**

← From Apr 24    Tom Out of Office: Jon Lane In Charge    To Apr 27 →

**Daily Task List**

Arrange by: Due Date

**7 AM**

Non-Responsive

**8**

**9**

**10**

**Hold for a meeting with Erik Daigle**
City Manager's Conference Room
Ball, Cathy

**Meeting: COJC Staff & Erik Daigle**
https://us02web.zoom.us/j/87506640993?p
Greene, Beth

**11**

**12 PM**

Non-Responsive

**1**

**2**

**3**

**4**

**5**

**6**

**Notes**

Ball, Cathy

1

5/10/2024 4:41 PM



④ 4/24/23

Non-Responsive

Meeting with Daigle —
- Commercial plan
General orders —
- FYI Conference now - 11:00
tim webster
teresa koosa
surface level —
pre-meeting - just got report (
Concerns with Interim reports —
Interim chief —

4/24/23  (5)

Daigle

Policy

Constitution — doing it correctly

Policing

Supervision        Training → Sexual Assault

National Std.
Legislation — State
Victim Right & Assault

Training — the policy
Follow
Experienced based

Supervision
Acumtable
☒ Failed in all three
Consistency
2017 University of Minnesota, Madison

Ⓒ 4/25/23

Record › Dept Policy
Operational - lack of struction Record
keeping
356 - 11a - 11b
Case files are a disaster
8 month access to file -
2 different
videos - better work than we got credit for
Files all in one place
Attorney has more than we do - works
for patrol - complicated investigate
trello cards
RMS    biggest

Watson -
video server - everything else -
notes - time line
Consistency - some scanned - Not
All department share information - Quote
Ted Bunday

✗ Policies    ( - DA not innocent )

Realized that we need structure 4/24/23 ⑦

TH - CREA -

FTO in investigate

go throug cases =>

- lock down - get vichi to locate - secure the site

Policy - criminal invest, my crisis policy, subervian
- Cannot discipline unless it is written down

[Training] - Patrol - 101 - PA & Most same
detective sexual assaul fw patrol

department wide on DA Training
Test - Adult learning - understand sme

- Sgts - seperate

Investigators know -
bias in investigate - Go find the evidence
up to command. Cntrol bias
staff

credintab witness - same investigat
patlin or prostie - cultive
reveiw the vick / skill set.

Invisidan - cartrol bias go find evidence
Truth is alway - bias occurs off page

TPHN -

⑧  4/25/23

Crime scene management
  - No search warrant
  - No security
Whether you believe or not
  Don't do scind warrents a lot

Interviews - victims & witness
  patrol interview victim & witness
  No documentation
Suspects, did not get interviews - bias - never
  Contacted - not just evidence
5th Amendment
How did it happen
(Redirect the culture) < Benefit

good investigators - checks + balance
Implentation of DA - protokels
  Inforce DA protocol & policies
    make structure →
Division -     7 bullets with sri
① • limited investigation - always credible
  of victim - arts - arrive on first
  Search warrant

4/25/23

⑨

Under aged - state becomes victim
- parents

Need to have case #'s
Mother - under - 10 years old w/ identifiel
susp'n

• ② victim interviews - criminal had - soft
interview rooms (best of best) time
soft interview room - better victim services

③ • suspect interviews - did not occur - why should
we ruin the lives - last steps - suspect
months letter later

④ • interview rooms
⑤ • first 24 hours ⟶ are they over worked - why
culture or case loads - call out system
volume   — CULTURE

⑥ • DA's office   Declined prosection  submit
avadide - protect yourself - report and send to
DA - case review

⑦ • closing cases - TIBERS - regulation for
a long time - exceptional clearance
identity of one offiner - Refer to corporate
mean - victim refused to cooperate TIBERS
cases does not want to cooperate
X clnot  prosecution can go forward
X - closed

(10)   4/25/23

explains - did not meet the
requirements - command staff and 718CRS
#'s gone -

Internal affairs - investigate
National standards

Investigate your own - morale violate -
allegations of investigate - misconduct
Newstories - glaming - internal or
external → external

- Any] criminal

Administrative investigate - a prudent
statement -
Criminal first
officers could tell their side of story
heard

· Did you hear anything

Stigma ]

Streamline → the (IA) - process -
- or photos >

Case 2:23-cv-00071-TRM-JEM   Document 221-9   Filed 06/15/24   Page 24 of 25   PageID #:
4632
Case 2:22-cv-00072-KAC-JEM   Document 128-12   Filed 07/03/24   Page 24 of 25   PageID #:
4362

4/28/05

• Reds policy ]
— statute of limitations
— Federal —

Non-Responsive