UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION
GREENEVILLE

| | | |
|---|---|---|
| KATERI LYNNE DAHL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22−cv−00072−KAC−JEM |
| | ) | |
| CHIEF KARL TURNER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Plaintiff's Motion for Leave to File Certain Documents under Seal**

Plaintiff Kateri Lynne Dahl, by undersigned counsel Hugh A. Eastwood and Alexis I. Tahinci, states for her Motion for Leave to File Certain Documents under Seal:

1. Dahl moves to file under seal certain documents that have been filed as exhibits in connection with *Plaintiff's Reply in support of her Motion to Stay Summary Judgment, to Re-open Discovery, or, Alternatively, to Supplement the Summary Judgment Record* [Doc. 135].

2. The exhibits contain the names of two sexual assault victims of Sean Williams, and one individual whom plaintiff Kateri L. Dahl declined to indict while serving as a Special Assistant United States Attorney assigned to defendant Johnson City.

3. The following were filed with redactions of the names of sexual assault victims:

Exhibit 1 – Gryder Dep. excerpts [Doc. 135-1]

Exhibit 2 – Turner Dep. excerpts [Doc. 135-2]

Copies of those exhibits with the redactions highlighted are attached as exhibits hereto, as well as exhibits to the Reply [Doc. 135].

WHEREFORE Plaintiff Kateri Lynne Dahl prays the Court to GRANT her Motion for Leave to File Certain Documents Under Seal; and to grant such other relief as may be just, meet and reasonable.

Dated: August 14, 2024

Respectfully submitted,

*Counsel for Plaintiff Kateri Lynne Dahl*

/s/ Hugh A. Eastwood
Hugh A. Eastwood, *admitted pro hac vice pursuant to L.R. 83.5(b)(1),*
E.D. Mo. Bar No. 62058MO,
8112 Maryland Ave., Suite 400
St. Louis, Missouri 63105-3700
hugh@eastwoodlawstl.com
(314) 809 2343
(314) 228 0107 eFax

/s/ Alexis I. Tahinci
Alexis I. Tahinci, TN BPR No. 031808
Tahinci Law Firm PLLC
105 Ford Ave., Suite 3
Kingsport, TN 37663
(423) 406-1151
(423) 815-1728 Fax
alexis@tahincilaw.com

**Certificate of Service**

The undersigned certifies that on August 14, 2024 that (s)he filed this document with the District Clerk to be served by operation of the Court's CM/ECF system upon all counsel of record. A copy was emailed to all counsel of record.

*/s/ Hugh A. Eastwood*