Q. Was there anything in particular about Sean Williams that made you curious?
A. Not really. Of course, there had been rumors that he was a drug dealer and things like that, but no -- no hard evidence.
Q. Tell me about those rumors. Are they rumors within the community, rumors within the police department?
A. I heard rumors in the police department that people in the community believed that he was a drug dealer.
Q. Do you remember who you heard those rumors from?
A. I don't.
Q. Do you remember about what time period you began hearing those rumors?
A. I have no idea.
Q. Are you aware of whether Sean Williams was under investigation for drug related crimes?
A. I don't know.
Q. Do you know anything about a woman named [redacted]?
A. That name does not sound familiar to me.
Q. Do you know anything about a woman named [redacted]?
A. Again, that name doesn't sound familiar to me.
Q. Did you have any involvement in the investigation of any other complaints against Sean Williams?
A. Not that I'm aware of.
Q. Did you have any involvement in any investigations of any



Case 2:22-cv-00072-KAC-JEM Document 136-1 Filed 08/14/24 Page 1 of 4 PageID #: 4915

complaints by Sean Williams?
A. Not that I'm aware of.
Q. At any point, whether in preparing for today's deposition or several years ago at the time these events were happening, did you ever look in JCPD's computer systems and find out if there were other complaints involving Sean Williams?
A. I don't remember.
Q. Okay. So how far would you say your curiosity extended into this case? Were you only present for the safe opening and had no further involvement?
A. Yes.
Q. Okay. So tell me about the safe opening. What do you remember?
A. It happened in the basement of the police department.
Q. Okay.
A. The investigators had the combination to the safe.
Q. How do you think they got that?
A. I don't remember. I think that Mr. Williams' attorney provided it.
Q. Why would he do that?
A. I guess to prevent the safe from being destroyed.
Q. Would that be a common practice for a suspect's attorney to provide a safe combination?
A. I can't really say what's common practice.

Q. Were you aware of Kat asking Toma Sparks about the BOLO at the time?
A. Yes.
Q. Did she tell you, I asked him to put out a BOLO?
A. I don't know if she told me or I heard Toma talking about it. I don't know who told me, but I knew about it.
Q. And your understanding is that she specifically asked for a BOLO to go out?
A. I'm not sure if she specifically asked for a BOLO. I don't know what she specifically asked for.
Q. What else do you recall about the BOLO?
A. All that I can tell you is that it was an E-mail that went out with something to the effect that said Sean Williams is wanted for felon in possession of ammunition, there is an active warrant for him.
Q. So it's your understanding that it stated what the crime was in the BOLO?
A. That is my recollection.
Q. Do you recall whether it stated anything about him being a dangerous person?
A. I don't know.
Q. What was the general attitude in the department about Sean Williams at that point? Was there a lot of buzz around Sean Williams? Were people talking about him? Was it kind of just a Kat issue?

A. I don't know that a lot of people were talking about him.
Q. Okay. And I assume -- maybe I shouldn't assume. I'll just ask you. Do you follow the local news?
A. Not really.
Q. Are you aware of the local press that has come out about Sean Williams in the past year and a half?
A. I'm aware of some of it. I'm sure I'm not aware of all of it.
Q. Is it fair to say that there's a good bit of buzz around Sean Williams and the Sean Williams case now?
A. I think that would be correct.
Q. Was that the case within JCPD then in the spring of 2021?
A. Not to my recollection.
Q. Who else, to your knowledge, was involved in the Sean Williams investigation aside from Toma Sparks and Kat Dahl?
A. I don't know.
Q. As a supervisor within CID, did you have any concerns about how the case was handled?
A. So Toma didn't work for me. He worked for Sergeant David Hilton. I didn't know what was going on with the case. I wasn't going around asking people what's going on with the Sean Williams case because I had my own investigators and my own cases to keep up with.
Q. Sure. By the time you came back to CID, had the Sean