A. It is a general order that is -- we have an accreditation department and so they are tasked with maintaining the general orders and updating the general orders, and then I would sign off on them or the chief would sign off on them. They could be reviewed by myself or by others in the department as far as annual updates or whenever they were updated, which may be annually or a different period of time.
Q. During the period of this case, it appears that Ms. Ball was city manager. Before that, Pete Peterson, is that correct?
A. Yes, sir.
Q. Okay. Was either Ms. Ball or Mr. Peterson a law enforcement officer?
A. Not to my knowledge.
Q. Okay. Did they have any role in setting police department policies?
A. I think they did have a role in the sense that I couldn't just come in and decide we're going to buy a certain car or we're going to allow officers to wear beards. I couldn't just make that decision without having discussion with the city manager.
Q. What about policies around investigating crimes? Were those set by the chief or by the city manager?
A. They would be set by the chief.

Q. Is it fair to say the city manager delegated police investigation policy work to the chief?
A. I would say it's fair to say that would fall under the chief's purview, yes.
Q. Okay. Did the chief -- and when I say chief, I'm talking about both you and just the office of the chief, your predecessors or successors. Is that okay?
A. Yes, sir.
Q. Okay. So did the chief set policies and procedures as to sexual assault investigations?
A. Yes, sir.
Q. Okay. Did the chief set policies and procedures as to executing felony arrest warrants?
A. Yes, sir.
Q. Did the chief set policies and procedures as to what is sometimes called SWAT or risk assessment for executing a warrant?
A. Can I go back to your question before?
Q. Yes, sir.
A. When you talk about -- talk about arrest warrant or search warrants...
Q. Yes, sir.
A. You said arrest warrants. Some of that is also, I think, there's state law which dictates some of what we can and can't do there as well.

Q. And I think he was arrested by JCPD in connection with that protest. Is that right?
A. I wouldn't know unless I reviewed arrest records, but he could have been, yes, sir.
Q. Well, the reason I'm asking that is I believe Ms. Dahl would testify that you asked her to indict [redacted] on an ammo possession charge. Do you recall that?
A. I don't recall me asking her, not to my recollection.
Q. Okay. And Ms. Dahl declined. I believe we testified that she declined to prosecute [redacted] on that charge. Do you recall her declining to prosecute that?
A. I don't recall the circumstances, no.
Q. Okay. And I believe Tom McCauley would then testify that you called him asking if someone else at DOJ could -- the U.S. Attorney's Office could look into prosecuting Mr. Faneto. Do you recall that?
A. I don't recall the conversation, no.
Q. Okay. At some point, Johnson City hired a man named Eric Daigle to investigate sexual assault crimes. Are you familiar with that?
A. Yes, sir.
Q. Okay. And what was the purpose of hiring Mr. Daigle as to your knowledge?
A. That was a decision the city manager made.
Q. Were you not involved in that decision?

A. I was involved in the -- as far as I gave a recommendation to the city attorney about contacting him in reference to that investigation.
Q. And what was the purpose of contacting Mr. Daigle?
A. Sunny just asked if I knew anyone who might be -- might have the necessary experience to do that, and I gave her Mr. Daigle's name.
Q. I guess my question is to do what?
A. They were looking for somebody to do an internal investigation as far as the department on sexual assault cases.
Q. Okay. And do you know...
A. A review of how we handled those cases.
Q. And do you know why they wanted to do a review of those cases?
A. I think Ms. Ball will have to answer that question.
Q. Okay. You have no knowledge.
A. That was the decision that she made through the city manager's office.
Q. Do you know what documents and things that your department provided to Mr. Daigle?
A. I don't know. He -- he coordinated with Sergeant Hames who -- in records, again, who does our records management, for a document, so he made a request and then we submitted the documents to him for review.