UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| KATERI LYNNE DAHL, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | No. 2:22-cv-00072-KAC-CRW |
| | ] | JURY DEMAND |
| CHIEF KARL TURNER, and | ] | |
| CITY OF JOHNSON CITY, TENNESSEE, | ] | |
| | ] | |
| Defendants. | ] | |

**MOTION IN LIMINE TO EXCLUDE CERTAIN WITNESSES OF THE PLAINTIFF**

Come the City of Johnson City, Tennessee ("Johnson City") and Karl Turner, in his individual capacity, (collectively, the "defendants") and move this Court for an Order excluding testimony from certain witnesses listed in the plaintiff's "Pre-Trial List of Witnesses and Exhibits." The grounds on which the defendants rely are: (1) lack of relevance (Federal Rule of Evidence 402), and/or (2) unfair prejudice/jury confusion of the issues (Federal Rule of Evidence 403).

This Motion in Limine supplants the defendants' previously-filed "Objection to Certain Witnesses Listed by the Plaintiff." *Doc. 121, PageID #: 3836.* This Motion in Limine is supported by a Memorandum Brief.

Respectfully submitted,

*s/K. Erickson Herrin*
K. Erickson Herrin, BPR # 012110
**HERRIN, McPEAK & ASSOCIATES**
515 East Unaka Avenue
P. O. Box 629
Johnson City, TN 37605-0629
Phone: (423) 929-7113
Fax: (423) 929-7114
Email: rachel@hbm-lawfirm.com

*s/ Thomas J. Garland, Jr.*
Thomas J. Garland, Jr., BPR # 011495
**MILLIGAN & COLEMAN PLLP**
P.O. Box 1060
Greeneville, TN 37744-1060
Phone: (423) 639-6811
Fax: (423) 639-0278
Email: tgarland@milligancoleman.com

*s/ Emily C. Taylor*
Emily C. Taylor, BPR # 27157
**WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.**
P.O. Box 131
Knoxville, TN 37901-0131
Phone: (865) 637-1700
Email: etaylor@watsonroach.com

*Attorneys for Defendants*