UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION
GREENEVILLE

| | | |
|---|---|---|
| KATERI LYNNE DAHL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22−cv−00072−KAC−JEM |
| | ) | |
| CHIEF KARL TURNER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of New Authority**

1. On August 27, 2024, the Sixth Circuit issued *Barton v. Neeley*, No. 23-2089, a First Amendment retaliation case where the Sixth Circuit denied qualified immunity to a Flint, Michigan fire chief who fired an employee for his private speech on a matter of public concern, namely racist misconduct within a municipal fire department. That conduct occurred in and around May 2022, after the June 2021 firing at issue in this case. *Barton* relies on clearly established precedent from the Supreme Court, the Sixth Circuit, and other circuits.

2. Plaintiff Kateri Dahl suggests that *Barton* is highly material to her opposition to the qualified immunity arguments advanced by defendant Chief Turner in his motion for summary judgment that is under submission to this Court.

Dated: August 28, 2024

Respectfully submitted,

*Counsel for Plaintiff Kateri Lynne Dahl*

/s/ Hugh A. Eastwood
Hugh A. Eastwood, *admitted pro hac vice pursuant to L.R. 83.5(b)(1),*
E.D. Mo. Bar No. 62058MO,
8112 Maryland Ave., Suite 400
St. Louis, Missouri 63105-3700

hugh@eastwoodlawstl.com
(314) 809 2343
(314) 228 0107 eFax

/s/ Alexis I. Tahinci
Alexis I. Tahinci, TN BPR No. 031808
Tahinci Law Firm PLLC
105 Ford Ave., Suite 3
Kingsport, TN 37663
(423) 406-1151
(423) 815-1728 Fax
alexis@tahincilaw.com

**Certificate of Service**

The undersigned certifies that on August 28, 2024 (s)he filed this document with the District Clerk to be served by operation of the Court's CM/ECF system upon all counsel of record

*/s/ Hugh A. Eastwood*