UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION
GREENEVILLE

| | | |
|---|---|---|
| KATERI LYNNE DAHL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:22−cv−00072−KAC−JEM |
| | ) | |
| CHIEF KARL TURNER, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

**Plaintiff's Notice of New Authorities**

## I. Judge Greer Order finding Plain Incompetence by Defendants

On January 15, 2026, Judge Greer issued an Order inter alia deferring summary judgment in a parallel case with a common core of facts filed by a Sean Williams victim as plaintiff with claims against Defendants City of Johnson City and Chief Turner, as well as other Johnson City officers. *See* Memorandum Opinion and Order, *Evans v. City of Johnson City,* No. 2:24-cv-00106-JRG-CRW [Doc. 153] (Exhibit 1). [1] Judge Greer found in pertinent part:

> The defendants, of course, deny the factual allegations of the TAC related to these issues. They do not explicitly deny their record of faulty police work done over two-thirds of a decade. **The Court has searched for a reason to explain their actions (or inaction) if there was no bribery, bias, or obstruction. If plain systemic incompetence is the explanation, then it exists on a scale unlike anything this Court has ever seen.** Incompetence, however, is likely not a violation of the Constitution.
>
> *Id.* at 34, n. 13 (emphasis added).

[1] The *Evans* plaintiff is Jane Doe 1 in Dahl's operative pleading. Ms. Evans has since chosen to come forward and identify herself as a Sean Williams victim in public court filings.

## II. Qualified Immunity Defense of Relying on Superiors Unavailing

In another recent decision, the Middle District of Tennessee held that a First Amendment retaliator cannot invoke qualified immunity by asserting his reliance on his superiors. *Cocchini v. City of Franklin, Tenn.,* No. 3:23-CV-01185, 2025 WL 438105, at *11–14 (M.D. Tenn. Feb. 6, 2025) (collecting supervisor-reliance cases and denying qualified immunity based on that defense).

Dated: April 13, 2026

Respectfully submitted,

*Counsel for Plaintiff Kateri Lynne Dahl*


/s/ Hugh A. Eastwood
Hugh A. Eastwood, *admitted pro hac vice pursuant to L.R. 83.5(b)(1),*
E.D. Mo. Bar No. 62058MO,
8112 Maryland Ave., Suite 400.4
St. Louis, Missouri 63105-3700
hugh@eastwoodlawstl.com
(314) 809 2343
(314) 228 0107 eFax

/s/ Alexis I. Tahinci
Alexis I. Tahinci, TN BPR No. 031808
Tahinci Law Firm PLLC
105 Ford Ave., Suite 3
Kingsport, TN 37663
(423) 406-1151
(423) 815-1728 Fax
alexis@tahincilaw.com


**Certificate of Service**

I certify that I filed this document on April 13, 2026 with the Clerk of Court to be served upon all counsel of record by operation of the Court's CM/ECF system.

*/s/ Hugh A. Eastwood*