# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# GREENEVILLE

Case #: 2:22-cv-072 Date: August 10, 2026

Kateri Lynn Dahl vs. Karl Turner, *et al.*

**PROCEEDINGS: Video Status Conference.** Ruling to follow.

THE HONORABLE KATHERINE A. CRYTZER, UNITED STATES DISTRICT JUDGE

Jason Huffaker
**Deputy Clerk**

DCR
**Court Reporter**

H. Eastwood/A. Tahinci
**Attorneys for Plaintiff**

E. Taylor/E. Herrin/T. Garland
**Attorneys for Defendants**

12:32 – 12:40

I, Jason Huffaker, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file: KNOX-DCR_222cv072_20260810_121612.dcr