UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| KATERI LYNNE DAHL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:22-CV-72-KAC-JEM |
| | ) | |
| KARL TURNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Because no claims remain, the Court **DISMISSED** this action. Accordingly, the Court **DIRECTS** the Clerk to close the case.

SO ORDERED.

KATHERINE A. CRYTZER
United States District Judge

ENTERED AS A JUDGMENT:
*s/ LeAnna R. Wilson*
CLERK OF COURT